**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>TRICOLOR HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-33487-7-mvl7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appear in the above-captioned chapter 7 proceeding as counsel on behalf of Fifth Third Bank, National Association, as administrative agent ("Fifth Third") and request that all notices given or required to be given in this proceeding, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, to be served upon:

**FROST BROWN TODD LLP**
Rebecca L. Matthews, Esq. (Texas Bar No. 24062776)
2101 Cedar Springs Rd.
Dallas, Texas 75201
Tel: (214) 580.5852
Fax: (214) 545.3472
E-mail: rmatthews@fbtlaw.com

-and-

**GOLDBERG KOHN LTD.**
Danielle Juhle, Esq. *(pro hac vice motion to be submitted)*
Randall L. Klein, Esq. *(pro hac vice motion to be submitted)*
Nicole Bruno, Esq. *(pro hac vice motion to be submitted)*
55 E Monroe St, Suite 3300
Chicago, IL 60603
Tel: (312) 201-4000
Fax: (312) 332-2196
Email: danielle.juhle@goldbergkohn.com
randall.klein@goldbergkohn.com
nicole.bruno@goldbergkohn.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Fifth Third, specifically but not limited to (i) their right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) their right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) their right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Fifth Third is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments they expressly reserve.

Date:  September 10, 2025            Respectfully submitted,

**FROST BROWN TODD LLP**

By: */s/ Rebecca L. Matthews*
Rebecca L. Matthews, Esq.
(Texas Bar No. 24062776)
2101 Cedar Springs Rd.
Dallas, Texas 75201
Tel:  (214) 580.5852
Fax: (214) 545.3472
E-mail: rmatthews@fbtlaw.com

-and-

**GOLDBERG KOHN LTD.**
Danielle Juhle, Esq.
(pro hac vice motion to be submitted)
Randall L. Klein, Esq.
(pro hac vice motion to be submitted)
Nicole Bruno, Esq.
(pro hac vice motion to be submitted)
55 E Monroe St, Suite 3300
Chicago, IL 60603
Tel: (312) 201-4000
Fax: (312) 332-2196
Email: danielle.juhle@goldbergkohn.com
randall.klein@goldbergkohn.com
nicole.bruno@goldbergkohn.com

***Counsel for Fifth Third Bank, National Association, as administrative agent***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2025, a true and correct copy of the foregoing ***Notice of Appearance and Request for Notices*** was sent via ECF Noticing to all parties receiving ECF Notices in this chapter 7 case.

                                            */s/ Rebecca L. Matthews*
                                             Rebecca L. Matthews

0106586.0811391   4909-2905-1239v2