Jason M. Rudd, Tex. Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Tex. Bar No. 24087896
scott.lawrence@wickphillips.com
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200

COUNSEL FOR VERVENT, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 7 |
| TRICOLOR HOLDINGS, LLC, | § | |
| | § | Case No. 25-33487-mvl7 |
| Debtor. | § | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Appearance as counsel for creditor, Vervent, Inc. and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

> Jason M. Rudd, jason.rudd@wickphillips.com
> Scott D. Lawrence, scott.lawrence@wickphillips.com
> **Wick Phillips Gould & Martin, LLP**
> 3131 McKinney Avenue, Suite 500
> Dallas, Texas 75204
> Telephone: (214) 692-6200

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

| | |
|---|---|
| Dated: September 17, 2025 | Respectfully submitted, |

*/s/ Scott D. Lawrence*
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
jason.rudd@wickphillips.com
scott.lawrence@wickphillips.com

**COUNSEL FOR VERVENT, INC.**

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on September 17, 2025 by the Court's ECF noticing system on all parties that consent to such service via electronic filing.

*/s/ Scott D. Lawrence*
Scott D. Lawrence