| | |
|---|---|
| **MCDERMOTT WILL & SCHULTE LLP**<br>Charles R. Gibbs (TX Bar No. 7846300)<br>Marcus A. Helt (TX Bar No. 24052187)<br>Michael Wombacher (TX Bar No. 24120434)<br>2801 North Harwood Street<br>Suite 2600<br>Dallas, Texas 75201<br>Telephone: 214.295.8000<br>E-mail: crgibbs@mwe.com<br>　　　　mhelt@mwe.com<br>　　　　mwombacher@mwe.com | **MCDERMOTT WILL & SCHULTE LLP**<br>Darren Azman (*pro hac vice* motion pending)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: 212-547.5400<br>E-mail: dazman@mwe.com |

*Proposed Counsel to the Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST OF THE CHAPTER 7 TRUSTEE
FOR HEARING SCHEDULED ON SEPTEMBER 18, 2025**

Anne Elizabeth Burns, the Chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor") and the estates of related debtor entities (the "Debtors"),[1] hereby files this *Witness and Exhibit List of the Chapter 7 Trustee for Hearing Scheduled on September*

---

[1] The Debtors' Estates (as defined herein) consist of Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC (Case No. 25-33495), Tricolor Auto Group, LLC (Case No. 25-33496), Tricolor Auto Acceptance, LLC (Case No. 25-33497), Tricolor Insurance Agency, LLC (Case No. 25-33512), Tricolor Home Loans LLC dba Tricolor Mortgage (Case No. 25-33511), Tricolor Real Estate Services, LLC (Case No. 25-33514), TAG California Holding Company, LLC (Case No. 25-33493), Flexi Compras Autos, LLC (Case No. 25-33490), TAG California Intermediate Holding Company, LLC (Case No. 25-33494), Tricolor California Auto Group, LLC (Case No. 25-33502), Tricolor California Auto Acceptance, LLC (Case No. 25-33501), Risk Analytics LLC (Case No. 25-33491), Tricolor Tax, LLC (Case No. 25-33515), Tricolor Financial, LLC (Case No. 25-33510), Tricolor Auto Receivables LLC (Case No. 25-33498), Tricolor Asset Funding, LLC (Case No. 25-33492), and Apoyo Financial, LLC (Case No. 25-33489).

*18, 2025* (the "Witness and Exhibit List") in connection with the matters scheduled for hearing on September 18, 2025, at 3:00 p.m. (prevailing Central Time) (the "Hearing"):

