IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br>TRICOLOR AUTO GROUP, LLC | §<br>§<br>§<br>§ Original Case<br>§ Cause No.  25-33496-mvl7<br>§<br>§ Jointly Administered Under<br>§ Cause No. 25-33487 (MVL)<br>§     Chapter 7 |

NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS:

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Roalty 1 Properties, LTD, a creditor, and request that copies of all papers filed or served in this case are sent to the address and/or email address in the signature block hereto.

Respectfully submitted,

**HIRSCH & WESTHEIMER PC**

/s/ *Christie Minshew Lewis*
Christie Minshew Lewis
SBN: 24013170
clewis@hirschwest.com
1415 Louisiana Street, 36 Floor
Houston, Texas 77002
T: 713.220.9197
F: 713.223.9319
***Attorneys for Creditor***

## CERTIFICATE OF SERVICE

A copy of this Notice was served on Counsel by ECF/CM. Movant certifies that movant has complied with the Bankruptcy Local Rule 4001 on this the 24th day of September 2025.

*/s/ Christie Minshew Lewis*
Christie Minshew Lewis