BTXN 208 (rev. 07/09)

| IN RE: Tricolor Holdings, LLC | Expedited Motions DKT#[40] and DKT#[53] | Case # 25–33487–mvl7 |
|---|---|---|

**DEBTOR**

## TYPE OF HEARING

Trustee Anne Elizabeth Burns                    *VS*

**PLAINTIFF / MOVANT**                                                                 **DEFENDANT / RESPONDENT**

Charles R. Gibbs

**ATTORNEY**                                                                                              **ATTORNEY**

### EXHIBITS

EXHIBIT 1

EXHIBITS 3 – 17

EXHIBITS 20–21

| Bryon Robinson | 9/18/25 | Michelle V. Larson |
|---|---|---|
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |