**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re:

TRICOLOR HOLDINGS, LLC, *et al.*,[1]

Debtors.

Chapter 7

Case No. 25-33487 (MVL)

### NOTICE OF HEARING ON CREDITOR SALEHOUN FAMILY L.P.'S MOTION FOR RELIEF FROM STAY [ECF NO. 106]

**PLEASE TAKE NOTICE** that Creditor Salehoun Family L.P.'s Motion for Relief from Stay [ECF No. 106] has been set for hearing on **October 21, 2025 at 1:30 p.m. (CDT)**. Parties may attend the hearing via the Court's Webex video link and instructions as follows:

**For Webex Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/larson
Meeting Number: 23014761957

**For Webex Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Access code: 2301 476 1957

The Court's Webex Hearing Instructions are attached as **Appendix 1** to this notice and are also available from Judge Larson's hearing/calendar link on the Bankruptcy Court's website at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

Dated: October 2, 2025

        Respectfully submitted,

        **JOHNSON DELUCA KURISKY & GOULD, PC**

        By: */s/George A. Kurisky, Jr.*
           GEORGE A. KURISKY, JR.
           Texas Bar No.: 11767700
           gkurisky@jdkglaw.com
           MICHAEL F. WEBB
           Texas Bar No.: 24118218
           mwebb@jdkglaw.com
           4 Houston Center
           1221 Lamar Street, Suite 1000
           Houston, Texas 77010
           (713) 652-2525 – Telephone
           (713) 652-5130 – Facsimile

        **ATTORNEYS FOR SALEHOUN FAMILY L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, I have caused copies of the foregoing ***Notice of Hearing on Creditor Salehoun Family L.P.'s Motion for Relief from Stay*** to be served upon all parties registered to receive CM/ECF notices in this case.

        */s/Michael F. Webb*
        Michael F. Webb