Charles B. Hendricks
State Bar No. 09451050
Steven T. Holmes
State Bar No. 00794918
Nicole S. Wood
State Bar No. 24120560
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7302
Email: chuckh@chfirm.com
Email: sholmes@chfirm.com
Email: nwood@chfirm.com

Proposed Attorneys for Anne Elizabeth Burns, Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| TRICOLOR HOLDINGS LLC, *et al.*,1 | § § | Case No. 25-33487-mvl7 |
| Debtor. | § § § | |

## TRUSTEE'S APPLICATION
## FOR EMPLOYMENT OF SPECIAL COUNSEL

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON <u>OCTOBER 24, 2025</u>, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

---

1 The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Anne Elizabeth Burns, Chapter 7 Trustee in the above styled and numbered case (the "Trustee" and/or "Applicant"), makes this **Trustee's Application for Employment of Special Counsel** and would show the Court as follows:

1. This is an unusually large and complex Chapter 7 case.

2. Because the Debtors' business involved an ongoing car sales, loan origination, and loan servicing business at multiple locations, in multiple states, for multiple lenders, requiring 1,500 employees and servicing perhaps 100,000 active consumer loans, the issues raised by dropping all into a Chapter 7 bankruptcy with virtually no notice are monumental.

3. From the day she was appointed, the Trustee has needed the assistance of multiple professionals to help her address an overwhelming number of crisis issues.

4. While other professionals will handle most of the technical details of the case, Cavazos Hendricks Poirot, P.C. has served and will continue to serve as the Trustee's special counsel in guiding her through the many unique challenges faced by Anne Burns as Chapter 7 Trustee in these cases.

5. Cavazos Hendricks Poirot, P.C. has many years of experience in representing trustees and is well-qualified to be the Trustee's special counsel in these cases.

6. For the foregoing and all other necessary and proper purposes, Applicant desires to retain the law firm of Cavazos Hendricks Poirot, P.C. as counsel in this above-mentioned case and the other associated cases.

7. Applicant believes that said attorneys do not hold or represent any interest adverse to that of your applicant or this bankruptcy estate, and that said attorneys are disinterested

persons within the meaning of 11 U.S.C. § 101(14). Attached hereto is the Rule 2014 Statement of Connections signed by Charles B. Hendricks, a shareholder of Cavazos Hendricks Poirot, P.C. Applicant is informed that the normal hourly billing rates of said attorneys range between $350 per hour and $700 per hour and $100 to $250 per hour for paraprofessional services.

8. Applicant understands that said attorneys will seek compensation, both on an interim basis during the case as permitted by 11 U.S.C. § 331 and on a final basis, pursuant to 11 U.S.C. § 330.

WHEREFORE, Applicant prays that she be authorized to employ the law firm of Cavazos Hendricks Poirot, P.C. as her special counsel in these cases, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

Respectfully submitted,

_____
Anne Elizabeth Burns, Chapter 7 Trustee

Charles B. Hendricks
State Bar No. 09451050
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7302
Email: chuckh@chfirm.com

Proposed Attorneys for Anne Elizabeth Burns, Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| TRICOLO HOLDINGS LLC, | § § | Case No. 25-33487-mvl7 |
| Debtor. | § § § | No hearing requested. |

## RULE 2014 STATEMENT OF CONNECTIONS

I, Charles B. Hendricks, hereby declare under penalty of perjury the following:

I am a shareholder in the law firm of Cavazos Hendricks Poirot, P.C. and have been asked to be employed as attorney for the Trustee in this case.

Neither I, nor Cavazos Hendricks Poirot, P.C., has any known connections with the Debtor, the United States Trustee or any person employed in the office of the United States Trustee, and – to the extent heretofore identified in the filings in this case – the creditors, any other party in interest, their respective attorneys or accountants. Since this case affects at least 100,000 consumers with loans serviced by the Debtor and who could have claims, it is impossible to know at this time if I or any member of Cavazos Hendricks Poirot, PC., has any connection to any potential creditor in this case. If we become aware of any such conflict, we will promptly supplement this disclosure.

For purposes of disclosure, Anne Elizabeth Burns is a shareholder in the law firm of Cavazos Hendricks Poirot, P.C. As is customary, part of Ms. Burns' arrangement with the firm is her

agreement to share her compensation earned as a trustee with the firm. This relationship does not create any conflict between the firm and the estate but is being disclosed to ensure full compliance with Rule 2014.

Dated this 3rd day of October 2025.

_____
Charles B. Hendricks