BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Tricolor Holdings, LLC | Motion DKT#[107] | Case # 25−33487−mvl7 |
| DEBTOR | | |

**TYPE OF HEARING**

| | *VS* | ANC Ventures, LTD./ Bullish Resources, Inc. |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | | Michael S. Held |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

EXHIBIT 1 Commercial Lease Agreement dated June 12, by and between Bullish Resources, Inc. and Tricolor Auto Group, LLC for certain real property located at 6300 E. Bandera, Leon Valley, Texas 78238

EXHIBIT 2 Commercial Lease Agreement dated September 21, 2020 by and between Bullish Resources, Inc. and Tricolor Auto Group, LLC for certain real property located at 3720 E. Saunders, Laredo, Texas 78041 (with attached Personal Property Lease Agreement)

EXHIBIT 3 First Amendment to the Commercial Lease Agreement dated September 14, 2020

EXHIBIT 4 Second Amendment to the Commercial Lease dated April 1, 2025

| Bryon Robinson | 10/3/2025 | Michelle V. Larson |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |