| | |
|---|---|
| **MCDERMOTT WILL & SCHULTE LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
| Charles R. Gibbs (TX Bar No. 7846300) | Darren Azman (admitted *pro hac vice*) |
| Marcus A. Helt (TX Bar No. 24052187) | One Vanderbilt Avenue |
| Grayson Williams (TX Bar No. 24124561) | New York, New York 10017-3852 |
| Michael Wombacher (TX Bar No. 24120434) | Telephone: (212) 547-5400 |
| 2801 North Harwood Street, Suite 2600 | E-mail: dazman@mwe.com |
| Dallas, Texas 75201 | |
| Telephone: (214) 295-8000 | |
| E-mail: crgibbs@mwe.com | |
|         mhelt@mwe.com | |
|         gwilliams@mwe.com | |
|         mwombacher@mwe.com | |

*Proposed Counsel to the Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF FILING OF TRUSTEE'S
## DEMONSTRATIVE EXHIBIT FOR OCTOBER 3, 2025 HEARING

**PLEASE TAKE NOTICE** that, pursuant to the Court's direction, Anne Elizabeth Burns, the Chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors, hereby files the demonstrative exhibit (the "Demonstrative Exhibit") used by counsel for the Trustee at the October 3, 2025 hearing in the above-captioned cases. The Demonstrative Exhibit is attached hereto as **Exhibit A**.

[*Remainder of page left intentionally blank*]

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

Dated: Dallas, Texas
      October 4, 2025

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
Michael Wombacher (TX Bar No. 24120434)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel:     (214) 295-8000
Fax:    (972) 232-3098
E-mail:  crgibbs@mwe.com
          mhelt@mwe.com
          gwilliams@mwe.com
          mwombacher@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:     (212) 547-5400
Fax:    (212) 547-5444
E-mail:  dazman@mwe.com

*Proposed Counsel to the Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on October 4, 2025, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this.

*/s/ Charles R. Gibbs*
Charles R. Gibbs