## **EXHIBIT A**

**Demonstrative Exhibit**







October 3, 2025 Hearing Presentation

# Agenda

| | |
|---|---:|
| Company Background | 3 |
| Situational Overview | 8 |
| Next Steps | 12 |

# Company Background



Tricolor, founded in 2007, is a "buy here-pay here" subprime auto dealer and finance company, offering in-house financing directly to its customers.

Tricolor operated over 60 dealerships, the majority of which are located in Texas and California. Customers would visit their locations, find a car that suited their budget, and obtain financing on the spot through Tricolor.



**Over the past five years, Tricolor emerged as one of the fastest-growing auto lenders in the United States.**

**Today, Tricolor ranks as the third-largest used auto lender in both Texas and California..**





5

Tricolor also operated two large reconditioning facilities where vehicles repossessed or acquired at auction were refurbished.

**Wilmer, Texas**
200,000+ sf

**Surprise, Arizona**
250,000 sf



# Financing



- **Floorplan financing funded the acquisition of inventory.**

- **Warehouse financing funded auto loans originated by Tricolor for vehicle purchases when inventory was sold to customers.**

- **Proceeds from securitizations were used to repay outstanding debt under warehouse facilities for long-term funding and liquidity for continued operations.**



7

# Situational Overview



On September 5, 2025, all employees were furloughed.

On September 10, 2025, Tricolor Holdings LLC and 17 related entities filed for Chapter 7 bankruptcy.

Since the filing of the Petition, the Debtors have filed no other pleadings in these Chapter 7 cases.

Given the magnitude of these Chapter 7 Cases, the Trustee retained McDermott Will & Schulte LLP as counsel, Capstone Partners as financial advisor, and Verita as claims and noticing agent, subject to court approval.

The Trustee has also retained Veracity LLC to ensure the preservation of the Debtors' digital data (including all loan and servicing records).



Nonetheless, the Trustee and her advisors have gained necessary privileges to ensure sufficient access to the Debtors' various online databases and information repositories. To date, the Trustee's advisors have secured more than 250 boxes of Tricolor books and records to ensure data preservation.

Importantly, the Trustee and her advisors confer with Vervent, Inc. on a *daily* basis to ensure the loan servicing portfolio is appropriately and safely transitioned to Vervent as the new servicer.

This process includes not only the transfer of existing data off the Debtors' databases, but also the processing of nearly 5,000 titles that were in process (but not completed) at the time the employees were furloughed.



10

The Trustee's claims agent, Verita, has created a website at:

**Veritaglobal.net/Tricolor**

Vervent has set up a customer hotline and email address to ensure the smooth transition for customer loans:

**Tricolor@acct-admin.com**

**888-44TRICO (888-448-7426)**

In the past two weeks, Vervent has, among other things:

retained 24 key former employees in Loan Operations, Title Operations, and Inventory Operations;

developed Buckeye CPI relationship in an effort to 'turn back on' the CPI insurance program; and

integrated the Tricolor payment systems.



11

# Next Steps





**Assess and Gather Estate Assets**

**Maximize Recovery for Creditors Through Value-Maximizing Asset Sales**

**Investigate Pre-Petition Transactions and Potential Fraud**

**Phase 1** ▶ **Phase 2** ▶ **Phase 3**

**Facilitate the Transition of Loan Servicing to Vervent**

**Comply with Governmental Investigations and Ensure Consumer Protection**

**Pursue Estate Causes of Action**



# Next Steps (Cont.)



- **Funding**
  - At the time of the filing of the Vervent Stipulation, the Trustee believed that funding would be imminently provided by the existing warehouse/securitization lenders.
  - Given the lack of any actionable funding proposals from existing lenders, Capstone has provided an illustrative DIP term sheet to 15 parties and has executed several NDAs in furtherance of the same. Absent action from the existing lenders, the Trustee expects to solidify and seek court approval of a $30 million priming DIP.
- **Asset Sales**
  - The Trustee's advisors have determined there is a robust market interest in the dealership locations, vehicle inventory, and unsecuritized loans. To that end, Capstone has developed a list of potential buyers.
  - The Trustee's advisors are meeting early next week to discuss the mechanics of this sale process, which will be subject to court approval under 363 in all respects.
- **Investigations**
  - The Trustee has recently gained access to the Debtors' digital database for all the loan origination and processing software. The Trustee's advisors are in the process of validating such information and reconciling the data sets against the Debtors' general ledger. Initial reports from these reviews indicate potentially systemic levels of fraud.
  - The Trustee's advisors believe there are material estate causes of action to be pursued in these Chapter 7 Cases. Recoveries associated with such litigation will improve creditor recovery.

