| Information to identify the case: | | |
|---|---|---|
| Debtor | Tricolor Holdings, LLC, et al.*  *The complete list of jointly administered Debtors is on the following page  Name | EIN: 47–4029315 |
| United States Bankruptcy Court   Northern District of Texas | | Date case filed for chapter: 7   9/10/25 |
| Case number: 25–33487–mvl7 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Tricolor Holdings, LLC, et al. | (The complete list of jointly administered Debtors is on the following page) |
| 2. | **All other names used in the last 8 years** | aka Ganas Holdings, LLC | |
| 3. | **Address** | 6021 Connection Drive, 4th Floor  Irving, TX 75039 | |
| 4. | **Debtor's attorney**  Name and address | Thomas Robert Califano  Sidley Austin LLP  2021 McKinney Avenue  Suite 2000  Dallas, TX 75201 | Contact phone 214–981–3300  Email: tom.califano@sidley.com |
| 5. | **Bankruptcy trustee**  Name and address | Anne Elizabeth Burns  900 Jackson Street, Suite 570  Dallas, TX 75202 | Contact phone (214) 573–7340 |
| 6. | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street  Room 1254  Dallas, TX 75242 | Hours open:  Mon.–Fri 8:30–4:30  Contact phone 214–753–2000  Date: 10/16/25 |
| 7. | **Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 18, 2025 at 01:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 603 410 0887, and Passcode 5831589282, OR call 1–469–218–9155**  For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | It has not yet been determined that there is property available to pay creditors. Therefore, please do not file a proof of claim now.  If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

| Bankruptcy Cases Filed on September 10, 2025 in the Northern District of Texas and Jointly Administered Under Case No. 25-33487 | |
|---|---|
| Tricolor Holdings, LLC | 25-33487 |
| TAG Intermediate Holding Company, LLC | 25-33495 |
| Tricolor Auto Group, LLC | 25-33496 |
| Tricolor Auto Acceptance, LLC | 25-33497 |
| Tricolor Insurance Agency, LLC | 25-33512 |
| Tricolor Home Loans LLC | 25-33511 |
| Tricolor Real Estate Services, LLC | 25-33514 |
| TAG California Holding Company, LLC | 25-33493 |
| Flexi Compras Autos, LLC | 25-33490 |
| TAG California Intermediate Holding Company, LLC | 25-33494 |
| Tricolor California Auto Group, LLC | 25-33502 |
| Tricolor California Auto Acceptance, LLC | 25-33501 |
| Risk Analytics LLC | 25-33491 |
| Tricolor Tax, LLC | 25-33515 |
| Tricolor Financial, LLC | 25-33510 |
| Tricolor Auto Receivables LLC | 25-33498 |
| TAG Asset Funding, LLC | 25-33492 |
| Apoyo Financial, LLC | 25-33489 |