

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 15, 2025**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*, | Case No. 25-33487 (MVL) |
| Debtors.[1] | (Jointly Administered) |

**AMENDED ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR
ENTRY OF ORDER APPROVING STIPULATION BETWEEN
<u>TRUSTEE AND VERVENT INC.</u>**

Upon consideration of the above-referenced motion [Docket No. 53) (the "<u>Motion</u>"), and for good and sufficient cause shown, and this Court finding that entry of this Order and approval of the Stipulation attached hereto as **<u>Exhibit A</u>** (the "<u>Stipulation</u>") is in the best interests of creditors and the estates, it is hereby **<u>ORDERED</u>**, **<u>ADJUDGED</u>**, and **<u>DECREED</u>** that:

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

1. The Motion is **GRANTED**.

2. The Stipulation is approved and endorsed as an Order of this Court.

3. The Trustee[2] and Vervent are authorized to enter into the Stipulation and to implement the Stipulation as set forth therein within their business judgment.

4. The Trustee is hereby authorized, upon request from Vervent, to grant, and hereby does grant, Vervent access to and use of funds in the Collection Accounts, identified on **Exhibit B** hereto, to (x) fund necessary servicing and transition costs incurred in accordance with the Stipulation and Servicing Agreements and related documents and (y) transfer, pool and segregate into accounts established by Vervent proceeds of Receivables received in the Collection Accounts from time to time, which shall remain subject to any applicable liens and/or competing property interests. Vervent will only request and utilize funds from the Collection Accounts with the prior written approval of Wilmington Trust, N.A. (which approval shall be consistent with the applicable Servicing Agreement and related documents), JPMorgan Chase Bank, N.A. and Fifth Third Bank, N.A.

5. PayNearMe is authorized and directed to take direction from Vervent as successor servicer, including the transmission of current funds and amounts currently residing with PayNearMe into accounts designated by Vervent. Vervent shall pool and segregate any such funds received from PayNearMe or otherwise in a manner satisfactory to Wilmington Trust, N.A., JPMorgan Chase Bank, N.A. and Fifth Third Bank, N.A., and, with respect to any funds that are collateral or property of Origin Bank, TBK Bank, or ACV, Origin Bank, TBK Bank, or ACV (as applicable).

---

[2] Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Motion.

6. Wells Fargo is authorized and directed to continue to maintain, service and administer the Collection Accounts at the direction of the Trustee, including by transferring funds from the Collection Accounts to segregated accounts maintained by Vervent, subject to the lien (if applicable) of the applicable agent or trustee. The Trustee may only provide such direction in accordance with the terms of this Order and no funds in such accounts may be utilized for any purpose other than as expressly set forth in this Order and the Stipulation.

7. From and after the date of this Order, Vervent shall use commercially reasonable efforts to collect and account for all Receivables of the Debtors (whether or not such loan receivables are described in the Servicing Agreements). Nothing in this Order allows for the surcharge, sale, or use of any of TBK Bank, SSB's, Origin Bank's or ACV Capital LLC's (together with its affiliates, "ACV") collateral, provided, however, nothing in this Order prevents any party from seeking to recover from TBK Bank, SSB, Origin Bank, or ACV the costs and expenses of administering, collecting and/or disposing of any collateral pledged to TBK Bank, SSB, Origin Bank or ACV or any defenses thereto. From and after the date of this Order, Vervent shall take responsibility for, and account for, all vehicles owned by the Debtors, including properly securing all vehicles, protecting all vehicles from theft, vandalism, or damage, and obtaining and accounting for all keys, license plates, and related titles (collectively, the "Vehicle Assets"). Vervent, TBK Bank, SSB, Origin Bank, and ACV shall promptly share information with each other regarding the Receivables and Vehicle Assets as reasonably requested by each party and as reasonably available under the circumstances and Vervent agrees to provide in advance its general plan to TBK Bank, SSB, Origin Bank, and ACV for the collection, protection, and securing of the Vehicle Assets. TBK Bank, SSB, Origin Bank, and ACV shall have the right, upon reasonable notice to Vervent and during ordinary business hours, to count its vehicle collateral for accounting and

