**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS**

| | |
|---|---|
| In re<br><br>Tricolor Holdings, LLC,<br><br><br>Debtor(s). | Case No. 25-33487-mv17<br><br>Chapter 7 |

**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Oracle America, Inc. ("Oracle"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter, A Professional Corporation
> 425 Market Street, Suite 2900
> San Francisco, California 94105-3493
> Telephone: (415) 227-0900
> schristianson@buchalter.com

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Oracle's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or

-1-

-2-

recoupments to which Oracle is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

BUCHALTER, A Professional Corporation

Dated: October 22, 2025

By: __/s/ Shawn M. Christianson_____
Shawn M. Christianson, Esq.
425 Market Street, Suite 2900
San Francisco, CA 94105
Telephone: (415) 227-0900

Attorneys for Oracle America, Inc.

BUCHALTER 106111289V1