## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| TRICOLOR HOLDINGS, LLC, *et al*². , | § | Case No. 25-33487 (MVL) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### ORDER GRANTING EMERGENCY MOTION FOR STATUS CONFERENCE

CAME ON FOR CONSIDERATION, the Emergency Motion for Status Conference ("Motion"). The Court, having reviewed same, and found that notice of the Motion was proper, is of the opinion that that Motion should be GRANTED. It is therefore ORDERED

1. That a Status Conference has been set on the Motions to Compel (as defined in the Motion") for October 29, 2025 at _____.

###End of Order ###

---

[2] The Debtors and their bankruptcy case numbers are: Tricolor Holdings, LLC (25-33487), TAG Intermediate Holding Company, LLC (25-33495), Tricolor Auto Group, LLC (25-33496), Tricolor Auto Acceptance, LLC (25-33497),Tricolor Insurance Agency, LLC (25-33512), Tricolor Home Loans LLC (25-33511), Tricolor Real Estate Services (25-33514), TAG California Holding Company, LLC (25-33493), Flexi Compras Autos, LLC (25-33490), TAG California Intermediate Holding Company, LLC (25-33494), Tricolor California Auto Group, LLC (25-33502), Tricolor California Auto Acceptance, LLC (25-33501), Risk Analytics LLC (25-33491), Tricolor Tax, LLC (25-33515), Tricolor Financial, LLC (25-33510), Tricolor Auto Receivables LLC (25-33498), TAG Asset Funding, LLC (25-33492), Apoyo Financial, LLC (25-33489).

47323202v.4 171701/00001

**PREPARED AND SUBMITTED BY**:

| | |
|---|---|
| /s/ *Michael S. Held* | /s/ *Rebecca L. Matthews* |
| **JACKSON WALKER LLP** | **FROST BROWN TODD LLP** |
| Michael S. Held (TX Bar No. 09388150) | Rebecca L. Matthews, Esq. (TX Bar No. 24062776) |
| Beau H. Butler (TX Bar No. 24132535) | 2101 Cedar Springs Road, Suite 900 |
| 2323 Ross Avenue, Suite 600 | Dallas, TX 75201 |
| Dallas, TX 75201 | Telephone: (214) 580-5852 |
| Phone: (214) 953-6000 | Email: rmatthews@fbtlaw.com |
| Email: mheld@jw.com | |
| Email: bbutler@jw.com | |
| | |
| ***COUNSEL FOR ANC VENTURES, LTD. AND BULLISH RESOURCES, INC.*** | /s/ *Ivan M. Gold* |
| | **ALLEN MATKINS LECK GAMBLE MALLORY & NATHANS** |
| /s/ *Beau H. Butler* | Ivan M. Gold (admission *pro hac vice* pending) |
| **JACKSON WALKER LLP** | Three Embarcadero Center, 12th Floor |
| Jennifer F. Wertz (TX Bar No. 24072822) | San Francisco, CA 94111 |
| Beau H. Butler (TX Bar No. 24132535) | Telephone: (415) 837-1515 |
| 100 Congress Avenue, Suite 1100 | Email: igold@allenmatkins.com |
| Austin, TX 78701 | |
| Telephone: (512) 236-2000 | ***Counsel for Landlord 603 San Fernando Road, LLC*** |
| Email: jwertz@jw.com | |
| Email: bbutler@jw.com | /s/ *Deborah M. Perry* |
| | **MUNSCH HARDT KOPF & HARR, P.C.** |
| ***Counsel for CICF III TX1B01, LLC*** | Deborah M. Perry (TX Bar No. 24002755) |
| | Jonathan S. Petree (TX Bar No. 24116897) |
| | 500 N. Akard Street, Suite 4000 |
| | Dallas, TX 75201 |
| | Telephone: (214) 855-7500 |
| | Email: dperry@munsch.com |
| | Email: jpetree@munsch.com |
| | |
| | ***Counsel for BV NWH, LP*** |

47323202v.4 171701/00001