| | |
|---|---|
| **MCDERMOTT WILL & SCHULTE LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
| Charles R. Gibbs (TX Bar No. 7846300) | Darren Azman (admitted *pro hac vice*) |
| Marcus A. Helt (TX Bar No. 24052187) | One Vanderbilt Avenue |
| Grayson Williams (TX Bar No. 24124561) | New York, New York 10017-3852 |
| Michael Wombacher (TX Bar No. 24120434) | Telephone: (212) 547-5400 |
| 2801 North Harwood Street, Suite 2600 | E-mail: dazman@mwe.com |
| Dallas, Texas 75201 | |
| Telephone: (214) 295-8000 | |
| E-mail: crgibbs@mwe.com | |
|        mhelt@mwe.com | |
|        gwilliams@mwe.com | |
|        mwombacher@mwe.com | |

*Proposed Counsel to the Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**TRUSTEE'S MOTION FOR EXPEDITED CONSIDERATION
OF CHAPTER 7 TRUSTEE'S EMERGENCY MOTION FOR ENTRY OF
INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH
COLLATERAL AND GRANTING RELATED RELIEF [DOCKET NO. 255]**

Anne Elizabeth Burns, the Chapter 7 trustee (the "Trustee") of the estates of the above-captioned debtors (the "Debtors"), hereby moves (the "Motion") for entry of an order, substantially

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

in the form attached as **Exhibit A** (the "Proposed Order") granting the relief described below. In support of the Motion, the Trustee respectfully states as follows:

### RELIEF REQUESTED

1.  By this Motion, the Trustee seeks entry of the Proposed Order, shortening notice and scheduling an expedited setting on the *Chapter 7 Trustee's Emergency Motion for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Granting Related Relief* (the "Cash Collateral Motion") [Docket No. 255] to be held on **October 27, 2025 at 3:00 p.m. (prevailing Central Time)**.

2.  As described in the Cash Collateral Motion, the circumstances of this matter justify consideration of the Cash Collateral Motion on an expedited basis. Immediate relief is necessary due to the limited availability of information, the complexity of these chapter 7 cases, and the potential risk of the loss of estate assets if insurance coverage is not maintained and certain consultants whose services are and have been instrumental to preserving estate assets are not paid. Any delay in the authorization of the Trustee's use of limited cash collateral (in the amount of approximately $275,000) for the limited purposes of (a) maintaining certain critical insurance coverage and (b) paying certain consultants who are former employees of the Debtors and have provided essential services to the Trustee could hinder the Trustee's ability to preserve and maximize the value of the assets for the benefit of all creditors and cause irreparable harm. Based on the foregoing, the Trustee believes that the circumstances require expedited consideration of the Cash Collateral Motion.

WHEREFORE, the Trustee respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, (i) granting the Cash Collateral Motion, (ii) setting a hearing on the Cash Collateral Motion for October 27, 2025, at 3:00 p.m. (prevailing

Central Time), and (iii) granting such other relief as the Court deems appropriate under the circumstances.

Dated: Dallas, Texas
October 23, 2025

Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
Michael Wombacher (TX Bar No. 24120434)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel:  (214) 295-8000
Fax:  (972) 232-3098
E-mail:  crgibbs@mwe.com
  mhelt@mwe.com
  gwilliams@mwe.com
  mwombacher@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:  (212) 547-5400
Fax:  (212) 547-5444
E-mail:  dazman@mwe.com

*Proposed Counsel to the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I do hereby certify that on October 23, 2025, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this.

*/s/ Charles R. Gibbs*
Charles R. Gibbs

## LOCAL RULE 9013-1(a) CERTIFICATION

Given the number of parties in interest in the Chapter 7 Cases, the Trustee believes that conferring with the attorneys for affected parties is neither possible nor practicable.

*/s/ Charles R. Gibbs*
Charles R. Gibbs