IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| TRICOLOR HOLDINGS, LLC, et al.,[1] | § | CASE NO. 25-33487-mvl7 |
| | § | |
| Debtors | § | |

**SUPPLEMENT TO KEVIN K. JAHANGIRI AND SHERWIN JAHANGIRI D/B/A/ K&S PROPERTIES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY AGAINST NON-EXEMPT PROPERTY LOCATED AT
9316 NORTH FREEWAY, HOUSTON, TX 77037**
[Related to Docket No. 187]

COMES NOW, Kevin K. Jahangiri and Sherwin Jahangiri d/b/a K&S Properties ("K&S" or "Landlord"), and files this SUPPLEMENT to its Motion for Relief from the Automatic Stay Against Non-Exempt Property Located at 9316 North Freeway, Houston, TX 77037 (the "Motion")[2], and respectfully shows as follows:

As K&S identified in the Motion, the Debtors' physical abandonment of the Premises, combined with the Trustee's refusal to pay post-petition rent, and/or properly secure the Premises creates undue risk to the Landlord. On October 23, 2025, property adjacent to the Premises (also a TriColor dealership) was vandalized, the electrical panels were stripped, and all copper (and other metals) stolen from the Premises. Undeniably, the same will likely happen to the Premises and the guilty parties will be back to vandalize and strip the copper and other metals from the Premises.

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

[2] Defined terms not described herein shall have the meanings ascribed to them in the Motion.

1

A police report was filed with the Houston Police Department and has been assigned Incident No. 1390604-25. Photographs of the stripped out electrical boxes have been provided to the Chapter 7 trustee.





By the Chapter 7 Trustee's own admission in her pending cash collateral motion, the estates will not pay November rent and will not spend any funds on preserving or protecting the Premises. The Landlord does not agree to finance this case for the benefit of the purported secured lenders.

WHEREFORE, the Movant respectfully request that the Court immediately terminate the automatic stay to allow the Landlord to regain possession of the Property.

Respectfully submitted,

ANDREWS MYERS P.C.

*/s / T. Josh Judd*
T. Josh Judd
SBN: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com

# CERTIFICATE OF SERVICE

   I hereby certify that on October 24, 2025, pursuant to Rule 4001 and Local Rule 4001-1(a), I caused a true and correct copy of the foregoing Supplement to be served upon the parties listed below by depositing same with the U.S. Postal Service via first class mail, or via electronic mail.

**Via ECF Notification:**

| | |
|---|---|
| Thomas Robert Califano<br>Sidley Austin LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Counsel for the Debtors | Anne Elizabeth Burns<br>900 Jackson Street, Suite 570<br>Dallas, Texas 75202<br>Chapter 7 Trustee |
| Charles R. Gibbs<br>McDermott Will & Schulte LLP<br>2801 North Harwood Street, Suite 2600<br>Dallas, Texas 75201<br>Counsel for the Chapter 7 Trustee | U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75202 |
| Raneen Abdelghani<br>Bradley Arant Boult Cummings<br>1445 Ross Avenue, Suite 3600<br>Dallas, Texas 75202<br>Counsel for Hesselbein Tire Southwest, Inc. & Gateway Tire of Texas, Inc. | Jason R. Alderson<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10007<br>Counsel for ACV Capital LLC |
| Yelena E. Archiyan<br>Katten Muchin Rosenman LLP<br>2121 North Pearl Street, Suite 1100<br>Dallas, Texas 75201<br>Counsel for Origin Bank | Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Texas 77253-3064<br>Counsel for City of Houston, Fort Bend County, Houston Community College System, Houston ISD, & Lone Star College System |
| Jeanmarie Baer<br>Perdue Brandon Fielder Collins & Mott<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188<br>Counsel for Cooke County Appraisal District | Todd Allen Atkinson<br>Womble Bond Dickinson (US) LLP<br>717 Texas Avenue, Suite 2100<br>Houston, Texas 77002<br>Counsel for Offshore International, Incorporated (Arizona) & AFCO Credit Corporation |
| Shane Bebout<br>Todd Barron Thomason Hudman Baxter<br>3800 E. 42nd Street, Suite 409<br>Odessa, Texas 79762-5982<br>Counsel for General Fleet Brokers, Inc. | Cleveland R. Burke<br>Vela Wood Young Staley P.C.<br>1211 E. 4th Street, Suite 210<br>Austin, Texas 78702<br>Counsel for Austin 5432 South IH35, LLC |

Elizabeth Banda Calvo
Perdue Brandon Fielder Collins Mott
500 E. Border St., Suite 640
Arlington, Texas 76010
Counsel for Castleberry ISD

Megan F. Clontz
Ferguson Braswell Fraser Kubasta PC
2500 Dallas Parkway, Suite 600
Plano, Texas 75093
Counsel for Marina LA Realty, LLC

Robert M. Charles, Jr.
Womble Bond Dickinson (US) LLP
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Counsel for Offshore International, Incorporated (Arizona)

John Douglas Elrod
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road, NE, Suite 2500
Atlanta, GA 30305
Counsel for Cox Automotive, Inc.

