**Larry A. Levick**
**State Bar No. 12252600**
**Email: levick@singerlevick.com**
**SINGER & LEVICK, P.C.**
**16200 Addison Road, Suite 140**
**Addison, Texas 75001**
**Telephone: 972.380.5533**
**Fax: 972.380.5748**

**Attorneys for FIRST Insurance Funding**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **TRICOLOR HOLDINGS, LLC,** *et al.,*[1] | ) | **Case No. 25-33487 (MVL)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| _____ | )_____ | |
| | ) | |
| | ) | |
| **FIRST INSURANCE FUNDING,** | ) | |
| **A DIVISON OF LAKE FOREST BANK** | ) | |
| **& TRUST COMPANY, N.A.,** | ) | |
| **Movant,** | ) | |
| | ) | |
| **vs.** | ) | **Hearing:  November 25, 2025 at 1:30 PM** |
| | ) | **Response Due:  November 10, 2025** |
| **TRICOLOR HOLDINGS, LLC** | ) | |
| **Debtor/Respondent.** | ) | |

---

## NOTICE OF HEARING

---

**PLEASE TAKE NOTICE** that a hearing on the *Motion for Relief From the Automatic Stay as to Premium Finance Agreement* (**Dkt.270**) and *Motion for Adequate Protection* (**Dkt.271**) filed by FIRST Insurance Funding, a Division of Lake Forest Bank & Trust Company, N.A. ("**FIRST**") will take place **via WebEx** on **Tuesday, November 25, 2025 at 1:30 PM (Central Time)** before the

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

Honorable Michelle V. Larson, United States Bankruptcy Judge for the Northern District of Texas,

Dallas Division.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by videoconference

via WebEx.  Parties may attend the hearing by accessing the following link:

https://us-courts.webex.com/meet/larson

Parties may also attend via telephone using the following dial-in number:

Dial-In:  1-650-479-3207

Meeting ID:  2301 476 1957

**PLEASE TAKE FURTHER NOTICE**  that prior to the hearing, parties should review the

Court's WebEx Hearing Instructions available at the following link, as well as attached hereto:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

**Dated: October 27, 2025**

Respectfully submitted,

SINGER & LEVICK, P.C.

By:      /s/  *Larry A. Levick*
         Larry A. Levick
         State Bar No. 12252600

16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: levick@singerlevick.com

**And**

SHAPIRO SHER GUINOT & SANDLER
Scott W. Foley
Daniel J. Zeller
250 West Pratt Street, Suite 2000
Baltimore, MD 21201
Phone:  410.385.4234
Email: swf@shapirosher.com
Email: djz@shapirosher.com

ATTORNEYS FOR:
FIRST INSURANCE FUNDING

---

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties as shown below; to counsel for the Debtors and Chapter 7 Trustee via electronic mail as shown below; and to the Interested Parties as shown below via first class mail, postage prepaid, on this 27th day of October, 2025.

| | |
|---|---|
| **DEBTORS:**<br>Tricolor Holdings, LLC<br>6021 Connection Drive, 4th Floor<br>Irving, Texas 75039<br>**VIA ECF Noticing through its attorney** | **ATTORNEYS FOR DEBTORS:**<br>Thomas Robert Califano<br>Sidley Austin LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>**VIA ECF Noticing**<br>**VIA Email:  tom.califano@sidley.com** |
| **CHAPTER 7 TRUSTEE:**<br>Anne Elizabeth Burns<br>900 Jackson Street, Suite 570<br>Dallas, Texas 75202<br>**VIA ECF Noticing**<br><br>**U.S. TRUSTEE:**<br>United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, Texas 75202<br>**VIA ECF Noticing** | **ATTORNEYS FOR CHAPTER 7 TRUSTEE:**<br>Darren T. Azman<br>McDermott Will & Emery LLP<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>**VIA ECF Noticing**<br>**VIA Email:  dazman@mwe.com**<br><br>Charles R. Gibbs<br>McDermott Will & Schulte LLP<br>2801 North Harwood Street, Suite 2600<br>Dallas, Texas 75201<br>**VIA ECF Noticing**<br>**VIA Email:  crgibbs@mwe.com**<br><br>Charles Brackett Hendricks<br>Steven Thomas Holmes<br>Nicole Susan Wood<br>Cavazos Hendricks Poirot, P.C.<br>900 Jackson Street, Suite 970<br>Dallas, Texas 75202<br>**VIA ECF Noticing**<br>**VIA Emails:  chuckh@chfirm.com**<br>          **sholmes@chfirm.com**<br>          **nwood@chfirm.com** |

| | |
|---|---|
| **INTERESTED PARTIES**:<br>Arthur J. Gallagher & Co.<br>12750 Merit Drive, Suite 1000<br>Dallas, Texas 75251<br>**VIA FIRST-CLASS MAIL** | **INTERESTED PARTIES**:<br>Lloyds of London<br>Gallery 5, One Lime Street<br>London, UK EC3M 7HA<br>**VIA FIRST-CLASS MAIL** |
| Beazley Insurance Co.<br>The Rutherford Building<br>65 Memorial Road, Suite 320<br>West Hartford, Connecticut 06107<br>**VIA FIRST-CLASS MAIL** | Old Republic Insurance Co.<br>P. O. Box 1019<br>Youngwood, Pennsylvania 15657<br>**VIA FIRST-CLASS MAIL** |
| Bridgeway Insurance Company<br>555 College Road E<br>Princeton, NJ 08543<br>**VIA FIRST-CLASS MAIL** | QBE Specialty Insurance Co.<br>55 Water Street, 20th Floor<br>New York, NY 10041<br>**VIA FIRST-CLASS MAIL** |
| Continental Insurance Co.<br>151 North Franklin Street<br>Chicago, Illinois 60606<br>**VIA FIRST-CLASS MAIL** | Travelers Casualty & Surety Co.<br>Premium Finance Unit<br>P. O. Box 2953<br>Hartford, Connecticut 06104<br>**VIA FIRST-CLASS MAIL** |
| Federal Insurance Company<br>202 Halls Mill Road<br>Whitehouse Station, NJ 08889<br>**VIA FIRST-CLASS MAIL** | Travelers Excess and Surp. Lines<br>Premium Finance Unit<br>P. O. Box 2953<br>Hartford, Connecticut 06104<br>**VIA FIRST-CLASS MAIL** |
| Homeland Insurance Co. of NY<br>605 Highway 169 North, Suite 800<br>Plymouth, Minnesota 55441<br>**VIA FIRST-CLASS MAIL** | Wesco Insurance Company<br>800 Superior Avenue E, Floor 21<br>Cleveland, Ohio 44114<br>**VIA FIRST-CLASS MAIL** |
| Houston Casualty Company<br>13403 Northwest Freeway<br>Houston, Texas 77040-2401<br>**VIA FIRST-CLASS MAIL** | |

 /s/  *Larry A. Levick*
Larry A. Levick

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to Clerk's Notice 2024-01 issued by the Court on May 14, 2024, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 2301 476 1957

**Participation/Attendance Requirements**:

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time.  Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**.  For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF <u>select "at https://us-courts.webex.com/meet/larson" as the location of the hearing</u> (note: this option appears immediately after the first set of Wichita Falls locations).  Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote ***video*** access to Court hearings shall ***only be available for case participants*** (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.