IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re:<br><br>TRICOLOR HOLDINGS, LLC, et al.,<br><br>Debtors. | **Case No. 25-33487-mvl-7**<br>Jointly Administered<br><br>Dallas, Texas<br>October 28, 2025<br>1:30 p.m. Docket<br><br>MOTION FOR RELIEF FROM STAY FILED BY CREDITOR AFCO CREDIT CORPORATION [140] |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MICHELLE V. LARSON,
UNITED STATES BANKRUPTCY JUDGE.

APPEARANCES:

| | |
|---|---|
| For Anne Elizabeth Burns, Trustee: | Grayson Williams<br>MCDERMOTT WILL & SCHULTE, LLP<br>2801 North Harwood Street, Suite 2600<br>Dallas, TX 75201<br>(214) 210-2814 |
| For Anne Elizabeth Burns, Trustee: | Darren Azman<br>MCDERMOTT WILL & SCHULTE, LLP<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>(212) 547-5615 |
| For AFCO Credit Corporation: | Joel L. Perrell, Jr.<br>WOMBLE BOND DICKINSON (US), LLP<br>100 Light Street, 26th Floor<br>Baltimore, MD 21202<br>(410) 545-5854 |
| For AFCO Credit Corporation: | Todd Allan Atkinson<br>WOMBLE BOND DICKINSON (US), LLP<br>717 Texas Avenue, Suite 2100<br>Houston, TX 77002<br>(216) 346-7849 |

APPEARANCES, cont'd.:

| | |
|---|---|
| For Cox Automotive, Inc.: | Jared Weir<br>GREENBERG TRAURIG, LLP<br>2200 Ross Avenue, Suite 5200<br>Dallas, TX 75201<br>(214) 665-3674 |
| Recorded by: | Bryon A. Robinson<br>UNITED STATES BANKRUPTCY COURT<br>1100 Commerce Street<br>Dallas, TX 75242<br>(214) 753-2011 |
| Transcribed by: | Kathy Rehling<br>311 Paradise Cove<br>Shady Shores, TX 76208<br>(972) 786-3063 |

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

DALLAS, TEXAS - OCTOBER 28, 2025 - 1:47 P.M.

THE COURT: The next matter on the docket is Case No. 25-33487, Tricolor Holdings, LLC. I'll take appearances for the record. I'll start with you, Mr. Williams. I see you there.

MR. WILLIAMS: Good afternoon, Your Honor. Grayson Williams of McDermott Will & Schulte, proposed counsel to the Chapter 7 Trustee. I think I'm joined on the line by my colleague, Darren Azman.

THE COURT: All right. Thank you very much.

MR. PERRELL: And good afternoon, Your Honor. Joel Perrell on behalf of AFCO Credit Corporation. I'm also joined on the line with Todd Atkinson. We're from the law firm of Womble Bond Dickinson.

THE COURT: All right. Thank you very much.

I know we probably have a number of other parties who are here primarily to observe, but I am happy to take any other appearances on this matter if anyone wishes to do so.

MR. WEIR: Your Honor, this is Jared Weir of Greenberg Traurig representing Cox Automotive, Inc.

THE COURT: One more time, Mr. Weir? Your client?

MR. WEIR: Cox Automotive, --

THE COURT: Okay. Thank you.

MR. WEIR: -- Inc.

THE COURT: Thank you.

Anyone else wish to make an appearance?

All right. So, Mr. Williams, I was able to review the form of consent order that was sent by you and AFCO's counsel in resolution of the motion. Were there any other changes, anything else, any other agreements with respect to this matter?

MR. WILLIAMS: No, Your Honor. I think that represents the solution that we arrived at.

THE COURT: Okay. Thank you.

Mr. Perrell, do you have anything further for the Court as it pertains to AFCO?

MR. PERRELL: Again, Joel Perrell on behalf of AFCO Credit Corporation.

Your Honor, I do not, but thank you for asking.

THE COURT: All right. Thank you very much.

All right. And I appreciate, I see that you incorporated the one thing that the Court had addressed with Mr. Williams at yesterday's hearing as he gave me a little bit of a forecast of what to expect for this particular motion. And it seems like the notice concept has been inserted. So, with that, the Court will grant the consent order between AFCO and the Trustee.

MR. WILLIAMS: Thank you, Your Honor.

THE COURT: You're very welcome.

MR. PERRELL: Thank you, Your Honor. May we be

excused?

THE COURT: Yes.

(Proceedings concluded at 1:50 p.m.)

--oOo--

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

**/s/ Kathy Rehling** **11/07/2025**

________________________________________ __________________

Kathy Rehling, CETD-444 Date
Certified Electronic Court Transcriber

INDEX

PROCEEDINGS 3

WITNESSES

-none-

EXHIBITS

-none-

RULINGS 4

END OF PROCEEDINGS 5

INDEX 6