BTXN224 10/16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

IN RE: §
Roalty 1 Properties LTD § CASE NO. 25-33487-MVL
5714 Star Lane §
Houston, TX 77057 § CHAPTER 13
 §

## NOTICE OF TRANSFER OF SERVICING OR NAME CHANGE OR
## CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the servicing of the Mortgage Loan as set out in Proof of Claim No. 1 filed on 11/10/2025 in the amount of $3,570,000.00 by Christie Lewis ("Transferor"), with the address of N/A has been transferred OR the name of the Mortgage Lender has changed OR the address for payment has been changed. The new information is set out below:

Servicer Name (if changed): Roalty 1 Properties LTD

Address: 5714 Star Lane, Houston, TX 77057

Contact Person: Michael A. Roa

Telephone Number: 832-347-8326    Fax Number:

E-mail: michaelroa@teamautoplex.com

Effective Date: 11/10/2025

Mortgage Lender name, address, and phone/fax
Roalty 1 Properties LTD
5714 Star Lane                              Date: 11/10/2025
Houston, TX 77057

[signature of authorized individual]

Its: President
    [title of authorized individual]