| | |
|---|---|
| **MCDERMOTT WILL & SCHULTE LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
| Charles R. Gibbs (TX Bar No. 7846300) | Darren Azman (admitted *pro hac vice*) |
| Marcus A. Helt (TX Bar No. 24052187) | One Vanderbilt Avenue |
| Grayson Williams (TX Bar No. 24124561) | New York, New York 10017-3852 |
| Michael Wombacher (TX Bar No. 24120434) | Telephone: (212) 547-5400 |
| 2801 North Harwood Street, Suite 2600 | E-mail: dazman@mwe.com |
| Dallas, Texas 75201 | |
| Telephone: (214) 295-8000 | |
| E-mail: crgibbs@mwe.com | |
| mhelt@mwe.com | |
| gwilliams@mwe.com | |
| mwombacher@mwe.com | |

*Proposed Counsel to the Chapter 7 Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## JOINT WITNESS AND EXHIBIT LIST OF ORIGIN BANK, VERVENT INC., AND THE CHAPTER 7 TRUSTEE FOR HEARING SCHEDULED ON NOVEMBER 17, 2025

Origin Bank ("Origin"), Vervent Inc. ("Vervent"), and Anne Elizabeth Burns, solely in her capacity as the duly appointed Chapter 7 bankruptcy trustee (the "Trustee," and together with Origin and Vervent, the "Parties") for Tricolor Holdings, LLC and its various debtor affiliates (collectively, the "Debtors"), hereby files this *Joint Witness and Exhibit List of Origin Bank,*

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

*Vervent Inc., and the Chapter 7 Trustee for Hearing Scheduled on November 17, 2025* (the "Joint Witness and Exhibit List") in connection with the matters scheduled for hearing on November 17, 2025, at 1:30 p.m. (prevailing Central Time) (the "Hearing"):

## WITNESSES

1. Sheldon Stone, CRS Capstone Partners LLC;

2. Michael Wawczak, Origin Bank;

3. Any witness listed, offered, or called by any other party;

4. Any witness necessary to authenticate a document; and

5. Any witness required for rebuttal or impeachment.

## EXHIBITS

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Amended and Restated Successor Servicing Agreement, by and among Origin Bank, as the Lender, Vervent Inc., as the Successor Servicer, and Anne Burns, as the duly appointed Chapter 7 Trustee in the Cases of Tricolor Holdings, LLC, et al., dated as of October 24, 2025 | | | | |
| 2. | Any pleading on file in these cases | | | | |
| 3. | Any exhibits listed, designated, or offered by any other party | | | | |
| 4. | Any exhibits necessary for rebuttal | | | | |

## RESERVATION OF RIGHTS

The Parties reserve the right to amend or supplement this Joint Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. The Parties reserve the right to offer into evidence any other exhibit designated by

2

any other party in connection with the hearing on these matters. The Parties also reserve the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

Dated: Dallas, Texas
      November 15, 2025

| | |
|---|---|
| **KATTEN MUCHIN ROSENMAN LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
| */s/ John E. Mitchell* | */s/ Charles R. Gibbs* |
| John E. Mitchell, SBN: TX 00797095 | Charles R. Gibbs (TX Bar No. 7846300) |
| Eric R. Hail, SBN: TX 24047579 | Marcus A. Helt (TX Bar No. 24052187) |
| Yelena E. Archiyan, SBN: TX 24119035 | Grayson Williams (TX Bar No. 24124561) |
| 2121 N. Pearl St., Suite 1100 | Michael Wombacher (TX Bar No. 24120434) |
| Dallas, TX 75201 | 2801 North Harwood Street, Suite 2600 |
| Telephone: (214) 765-3600 | Dallas, Texas 75201-1664 |
| john.mitchell@katten.com | Tel: (214) 295-8000 |
| eric.hail@katten.com | Fax: (972) 232-3098 |
| yelena.archiyan@katten.com | crgibbs@mwe.com |
| | mhelt@mwe.com |
| *Counsel for Origin Bank* | gwilliams@mwe.com |
| | mwombacher@mwe.com |
| **WICK PHILLIPS GOULD & MARTIN, LLP** | -and- |
| */s/ Scott D. Lawrence* | Darren Azman (admitted *pro hac vice*) |
| Scott D. Lawrence, SBN: TX 24087896 | One Vanderbilt Avenue |
| 3131 McKinney Avenue, Suite 500 | New York, New York 10017-3852 |
| Dallas, TX 75204 | Tel:   (212) 547-5400 |
| Telephone: (214) 420-4449 | Fax:  (212) 547-5444 |
| scott.lawrence@wickphillips.com | E-mail:    dazman@mwe.com |
| *Counsel for Vervent Inc.* | *Proposed Counsel to the Chapter 7 Trustee* |

**CERTIFICATE OF SERVICE**

    I do hereby certify that on November 15, 2025, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

                                */s/ Charles R. Gibbs*
                                Charles R. Gibbs