IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In Re:<br><br>TRICOLOR HOLDINGS, LLC, et al.,<br><br>Debtors. | **Case No. 25-33487-mvl-7**<br>Jointly Administered<br><br>Dallas, Texas<br>November 18, 2025<br>1:30 p.m. Docket<br><br>MOTION FOR RELIEF FROM STAY FILED BY CREDITOR VARILEASE FINANCE, INC. [ECF 214] |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MICHELLE V. LARSON,
UNITED STATES BANKRUPTCY JUDGE.

APPEARANCES:

| | |
|---|---|
| For Anne Elizabeth Burns, Trustee: | Grayson Williams<br>MCDERMOTT WILL & SCHULTE, LLP<br>2801 North Harwood Street, Suite 2600<br>Dallas, TX 75201<br>(214) 210-2814 |
| For DP Real Estate, LP, Interested Party: | Ronald J. Smeberg<br>THE SMEBERG LAW FIRM, PLLC<br>4 Imperial Oaks<br>San Antonio, TX 78248<br>(210) 695-6684 |
| Recorded by: | Sara Ferrufino<br>UNITED STATES BANKRUPTCY COURT<br>1100 Commerce Street<br>Dallas, TX 75242<br>(214) 753-2088 |
| Transcribed by: | Kathy Rehling<br>311 Paradise Cove<br>Shady Shores, TX 76208<br>(972) 786-3063 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

DALLAS, TEXAS - NOVEMBER 18, 2025 - 1:38 P.M.

THE COURT: Is there anyone else on for the 1:30 preliminary lift stay docket? I'm not sure if we have any of our Tricolor motions that are still pending. So, just in case, anyone here for Case 25-33487, Tricolor Holdings, LLC?

MR. WILLIAMS: Good afternoon, Your Honor. This is Grayson Williams at McDermott Will & Schulte, counsel to the Chapter 7 Trustee.

Technically, the Varilease --

THE COURT: Okay. That's what I was wondering.

MR. WILLIAMS: -- motion for lift stay.

THE COURT: I have a little dot by it. That's why I didn't run too fast. Thank you.

MR. WILLIAMS: Yep. I'm not sure if the attorney for Varilease is on.

Mr. Schreiber, are you on the WebEx?

MR. SMEBERG: This is Ron Smeberg here. And Your Honor, we just had one order that's been outstanding for a couple weeks. We had an outstanding agreed order which we submitted. And I just wanted to find out if there was something wrong with the order preventing it from being entered.

THE COURT: Okay. And this is for the Varilease motion?

MR. SMEBERG: Oh, no, I'm sorry, Your Honor. This is

for the DP Real Estate motion.

THE COURT: Okay. Well, I'll get to that in just one moment.

Is there anyone on for Varilease?

(No response.)

THE COURT: All right. Why don't you make your announcement, Mr. Williams, and then we'll go from there and address Mr. Smeberg's issue.

MR. WILLIAMS: Sure. The announcement with respect to Varilease is we're really close to a form of final stipulation. We expect it will be entered or put before Your Honor in a few days. But it was my understanding that Mr. Schreiber, counsel to Varilease, wanted to set that for final hearing on the 25th.

THE COURT: Okay.

MR. WILLIAMS: But I'm happy, we're happy to do that, we can set it on the 25th. I fully expect we'll bake a stipulation before then.

THE COURT: All right. So let me double-check time our time on the 25th.

(Pause.)

THE COURT: Okay. So in terms of -- wait a minute. Oh, there it is. No. What time did we have on the 25th again, Mr. Williams?

MR. WILLIAMS: Ooh, you're testing me, Your Honor.

THE COURT: Give me just one second. I'm testing myself and I'm failing, so just give me one moment.

MR. WILLIAMS: It's the, yeah, it's the final hearing for the lease rejection.

THE COURT: Right. And that's what, I can't find that on the docket, so just give me one second.

MR. WILLIAMS: Sure. I think there's a notice of hearing for it. Let me see. (Pause.) I think it's 1:30, Your Honor.

THE COURT: Okay. I've got 9:30, and so give me one moment.

MR. WILLIAMS: Uh-oh.

