**MCKOOL SMITH, PC**
John J. Sparacino (TX Bar No. 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Email: jsparacino@mckoolsmith.com

and

Alan Loewinsohn (TX Bar No. 12481600)
300 Crescent Court, Suite 1200
Dallas Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Email: aloewinsohn@mckoolsmith.com

*Counsel for Daniel Chu*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE:<br><br>TRICOLOR HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>CASE NO. 25-33487 (MVL) |

**SUPPLEMENTAL DECLARATION OF ALAN LOEWINSOHN IN SUPPORT OF
DANIEL CHU'S MOTION FOR ORDER AUTHORIZING THE USE
OF PROCEEDS OF DIRECTORS AND OFFICERS LIABILITY
INSURANCE POLICIES FOR DEFENSE EXPENSES AND OTHER LOSS AMOUNTS**

I, Alan Loewinsohn, declare as follows:

1. My name is Alan Loewinsohn. I am over the age of 21 years of age and am competent to make this Supplemental Declaration and testify concerning these matters. Except as otherwise stated herein, the facts set forth in this Supplemental Declaration are true and correct and are within my personal knowledge. I am authorized to submit this supplemental declaration (the "Supplemental Declaration") in support of the Daniel Chu's ("Movant") *Motion for Order*

*Authorizing the Use of Proceeds of Directors and Officers Liability Insurance Proceeds for Defense Expenses and Other Loss Amounts* (the "Motion"). Capitalized terms used but not otherwise defined in this Supplemental Declaration shall have the respective meanings provided for such terms in the Motion or the D&O Policies, as applicable.

2. I am an attorney licensed to practice in the State of Texas. I am a principal in the law firm McKool Smith, P.C., counsel for Daniel Chu, the Movant.

3. Attached as **Exhibit 1** is a true and correct copy of the Errors and Omissions Policy No. WDO197514803 for the period June 16, 2025 through June 16, 2026 issued by Wesco Insurance Company to Tricolor Holdings, LLC.

I hereby declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on December 16, 2025, at Dallas, Texas.

_____
Alan Loewinsohn