BTXN 208 (rev. 07/09)

| IN RE: Tricolor Holdings, LLC | APPLICATION TO EMPLOY DKT#[538] | Case # 25–33487–mvl7 |

**DEBTOR**

**TYPE OF HEARING**

| Tricolor Holdings, LLC | VS | |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| Grayson Williams | | |
| **ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

EXHIBIT A – Nolan Declaration

| Bryon Robinson | 12/18/25 | Michelle V. Larson |
| **REPORTED BY** | **HEARING DATE** | **JUDGE PRESIDING** |