IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) ) | Case No. 25-33487 (MVL) |
| Debtors. | ) ) ) | |

**SUPPLEMENTAL DECLARATION OF CHARLES R. GIBBS
IN SUPPORT OF THE RETENTION AND EMPLOYMENT OF
MCDERMOTT WILL & SCHULTE LLP AS COUNSEL
FOR THE CHAPTER 7 TRUSTEE**

I, Charles R. Gibbs, being duly sworn, state the following under penalty of perjury:

1. I am an attorney at law admitted to practice before the Supreme Court of Texas, the United States District Courts for the Northern, Southern, Eastern, and Western Districts of Texas and the United States Courts of Appeals for the First, Third, Fourth, Fifth, Eighth, and Eleventh Circuits. I am a partner of the law firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"), which maintains offices at, among other places, 2801 North Harwood Street, Suite 2600, Dallas, Texas 75201.

2. On September 10, 2025 (the "Petition Date"), the Debtors commenced their chapter 7 cases (the "Chapter 7 Cases") by filing voluntary petitions for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court"). On September 10, 2025, the Office of the United States Trustee for Region

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

6 (the "U.S. Trustee") appointed Anne Elizabeth Burns, as the Chapter 7 bankruptcy trustee (the "Trustee") in the Chapter 7 Cases. On November 17, 2025, the Court entered the *Order Authorizing the Retention and Employment of McDermott Will & Schulte LLP as Counsel for the Chapter 7 Trustee, Effective as of September 12, 2025* [Docket No. 395] (the "Retention Order").[2]

3. I submit this supplemental declaration (this "Supplemental Declaration") to provide additional disclosures in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the Retention Order. Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

4. The Application set forth McDermott's billing rates in effect at that time for matters related to these chapter 7 cases and disclosed that McDermott's billing rates are subject to periodic adjustments to reflect economic and other conditions. Pursuant to the Retention Order, McDermott must provide notice of changes to its billing rates during these chapter 7 cases.

5. In accordance with ordinary practice, some billing rates for partners, counsel, associates, and paraprofessionals will change effective as of January 1, 2026. The rates will change due to rate increases or promotion, although McDermott does not typically disclose changes to billing rates resulting from promotion. McDermott's billing rates that will take effect on January 1, 2026 for matters related to these chapter 7 cases range as follows:

| Billing Category | 2026 Standard Rates |
|---|---|
| Partners | $1,675–$2,795 |
| Counsel | $1,300–$2,290 |
| Associates | $985–$1,645 |
| Paraprofessionals | $135–$1,915 |

---

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the *Trustee's Application for Entry of Order Authorizing the Retention and Employment of McDermott Will & Schulte LLP as Counsel for the Chapter 7 Trustee, Effective as of September 12, 2025* [Docket No. 166] (the "Application").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 23, 2025

Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs
Partner
McDermott Will & Schulte LLP

## **CERTIFICATE OF SERVICE**

      I certify that, on December 23, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                                                         */s/ Charles R. Gibbs*
                                                         Charles R. Gibbs