**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
E-mail: crgibbs@mwe.com
mhelt@mwe.com
gwilliams@mwe.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mwe.com

*Counsel to the Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) Case No. 25-33487 (MVL) |
| Debtor. | ) |

**NOTICE OF FILING OF REVISED PROPOSED SIXTH AMENDED ORDER
GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER
APPROVING STIPULATION BETWEEN TRUSTEE AND VERVENT INC.**

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

> **NO HEARING WILL BE CONDUCTED ON THE PROPOSED ORDER ATTACHED HERETO AS <u>EXHIBIT A</u> UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE STREET, RM. 1254 DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON JANUARY 2, 2026.**
>
> **ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE UNDER-SIGNED COUNSEL FOR THE CHAPTER 7 TRUSTEE, ANNE ELIZABETH BURNS, PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**
>
> **IF NO HEARING ON THE PROPOSED SIXTH AMENDED ORDER ATTACHED HERETO AS <u>EXHIBIT A</u> IS TIMELY REQUESTED, THE COURT MAY ENTER THE PROPOSED ORDER ATTACHED HERETO WITHOUT ANY FURTHER NOTICE TO BE GIVEN BY THE TRUSTEE OR THE COURT.**

**PLEASE TAKE NOTICE** that of September 17, 2025, Anne Elizabeth Burns, solely in her capacity as the duly appointed chapter 7 bankruptcy trustee (the "<u>Trustee</u>") for Tricolor Holdings, LLC and its various debtor affiliates, filed the *Emergency Motion for Entry of Order Approving Stipulation Between Chapter 7 Trustee and Vervent, Inc.* [Docket No. 53].

**PLEASE TAKE FURTHER NOTICE** that on September 19, 2025, the Court entered the *Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* [Docket No. 79].

**PLEASE TAKE FURTHER NOTICE** that on October 15, 2025, the Court entered the *Amended Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* [Docket No. 196].

**PLEASE TAKE FURTHER NOTICE** that on October 29, 2025, the Court entered the *Second Amended Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* [Docket No. 287].

**PLEASE TAKE FURTHER NOTICE** that on November 21, 2025, the Court entered the *Third Amended Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* [Docket No. 435].

**PLEASE TAKE FURTHER NOTICE** that on December 9, 2025, the Court entered the *Fourth Amended Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* [Docket No. 520] (the "Fourth Amended Order").

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2025, the Trustee filed the *Notice of Filing of Fifth Amended Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* [Docket No. 559], to which was attached a proposed *Fifth Amended Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* (the "Fifth Amended Order").

**PLEASE TAKE FURTHER NOTICE** that at the hearing held on December 18, 2025, the Court approved the Fifth Amended Order.[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed *Sixth Amended Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* (the "Proposed Sixth Amended Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparison of the Proposed Sixth Amended Order against the Fifth Amended Order.

---

[2] As of the date hereof, the Fifth Amended Order has yet not been entered on the docket.

| | |
|---|---|
| Dated: Dallas, Texas<br>December 26, 2025 | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ Charles R. Gibbs*<br>Charles R. Gibbs (TX Bar No. 7846300)<br>Marcus A. Helt (TX Bar No. 24052187)<br>Grayson Williams (TX Bar No. 24124561)<br>2801 North Harwood Street, Suite 2600<br>Dallas, Texas 75201-1664<br>Tel: (214) 295-8000<br>Fax: (972) 232-3098<br>E-mail: crgibbs@mwe.com<br>mhelt@mwe.com<br>gwilliams@mwe.com<br><br>- and-<br><br>Darren Azman (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel: (212) 547-5400<br>Fax: (212) 547-5444<br>E-mail: dazman@mwe.com<br><br>*Counsel to the Chapter 7 Trustee* |

**CERTIFICATE OF SERVICE**

      I do hereby certify that on December 26, 2025, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

*/s/ Charles R. Gibbs*
Charles R. Gibbs