**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 25-33487 (MVL) |
| Debtors. | ) ) ) | |

**SUPPLEMENTAL DECLARATION OF STEVE NOLAN IN SUPPORT OF
CHAPTER 7 TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION
OF AUTOMOTIVE RENTALS, INC. T/A HOLMAN AS AUCTIONEER FOR,
EFFECTIVE AS OF DECEMBER 18, 2025**

I, Steve Nolan, being duly sworn, state the following under penalty of perjury and that the following is true and correct to the best of my knowledge, information, and belief:

1. The portions of this supplemental Declaration that supplement my Declaration dated December 15, 2025, that was filed as Exhibit B to the Chapter 7 Trustee's Emergency Application for Entry of an Order Authorizing the Employment and Retention of Automotive Rentals, Inc. t/a Holman as Auctioneer, Effective as of December 18, 2025 [Doc. No. 538] are shown in **bold**.

2. I am a Vehicle Remarketing Manager for Automotive Rentals, Inc. t/a Holman located at 4001 Leadenhall Road, Mount Laurel, NJ 08054 ("Holman"). I submit this **supplemental** declaration (the "Declaration") in support of the *Chapter 7 Trustee's Application*

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

*for Entry of an Order Authorizing the Employment and Retention of Automotive Rentals, Inc. t/a Holman as Auctioneer, Effective as of December 18, 2025* (the "Application").[2]

3. On September 10, 2025 the Office of the United States Trustee for Region 6 (the "U.S. Trustee") appointed the Trustee to serve in the Chapter 7 Cases (the "Chapter 7 Cases").

4. The Trustee has requested that Holman provide auctioneer services to the Trustee in connection with the sale of the Vehicles of the Debtors in the Chapter 7 Cases, and Holman has consented to provide such services.

5. Holman may have performed services in the past, may currently perform services and may perform services in the future, in matters unrelated to the Chapter 7 Cases, for persons that are parties in interest in the Debtors' Chapter 7 Cases. Holman does not perform services for any such person in connection with the Chapter 7 Cases, or have any relationship with any such person, his/her attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matter on which Holman is proposed to be employed.

6. As part of its customary practice, Holman is retained by many different parties and in transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in the Chapter 7 Cases.

7. Except as described in the Sale Procedures, neither I nor any principal, partner, director, officer, etc., of or professional employed by Holman has agreed to share or will share any portion of the compensation to be received from the Trustee with any other person other than the principal and regular employees of Holman, and Vervent.

8. Neither I nor any principal, partner, director, officer, or professional employed by Holman, insofar as I have been able to ascertain, holds or represents any interest adverse to the

---

[2] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Application.

2

Trustee, Debtors, or the Debtors' estates with respect the Parities in Interest List attached hereto as **Schedule 1**.

9. As of September 10, 2025, the date upon which the Debtors petitioned for relief under chapter 7 of the Bankruptcy Code, Holman was not party to an agreement for indemnification with the Debtor.

10. Holman further discloses that creditors JP Morgan Chase Bank, Falcon Asset Funding LLC, and The Bank of West are lenders for Holman and its affiliates; Holman has a written auction agreement with creditor Manheim; creditor AllianceBernstein Securitized Assets Master Fund, L.P. holds asset-backed securities issued by Holman and its affiliates; Wilmington Trust, National Association is a trustee for Holman and its affiliates; **Holman is currently negotiating the terms and conditions of a remarketing master services agreement with ACV Auctions Inc. or one of its subsidiaries or affiliates; and Holman is a party to a Third-Party Remarketing Services Agreement dated March 27, 2025, with Vervent Inc.**

11. Holman has confidential agreements with certain third-party providers under which Holman may receive relationship-based payments that are contingent and not presently determinable; these payments do not affect the fees those providers charge their customers and are disclosed for transparency.

12. Because these revenue streams are based on the aggregate business conducted between Holman and such subcontractor, the amount of revenue distributed to Holman is contingent and not yet determined at this time. Holman does not believe that this creates an adverse interest or conflict, but discloses the existence of these revenue streams for transparency.

13. Holman is conducting further inquiries regarding its retention by any creditors or any parties in interest of the Debtors, and upon conclusion of that inquiry, or at any time during

the period of its employment, if the Auctioneer should discover any facts bearing on the matters described herein, Holman will supplement the information contained in this Declaration.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 30, 2025

                                                */s/ Steve Nolan*
                                                Steve Nolan
                                                Vehicle Remarketing Manager
                                                Automotive Rentals, Inc. t/a Holman

# SCHEDULE 1

**Parties in Interest List**

**Tricolor Holdings, LLC and Related Debtors and Non-Debtors**
Apoyo Financial, LLC
Flexi Compras Autos, LLC
Risk Analytics LLC
Tag Asset Funding, LLC
Tag California Holding Company, LLC
Tag California Intermediate Holding Company, LLC
Tag Intermediate Holding Company, LLC
Tricolor Auto Acceptance, LLC
Tricolor Auto Group, LLC
Tricolor Auto Receivables 2 LLC
Tricolor Auto Receivables LLC
Tricolor California Auto Acceptance, LLC
Tricolor California Auto Group, LLC
Tricolor Financial, LLC
Tricolor Funding SPV 2 LLC
Tricolor Funding SPV 3 LLC
Tricolor Funding SPV 4 LLC
Tricolor Funding SPV 5 LLC
Tricolor Funding SPV 6 LLC
Tricolor Funding SPV LLC
Tricolor Holdings, LLC
Tricolor Home Loans LLC Dba Tricolor Mortgage
Tricolor Insurance Agency, LLC
Tricolor Real Estate Services, LLC
Tricolor SPV 3 Holdings LLC
Tricolor Tax, LLC

**Lenders**
ACV Capital
AllianceBernstein Securitized Assets Master Fund, L.P.
Ares Management
Barclays Bank Plc
Boston Patriot Saint James Spe LLC
Falcon Asset Funding LLC
Fifth Third Bank, National Association
JPMorgan Chase Bank
JPMorgan Chase Bank, N.A.
LibreMax Pc Funds, LP
LibreMax Structured Income Master Fund III, LP
LibreMax Structured Opportunities (ECI) Master Fund I, LP
LibreMax Value Master Fund, Ltd
Origin Bank
Powerscourt Investments 63, LP
Renasant Bank
Sheffield Receivables Company LLC

TBK Bank, SSB
The Bank Of The West
Triumph Bank
Vervent Inc
Wilmington Trust, National Association

**Chapter 7 Trustee**
Anne Elizabeth Burns

**Northern District of Texas Bankruptcy Court Judges, Clerks of the Court, and Other Personnel**
Judge Scott W. Everett
Chief Judge Stacey G. C. Jernigan
Judge Brad W. Odell
Judge Michelle V. Larson
Judge Edward L. Morris
Judge Mark X. Mullin
Jenni Bergreen
Jennifer Calfee
Stephen J. Manz
Traci Ellison
Christi Graham
Dawn Harden
Karyn Rueter
Jennifer Speer
Shelby Wimberley

**Office of the United States Trustee**
Asher Bublick
Kara Croop
Fernando Garnica
Marie C. Goodier
Meredyth Kippes
Lisa L. Lambert
Felicia P. Palos
Nancy S. Resnick
Kendra M. Rust
Erin Schmidt
Lisa Smoot
Joseph W. Speranza
Rafay Suchedina
Steven Whitehurst
Cheryl H. Wilcoxson
Elizabeth Young