## WITNESSES

1. Anne Elizabeth Burns, Chapter 7 Trustee;

2. Derek Gamble, Chief Legal Officer & Chief Compliance Officer at Vervent Inc.;

3. Any witness listed, offered, or called by any other party;

4. Any witness necessary to authenticate a document; and

5. Any witness required for rebuttal or impeachment.

## EXHIBITS

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Org Chart | | | | |
| 2. | Emergency Motion for Entry of Order Approving Stipulation Between Chapter 7 Trustee and Vervent, Inc. [Docket No. 53] | | | | |
| 3. | Notice of Servicer Termination Event, dated as of September 9, 2025, Tricolor Auto Securitization Trust 2022-1 Asset Backed Notes | | | | |
| 4. | Notice of Servicer Termination Event, dated as of September 9, 2025, Tricolor Auto Securitization Trust 2023-1 Asset Backed Notes | | | | |
| 5. | Notice of Servicer Termination Event, dated as of September 9, 2025, Tricolor Auto Securitization Trust 2024-1 Asset Backed Notes | | | | |
| 6. | Notice of Servicer Termination Event, dated as of September 9, 2025, Tricolor Auto Securitization Trust 2024-2 Asset Backed Notes | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Notice of Servicer Termination Event, dated as of September 9, 2025, Tricolor Auto Securitization Trust 2024-3 Asset Backed Notes | | | | |
| 8. | Notice of Servicer Termination Event, dated as of September 9, 2025, Tricolor Auto Securitization Trust 2025-1 Asset Backed Notes | | | | |
| 9. | Notice of Servicer Termination Event, dated as of September 9, 2025, Tricolor Auto Securitization Trust 2025-2 Asset Backed Notes | | | | |
| 10. | Servicer Termination Notice, dated as of September 5, 2025. | | | | |
| 11. | Sale and Servicing Agreement, dated as of April 1, 2022, among Tricolor Auto Securitization Trust 2022-1, Tricolor Auto Receivables 2 LLC, Tricolor Auto Acceptance, LLC, Wilmington Trust, National Association, and Vervent Inc. | | | | |
| 12. | Sale and Servicing Agreement, dated as of February 1, 2023, among Tricolor Auto Securitization Trust 2023-1, Tricolor Auto Receivables 2 LLC, Tricolor Auto Acceptance, LLC, Wilmington Trust, National Association, and Vervent Inc. | | | | |
| 13. | Sale and Servicing Agreement, dated as of January 1, 2024, among Tricolor Auto Securitization Trust 2024-1, Tricolor Auto Grantor Trust 2024-1, Tricolor Auto Receivables 2 LLC, Tricolor Auto Acceptance, LLC, Wilmington Trust, National Association, and Vervent Inc. | | | | |
| 14. | Sale and Servicing Agreement, dated as of May 1, 2024, among Tricolor Auto Securitization Trust | | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| | 2024-2, Tricolor Auto Grantor Trust 2024-2, Tricolor Auto Receivables 2 LLC, Tricolor Auto Acceptance, LLC, Wilmington Trust, National Association, and Vervent Inc. | | | | |
| 15. | Sale and Servicing Agreement, dated as of October 1, 2024, among Tricolor Auto Securitization Trust 2024-3, Tricolor Auto Grantor Trust 2024-3, Tricolor Auto Receivables 2 LLC, Tricolor Auto Acceptance, LLC, Wilmington Trust, National Association, and Vervent Inc. | | | | |
| 16. | Sale and Servicing Agreement, dated as of March 1, 2025, among Tricolor Auto Securitization Trust 2025-1, Tricolor Auto Grantor Trust 2025-1, Tricolor Auto Receivables 2 LLC, Tricolor Auto Acceptance, LLC, Wilmington Trust, National Association, and Vervent Inc. | | | | |
| 17. | Sale and Servicing Agreement, dated as of June 1, 2025, among Tricolor Auto Securitization Trust 2025-2, Tricolor Auto Grantor Trust 2025-2, Tricolor Auto Receivables 2 LLC, Tricolor Auto Acceptance, LLC, Wilmington Trust, National Association, and Vervent Inc. | | | | |
| 18. | Credit Agreement, dated as of November 13, 2020, among Tricolor Funding SPV 4 LLC, Tricolor Auto Acceptance, LLC, the Lenders from time to time party thereto, the Agent from time to time party thereto, JPMorgan Chase Bank, N.A., Vervent Inc., and Wilmington Trust, National Association | | | | |
| 19. | Servicer Termination Notice, Notice of Declaration of | | | | |

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
|     | Termination Date and Reservation of Rights (Warehouse Facility) dated September 9, 2025 |     |     |     |     |
| 20. | Demonstrative "Primary Servicing Value Chain" |     |     |     |     |
| 21. | Demonstrative "Securitization Value Chain: Consumer Auto" |     |     |     |     |
| 22. | Termination Demonstrative |     |     |     |     |
| 23. | Any pleading on file in these cases |     |     |     |     |
| 24. | Any exhibits listed, designated, or offered by any other party |     |     |     |     |
| 25. | Any exhibits necessary for rebuttal |     |     |     |     |

## **RESERVATION OF RIGHTS**

The Trustee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. The Trustee reserves the right to offer into evidence any other exhibit designated by any other party in connection with the hearing on these matters. The Trustee also reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

Dated: Dallas, Texas
      September 18, 2025

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Michael Wombacher (TX Bar No. 24120434)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel:     (214) 295-8000
Fax:    (972) 232-3098
E-mail:  crgibbs@mwe.com
           mhelt@mwe.com
           mwombacher@mwe.com

-and-

Darren Azman (*pro hac vice* motion pending)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:     (212) 547-5400
Fax:    (212) 547-5444
E-mail:  dazman@mwe.com

*Proposed Counsel to the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

    I do hereby certify that on September 18, 2025, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this.

                                       */s/ Charles R. Gibbs*
                                       Charles R. Gibbs