3

regulatory purposes and Vervent shall provide access to the vehicles to TBK Bank, SSB, Origin Bank, and ACV for such purposes in accordance with such limitations. Manheim Remarketing, Inc. ("Manheim") shall have the right, upon reasonable notice to Vervent and during ordinary business hours, to count inventory for which Manheim asserts ownership rights for accounting and regulatory purposes and Vervent shall provide access to the vehicles to Manheim for such purposes in accordance with such limitations. Nothing herein shall prevent TBK Bank, SSB or ACV from seeking further relief from the Court with respect to their collateral, including the Vehicle Assets, including, but not limited to, requesting adequate protection and relief permitting taking possession or liquidating their own collateral.

8. Nothing in this Order impacts any rights and obligations that Vervent might have under the governing agreements for the non-Debtor Tricolor Auto Securitization Trusts, including the Servicing Agreements related thereto, to the extent consistent with the relief granted herein.

9. Notwithstanding anything herein, all rights and remedies of the Trustee, Vervent, Wilmington Trust, N.A., JPMorgan Chase Bank, N.A., Fifth Third Bank, N.A., Origin Bank, ACV, Manheim, and each of the other parties in interest in these cases are expressly preserved, including, but not limited to, with respect to the priority of any liens or claims against or to the alleged collateral of any of the parties in interest.

10. To the extent any relief in the Stipulation implicates the automatic stay in Section 362(a) of the Bankruptcy Code, the automatic stay is hereby modified as to Vervent to the extent required for Vervent to perform its services and obligations under the Stipulation and the Servicing Agreements.

11. This Order shall be effective immediately upon entry on the docket.

12. A hearing on the potential further extension or termination of the relief granted

Case 25-33487-mvl7 Doc 227 Filed 10/17/25 Entered 10/17/25 23:22:22 Desc
Imaged Certificate of Notice Page 5 of 11

herein shall be held on Monday, October 27, 2025, at 3:00 p.m. (prevailing Central Time).

13. Absent further order of the Court, the relief granted in paragraphs 4 and 5 herein shall automatically terminate on Tuesday, October 28, 2025, at 11:59 p.m. (prevailing Central Time).

### ### END OF ORDER ###

<u>Submitted by:</u>

Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
Michael Wombacher (TX Bar No. 24120434)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel: (214) 295-8000
Fax: (972) 232-3098
E-mail: crgibbs@mwe.com
      mhelt@mwe.com
      gwilliams@mwe.com
      mwombacher@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel: (212) 547-5400
Fax: (212) 547-5444
E-mail: dazman@mwe.com

*Proposed Counsel to the
Chapter 7 Trustee*

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-33487-mvl |
| Tricolor Holdings, LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Darren T Azman, McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3978 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 17, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alysia Cordova | on behalf of Creditor Midland County amabkr@pbfcm.com amabkr@pbfcm.com |
| Anne Elizabeth Burns | trusteeburns@chfirm.com aburns@iq7technology.com;ecf.alert+Burns@titlexi.com |
| Ashley Lindsay Harper | on behalf of Creditor JPMorgan Chase Bank N.A., as administrative agent ashleyharper@hunton.com, ashley-harper-7761@ecf.pacerpro.com |
| Audrey Lorene Hornisher | on behalf of Creditor DB & BB Properties L.P. audrey.hornisher@clarkhillstrasburger.com mina.alvarez@clarkhillstrasburger.com |
| Bradley Smyer | on behalf of Interested Party Wilmington Trust National Association brad.smyer@alston.com |

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 2 of 6 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Bradley Roland Foxman
    on behalf of Creditor TBK Bank SSB bfoxman@velaw.com

Charles Brackett Hendricks
    on behalf of Trustee Anne Elizabeth Burns chuckh@chfirm.com chps.ecfnotices@ecf.courtdrive.com

Charles R. Gibbs
    on behalf of Trustee Anne Elizabeth Burns crgibbs@mwe.com
    LitigationDocketing@mwe.com;eseitz@mwe.com;mpounds@mwe.com;dnorthrop@mwe.com

Christie Lewis
    on behalf of Creditor Houston Auto Auction Properties L.P. clewis@hirschwest.com, bcampbell@hirschwest.com