Timothy A. Davidson, II
Hunton Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
Counsel for JPMorgan Chase Bank, NA, as administrative agent

Jennifer Feldsher
Morgan Lewis & Bockius LLP
101 Park Ave., 38th Floor
New York, NY 10178
Counsel for ACV Capital LLC

Joseph G. Epstein
24 Greenway Plaza, Suite 970
Houston, Texas 77046
Counsel for Avenger Parking I, LLC

Bradley Roland Foxman
Vinson & Elkins, LLP
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Counsel for TBK Bank, SSB

Elisha D. Graff
Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017
Counsel for JPMorgan Chase Bank, NA

Eric R. Hail
Katten Muchin Rosenman LLP
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Counsel for Origin Bank

Ashley Lindsay Harper
Hunton Andrews Kurth LLP
600 Travis, Suite 4200
Houston, Texas 77002
Counsel for JPMorgan Chase Bank, NA, as administrative agent

Paul E. Heath
Vinson & Elkins
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Counsel for TBK Bank, SSB

Michael Scott Held
Jackson Walker LLP
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Counsel for ANC Ventures, LTD. & Bullish Resources, Inc.

Daniel Herrin
Herrin Law, PLLC
12001 N. Central Expy, Suite 920
Dallas, Texas 75243
Counsel for Taysir Zahra

5

Gregory Getty Hesse
Hunton Andrews Kurth LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202-2799
Counsel for JPMorgan Chase Bank, NA, as administrative agent

Audrey Lorene Hornisher
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, Texas 75202
Counsel for DB & BB Properties L.P.

Edwin A. Huffman
Katten Munchin Rosenman, LLP
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Counsel for Origin Bank

Sherrel K. Knighton
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, Texas 75219
Counsel for Dallas County, Irving ISD, & Tarrant County

Danielle Wildern Juhle
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Counsel for Fifth Third Bank, National Association, as administrative agent

Scott D. Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Ave, Suite 500
Dallas, Texas 75204
Counsel for Vervent, Inc.

Randall L. Klein
Goldberg Kohn, Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Counsel for Fifth Third Bank, National Association, as administrative agent

John P. Lewis, Jr.
Hayward PLLC
10501 North Central Expressway, Suite 106
Dallas, Texas 75231
Counsel for Southern Tire Mart, LLC

Christie Lewis
Hirsch & Westheimer PC
1415 Louisiana St., Suite 36th Floor
Houston, Texas 77002
Counsel for Houston Auto Auction Properties, LP & Roalty 1 Properties, Ltd.

Jarrod Martin
Bradley Arant Boult Cummings LLP
600 Travis Street, Suite 5600
Houston, Texas 77002
Counsel for XL Parts, LLC

Jonathan Lozano
Bracewell LLP
111 Congress Ave, 23rd Floor
Austin, Texas 78701
Counsel for ACV Capital LLC

John E. Mitchell
Katten Muchin Rosenman
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Counsel for Origin Bank

Rebecca Lynn Matthews
Frost Brown Todd LLP
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Counsel for Fifth Third Bank, National Association, as administrative agent

Matthew W. Moran
Vinson & Elkins, LLP
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Counsel for TBK Bank, SSB

Michael S. Mitchell
500 N. Central Expressway, Suite 500
Plano, Texas 75074
Counsel for Auto Paint Recon

Deborah M. Perry
Munsch Hardt Kopf & Harr, PC
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Counsel for BV NWH, LP

Julie Anne Parsons
McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, Texas 78680
Counsel for Midland Central Appraisal District & Tax Appraisal District of Bell County

Theodore J. Riney
Riney Packard, PLLC
5420 LBJ Freeway, Suite 220
Dallas, Texas 75240
Counsel for TDIndustries, Inc.