THE COURT: At least that's what I have in my minute entry. So let me check the docket.

MR. WILLIAMS: You're right, Your Honor. I'm looking at the preliminary -- there's a few continued prelims that are set on the 25th.

THE COURT: Right.

MR. WILLIAMS: Specifically, TBK's lift stay got set at 1:30. So I think the 9:30 is right.

THE COURT: All right. Yes. So, yes, we'll set that at 9:30 for a final hearing. Same rules apply as last time. We're not going to have probably a considerable amount of time to have a full final evidentiary hearing.

MR. WILLIAMS: Sure.

THE COURT: But if what you have is an agreement, we'll certainly address it then. Okay?

MR. WILLIAMS: Thank you, Your Honor.

THE COURT: Thank you, Mr. Williams.

All right. So, Mr. Smeberg, you were asking about -- just one second -- you were asking about the motion, you said DP?

MR. SMEBERG: Right. DP Real Estate, Your Honor.

THE COURT: DP Real Estate? Okay. And do you have a docket number for me?

MR. SMEBERG: I just pulled the order up. I should have kept the --

MR. WILLIAMS: The amended motion is at Docket 168.

THE COURT: Okay.

MR. SMEBERG: Thank you, Mr. Williams.

(Pause.)

THE COURT: Okay. So did you upload the agreed order?

MR. SMEBERG: Yes, Your Honor.

THE COURT: Okay. All right. Let me see if I can find that.

(Pause.)

THE COURT: And do you know if you uploaded it, Mr. Smeberg?

MR. SMEBERG: Yes, Your Honor. Now that Counsel mentioned about the amended motion, I'm wondering if maybe my

office uploaded it to the wrong docket number. I did -- I do have the actual order that's on the docket, but I did not double-check to make sure they put it in the right spot, so that could be the issue.

THE COURT: Okay. I think I see one that was uploaded -- let's see what this is.

(Pause.)

THE COURT: Did you receive a request from the Court to resubmit it, maybe on November 6th?

MR. SMEBERG: I do not know about that, Your Honor. I know that my --

THE COURT: Okay.

MR. SMEBERG: -- assistant has reached out to the Clerk a few times just to find out --

THE COURT: Okay.

MR. SMEBERG: -- why it hadn't been entered. But I don't think she received a response yet.

THE COURT: Okay. All right. Well, we are looking for it. Give me just one moment.

Is there anyone else who wishes to be heard on a Tricolor matter?

(No response.)

THE COURT: Okay. Just give me one moment.

(Pause.)

THE COURT: All right. I can't really ascertain

while I'm on right now what's going on with it, but let's just do this. Let's upload it again, please, and link it to Docket 168.

One of the issues that we have had in the case that we discussed at the last hearing is all of these stipulations are not being linked to the actual motions, they're just being linked to the stipulation. And so when we go to sign orders, it's not resolving the motions because they're not being linked to the right motions. So whenever you have a way to link a related, just make sure that you relate it to that amended motion, and we will get it signed. I don't think I have that many orders to sign today, so I can probably get to it today. All right?

MR. SMEBERG: Thank you, Your Honor. I'll upload it right now.

THE COURT: Okay. I'm sorry if we've missed it. If it's agreed, just make sure there are signatures at the bottom, and we'll get to it promptly. I apologize if we've missed it.

MR. SMEBERG: Thank you so much, Your Honor. May I be excused?

THE COURT: Yes, you may.

All right, ladies and gentlemen. With that, that concludes our 1:30 docket, and the Court will stand in recess until 2:00.

THE CLERK: All rise.

(Proceedings concluded at 1:49 p.m.)

--oOo--

CERTIFICATE

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

**/s/ Kathy Rehling** **11/24/2025**

________________________________________ ____________________

Kathy Rehling, CETD-444 Date
Certified Electronic Court Transcriber

INDEX


| | |
|---|---|
| PROCEEDINGS | 2 |
| WITNESSES | |
| -none- | |
| EXHIBITS | |
| -none- | |
| RULINGS | 3/6 |
| END OF PROCEEDINGS | 8 |
| INDEX | 9 |