Christie Lewis
    on behalf of Creditor Roalty 1 Properties LTD clewis@hirschwest.com, bcampbell@hirschwest.com

Christopher J. Schreiber
    on behalf of Creditor Varilease Finance Inc. cjschreiber@michaelbest.com

Cleveland R. Burke
    on behalf of Creditor Austin 5432 South IH35 LLC cburke@velawood.com,
    service@velawood.com;rayna-costanzo-0764@ecf.pacerpro.com

Daniel Herrin
    on behalf of Creditor Taysir Zahra ecf@herrinlaw.com HerrinLawPLLC@jubileebk.net

Danielle Wildern Juhle
    on behalf of Creditor Fifth Third Bank National Association, as administrative agent danielle.juhle@goldbergkohn.com

Deborah M. Perry
    on behalf of Creditor BV NWH LP dperry@munsch.com

Diane W. Sanders
    on behalf of Creditor Hidalgo County austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor City of McAllen austin.bankruptcy@lgbs.com

Diane W. Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Don Stecker
    on behalf of Creditor Bexar County don.stecker@lgbs.com

Don Stecker
    on behalf of Creditor Ector CAD don.stecker@lgbs.com

Edwin A. Huffman
    on behalf of Creditor Origin Bank ted.huffman@katten.com courtalertlax@katten.com

Elisha D. Graff
    on behalf of Creditor JPMorgan Chase Bank N.A. egraff@stblaw.com

Elizabeth Banda Calvo
    on behalf of Creditor Castleberry ISD ebcalvo@pbfcm.com rgleason@pbfcm.com

Eric R. Hail
    on behalf of Creditor Origin Bank eric.hail@katten.com courtalertlax@katten.com

Gerard S Catalanello
    on behalf of Interested Party Wilmington Trust National Association gerard.catalanello@alston.com,
    duke.amponsah@alston.com

Gregory Getty Hesse
    on behalf of Creditor JPMorgan Chase Bank N.A., as administrative agent ghesse@huntonak.com,
    astowe@huntonak.com;tcanada@HuntonAK.com;creeves@HuntonAK.com

Jared Weir
    on behalf of Creditor Cox Automotive Inc. weirj@gtlaw.com,
    jared--weir-6184@ecf.pacerpro.com;guerrak@gtlaw.com;jamrokg@gtlaw.com

Jared M. Slade
    on behalf of Interested Party Wilmington Trust National Association jared.slade@alston.com, Melanie.Mizrahie@alston.com

Jarrod Martin
    on behalf of Creditor XL Parts LLC jbmartin@bradley.com,
    vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com

Jason C Webster
    on behalf of Plaintiff Jose Campos on behalf of himself and all others similarly situated filing@wvmlaw.com

Jason C Webster
    on behalf of Creditor Jose Campos filing@wvmlaw.com

Case 25-33487-mvl7 Doc 227 Filed 10/17/25 Entered 10/17/25 23:22:22 Desc
Imaged Certificate of Notice Page 8 of 11

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 3 of 6 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Jason R Alderson
    on behalf of Creditor ACV Capital LLC jason.alderson@morganlewis.com

Jeanmarie Baer
    on behalf of Creditor Cooke County Appraisal District jbaer@pbfcm.com wichitafalls@pbfcm.com

Jeannie Lee Andresen
    on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
    on behalf of Creditor Houston Community College System houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
    on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
    on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Jeannie Lee Andresen
    on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Jennifer Feldsher
    on behalf of Creditor ACV Capital LLC jennifer.feldsher@morganlewis.com

Jennifer F. Wertz
    on behalf of Creditor CICF III-TX1B01 LLC jwertz@jw.com, kgradney@jw.com;dtrevino@jw.com;jrego@jw.com

John Douglas Elrod
    on behalf of Creditor Cox Automotive Inc. elrodj@gtlaw.com, fieldss@gtlaw.com

John E. Mitchell
    on behalf of Creditor Origin Bank john.mitchell@katten.com nyc.bknotices@katten.com,courtalertlax@katten.com