Mark Joseph Petrocchi
Griffith, Jay & Michel, LLP
2200 Forest Park Boulevard
Fort Worth, Texas 76110
Counsel for Griffith, Jay & Michel, LLP

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
2700 Via Fortuna Ste 400 (78746)
Austin, Texas 78741
Counsel for Nueces County

Linda D. Reece
Perdue Brandon Fielder Collins & Mott LLP
1919 S. Shiloh Road, Suite 640, LB 40
Garland, Texas 75042
Counsel for Carrollton-Farmers Branch ISD

Jared M. Slade
Alson & Bird LLP
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Counsel for Wilmington Trust, National Association

Lisa Page Rothberg
Dore Rothberg Law, PC
16225 Park Ten Place Dr., Suite 700
Houston, Texas 77084
Counsel for 400 N. Riverside, LLC

Ronald J. Smeberg
The Smeberg Law Firm, PLLC
4 Imperial Oaks
San Antonio, Texas 78248
Counsel for DP Real Estate, LP

Sidney H. Scheinberg
Godwin Bowman PC
500 N. Akard, #1100
Dallas, Texas 75270
Counsel for Clay Cooley Motor Company

John James Sparacino
McKool Smith
600 Travis Street, Suite 7000
Houston, Texas 77002
Counsel for Daniel Chu

Bradley Smyer
Alston & Bird LLP
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Counsel for Wilmington Trust, National Association

Melissa Emily Valdez
Perdue Brandon Fielder Collins & Mott
1235 North Loop West, Suite 600
Houston, Texas 77008
Counsel for Kingsbridge Municipal Utility District

7

| | |
|---|---|
| Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro Street #300<br>San Antonio, Texas 78205<br>Counsel for Bexar County & Ector CAD | Jason C. Webster<br>Webster Vicknair MacLeod<br>24 Greenway Plaza, Suite 600<br>Houston, Texas 77046<br>Counsel for Jose Campos |
| Michael F. Webb<br>Johnson DeLuca Kurisky and Gould, PC<br>1221 Lamar Street, Suite 1000<br>Houston, Texas 77010<br>Counsel for Salehoun Family, LP | Jennifer F. Wertz<br>Jackson Walker LLP<br>100 Congress Avenue Suite 1100<br>Austin, Texas 78701<br>Counsel for CICF III-TX1B01, LLC |
| William A. Trey Wood, III<br>Bracewell LLP<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Counsel for ACV Capital LLC | Sara Zoglman<br>Vinson & Elkins<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Counsel for TBK Bank, SSB |
| Jared Weir<br>Greenberg Traurig, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Counsel for Cox Automotive, Inc. | Michael L. Weems<br>Hughes Watters Askanase, LLP<br>1201 Louisiana St., 28th Floor<br>Houston, Texas 77002<br>Counsel for Universal DTEC Corporation |

**Via U.S. Mail:**

| | |
|---|---|
| Darren T. Azman<br>McDermott Will & Schulte LLP<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Counsel for the Chapter 7 Trustee | Sam Anderson<br>Berstein, Shur, Sawyer & Nelson, P.A.<br>100 Middle St.<br>P.O. Box 9729<br>Portland, ME 04101-5029<br>Counsel for Vervent, Inc. |
| Nicholas E. Baker<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Counsel for JPMorgan Chase Bank, NA | Stephen Mark Blank<br>Alston & Bird<br>90 Park Avenue<br>New York, NY 10016<br>Counsel for Wilmington Trust, National Association |
| Nicole P. Bruno<br>Goldberg Kohn Ltd.<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Counsel for Fifth Third Bank, National Association, as administrative agent | Gerard S. Catalanello<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, NY 10016<br>Counsel for Wilmington Trust, National Association |

Rachael L. Foust
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Counsel for JPMorgan Chase Bank, NA

Ian Kitts
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Counsel for JPMorgan Chase Bank, NA

Adam R. Prescott
Berstein, Shur, Sawyer & Nelson, PA
100 Middle St.
P.O. Box 9729
Portland, ME 04101-5029
Counsel for Vervent, Inc.

Zachary J. Weiner
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Counsel for JPMorgan Chase Bank, NA

Charles Brackett Hendricks
Steven Thomas Holmes
Nicole Susan Wood
Cavazos Hendricks Poirot, P.C.
900 Jackson Street, Suite 570
Dallas, Texas 75202
Counsel for the Chapter 7 Trustee

Ted A. Huffman
Katten Munchin Rosenman, LLP
2121 North Pearl Street, Suite 1100
Dallas, Texas 75201
Counsel for Origin Bank

Sean Lee
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Counsel for JPMorgan Chase Bank, NA

Edwin E. Smith
Morgan Lewis & Bockius, LLP
One Federal Street
Boston, MA 02110-1726
Counsel for ACV Capital LLC

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Benjamin I. Finestone
700 Louisiana, Suite 3900
Houston, Texas 77002

*/s/ T. Josh Judd*
T. Josh Judd