John James Sparacino
    on behalf of Creditor Daniel Chu jsparacino@mckoolsmith.com
    john-sparacino-7086@ecf.pacerpro.com;managingclerk@mckoolsmith.com;scastillo@mckoolsmith.com

John P. Lewis, Jr.
    on behalf of Creditor Southern Tire Mart LLC jplewis@haywardfirm.com, mholmes@haywardfirm.com

Jonathan Lozano
    on behalf of Creditor ACV Capital LLC jonathan.lozano@bracewell.com mary.kearney@bracewell.com

Joseph G Epstein
    on behalf of Creditor Avenger Parking 1 LLC joe@epsteintexaslaw.com, info@epsteintexaslaw.com

Julie Anne Parsons
    on behalf of Creditor Tax Appraisal District of Bell County jparsons@mvbalaw.com
    karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons
    on behalf of Creditor Midland Central Appraisal District jparsons@mvbalaw.com
    karla.alexander@mvbalaw.com;theresa.king@mvbalaw.com;juanie.montalvo@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Linda D. Reece
    on behalf of Creditor Carrollton-Farmers Branch ISD lreece@pbfcm.com lreece@ecf.courtdrive.com

Lisa Paige Rothberg
    on behalf of Creditor 400 N. Riverside LLC lrothberg@dorelaw.com, chymel@dorelaw.com

Mark Joseph Petrocchi
    on behalf of Creditor Griffith Jay & Michel, LLP mpetrocchi@lawgjm.com,
    acamarena@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com

Matthew W. Moran
    on behalf of Creditor TBK Bank SSB mmoran@velaw.com,
    dtucker@velaw.com,matt-moran-9786@ecf.pacerpro.com,courtmail@velaw.com

Megan F. Clontz
    on behalf of Creditor Marina Realty Enterprises LLC mclontz@fbfk.law, lvargas@spencerfane.com;mclontzlaw@gmail.com

Megan F. Clontz
    on behalf of Creditor Marina LA Realty LLC mclontz@fbfk.law, lvargas@spencerfane.com;mclontzlaw@gmail.com

Melissa Emily Valdez
    on behalf of Creditor KINGSBRIDGE MUNICIPAL UTILITY DISTRICT mvaldez@pbfcm.com
    mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael F. Webb
    on behalf of Creditor Salehoun Family L.P. mwebb@jdkglaw.com

Michael L. Weems
    on behalf of Creditor UNIVERSAL DTEC CORPORATION mlw@hwa.com

Case 25-33487-mvl7 Doc 227 Filed 10/17/25 Entered 10/17/25 23:22:22 Desc
Imaged Certificate of Notice    Page 9 of 11

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 4 of 6 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Michael S. Mitchell
    on behalf of Creditor Auto Paint Recon mike@demarcomitchell.com mike_450@ecf.courtdrive.com

Michael Scott Held
    on behalf of Creditor Bullish Resources  Inc. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Michael Scott Held
    on behalf of Creditor ANC Ventures  LTD. mheld@jw.com, kgradney@jw.com;osalvatierra@jw.com

Nicole Susan Wood
    on behalf of Trustee Anne Elizabeth Burns nwood@chfirm.com

Paul E. Heath
    on behalf of Creditor TBK Bank  SSB pheath@velaw.com, lweisbruch@velaw.com

Randall L. Klein
    on behalf of Creditor Fifth Third Bank  National Association, as administrative agent randall.klein@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Raneen Abdelghani
    on behalf of Creditor Hesselbein Tire Southwest  Inc. rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Raneen Abdelghani
    on behalf of Creditor Gateway Tire of Texas  Inc. rabdelghani@bradley.com, vherrera@bradley.com;aplayer@bradley.com

Rebecca Lynn Matthews
    on behalf of Creditor Fifth Third Bank  National Association, as administrative agent rmatthews@fbtlaw.com, rmccartney@fbtlaw.com

Robert M Charles, Jr
    on behalf of Creditor Offshore International  Incorporated (Arizona) Robert.Charles@wbd-us.com

Rogge Dunn
    on behalf of Creditor Jody Diaz Dunn@RoggeDunnGroup.com

Ronald J. Smeberg
    on behalf of Interested Party mp DP Real Estate  LP ron@smeberg.com, denielle@smeberg.com

Ronald J. Smeberg
    on behalf of Interested Party DP Real Estate  LP ron@smeberg.com, denielle@smeberg.com

Sara Zoglman
    on behalf of Creditor TBK Bank  SSB szoglman@velaw.com

Scott D. Lawrence
    on behalf of Creditor Vervent  Inc. scott.lawrence@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Shane Bebout
    on behalf of Creditor General Fleet Brokers  Inc. SBebout@toddlawfirm.com

Sherrel K. Knighton
    on behalf of Creditor Grayson County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Wise County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Kaufman County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Tarrant County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Rockwall CAD Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Parker CAD Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Irving ISD Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Gainesville ISD Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 5 of 6 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Sherrel K. Knighton
    on behalf of Creditor City of Richardson Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor City of Frisco Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Navarro County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sherrel K. Knighton
    on behalf of Creditor Lewisville ISD Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

Sidney H. Scheinberg
    on behalf of Creditor Clay Cooley Motor Company SScheinberg@GodwinBowman.com sidscheinberg@me.com;nchancy@GodwinBowman.com;OBrown@GodwinBowman.com;csanders@godwinbowman.com

Stephen M. Pezanosky
    on behalf of Creditor BPG Arizona 1 LLC stephen.pezanosky@haynesboone.com kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Stephen Mark Blank
    on behalf of Interested Party Wilmington Trust  National Association stephen.blank@alston.com

Steven Thomas Holmes
    on behalf of Trustee Anne Elizabeth Burns sholmes@chfirm.com chps.ecfnotices@ecf.courtdrive.com

T. Josh Judd
    on behalf of Creditor RKJS Investments  LLC jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd
    on behalf of Creditor Kevin K. Jahangiri and Sherwin Jahangiri d/b/a K&S Properties jjudd@andrewsmyers.com sray@andrewsmyers.com

Theodore J. Riney
    on behalf of Creditor TDIndustries  Inc. triney@rrspllc.com

Thomas Robert Califano
    on behalf of Debtor Tricolor Real Estate Services  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor TAG California Intermediate Holding Company  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Tricolor Auto Group  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Tricolor California Auto Acceptance  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Risk Analytics LLC tom.califano@sidley.com nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Tricolor Holdings  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Tricolor Financial  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Flexi Compras Autos  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Tricolor Tax  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano
    on behalf of Debtor Tricolor Auto Acceptance  LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com

Thomas Robert Califano

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 6 of 6 |
| Date Rcvd: Oct 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor TAG Asset Funding LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | on behalf of Debtor TAG California Holding Company LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | on behalf of Debtor TAG Intermediate Holding Company LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | on behalf of Debtor Tricolor Insurance Agency LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | on behalf of Debtor Tricolor California Auto Group LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | on behalf of Debtor Tricolor Home Loans LLC tom.califano@sidley.com nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | on behalf of Debtor Apoyo Financial LLC tom.califano@sidley.com, nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Thomas Robert Califano | on behalf of Debtor Tricolor Auto Receivables LLC tom.califano@sidley.com nyefiling@sidley.com;tom-califano-6649@ecf.pacerpro.com |
| Timothy A. Davidson, II | on behalf of Creditor JPMorgan Chase Bank N.A., as administrative agent taddavidson@hunton.com |
| Todd Allan Atkinson | on behalf of Creditor AFCO Credit Corporation todd.atkinson@wbd-us.com heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;todd_atkinson4@yahoo.com;cindy.giobbe@wbd-us.com |
| Todd Allan Atkinson | on behalf of Creditor Offshore International Incorporated (Arizona) todd.atkinson@wbd-us.com, heidi.sasso@wbd-us.com;liz.thomas@wbd-us.com;todd_atkinson4@yahoo.com;cindy.giobbe@wbd-us.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| William A. Trey Wood, III | on behalf of Creditor ACV Capital LLC trey.wood@bracewell.com mary.kearney@bracewell.com;bob.burns@bracewell.com |
| Yelena E. Archiyan | on behalf of Creditor Origin Bank yelena.archiyan@katten.com |

TOTAL: 117