**OKIN ADAMS BARTLETT CURRY LLP**
Matthew Okin (TX Bar No. 00784695)
Edward A. Clarkson (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

*Counsel for Daniel Chu*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>TRICOLOR HOLDINGS, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>CASE NO. 25-33487 (MVL) |

### NOTICE OF FINAL HEARING ON DANIEL CHU'S MOTION FOR ORDER AUTHORIZING THE USE OF PROCEEDS OF DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES FOR DEFENSE COSTS AND OTHER LOSS AMOUNTS

**PLEASE TAKE NOTICE** that the *Motion for Order Authorizing the Use of Proceeds of Directors and Officers Liability Insurance Policies for Defense Costs and Other Loss Amounts* [Docket No. 469] (the "Motion") filed by Daniel Chu ("Movant"), has been set for final hearing on **January 12, 2026, at 1:30 p.m.** (**CDT**).

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

**PLEASE TAKE FURTHER NOTICE** that any further briefing relating to the Motion must be in writing and filed with the clerk of the United States Bankruptcy Court for the Northern District of Texas, at 1100 Commerce Street, Room 1254, Dallas, Texas 75242, before close of business on **January 7, 2026**, and any responding party's evidentiary affidavits must be served at least two days in advance of the final hearing.

**PLEASE TAKE FURTHER NOTICE** that parties may attend the hearing via the Court's WebEx video link, using the following information and instructions:

> Link: https://us-courts.webex.com/meet/larson
> For the WebEx Telephonic Only Participation/Attendance:
> Dial-In: 1.650.479.3207
> Access code: 2301 476 1957

The WebEx Hearing Instructions are attached as **Appendix 1** to this notice and are also available from Judge Larson's hearing/calendar link on the Bankruptcy Court's website at:

https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

*[Remainder of page intentionally left blank.]*

Dated: December 30, 2025.

                              Respectfully submitted,

                              **Okin Adams Bartlett Curry LLP**

                              */s/ Edward A. Clarkson, III*
                              Matthew Okin (TX Bar No. 00784695)
                              Edward A. Clarkson, III (TX Bar No. 24059118)
                              1113 Vine St., Suite 240
                              Houston, TX 77002
                              Telephone (713) 228-4100
                              Facsimile (888) 864-2118
                              Email: mokin@okinadams.com

                              *Counsel to Daniel Chu*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on December 30, 2025, (i) I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will cause a copy of the foregoing document to be served by the Court's ECF system upon parties who have registered with this Court, and (ii) served each of the Insurance Carriers *via* electronic mail, U.S. mail, postage prepaid, and FedEx at the notice address for each set forth in the Policies and listed below.

| **VIA U.S. MAIL, FEDEX and EMAIL (ClaimNotice@oldrepublicpro.com)**<br>Old Republic Professional Liability, Inc.<br>Attention: Claims Department<br>191 North Wacker Drive, Suite 1000<br>Chicago, Illinois 60606<br>-and-<br>ckang@oldrepublicpro.com | **VIA U.S. MAIL, FEDEX and EMAIL (SpecialtyProNewLoss@cna.com)**<br>CNA - Claims Reporting<br>P.O. Box 8317<br>Chicago, IL 60680-8317<br>-and-<br>matthew.abreu@cna.com<br>katrina.gibson@cna.com |
|---|---|
| **VIA U.S. MAIL, FEDEX and Email (BSIclaims@travelers.com)**<br>Travelers Casualty and Surety Company of America<br>c/o Travelers Bond & Specialty Insurance Claim<br>One Tower Square, MN06<br>Hartford, CT 06183<br>-and-<br>lzaretsk@travelers.com | |

| | |
|---|---|
| And:<br>thomas.spitaletto@wilsonelser.com<br>jlipps@baileycav.com | |

                                              */s/ Edward A. Clarkson, III*
                                              Edward A. Clarkson, III

**<u>Appendix 1</u>**

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to Clerk's Notice 2024-01 issued by the Court on May 14, 2024, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

Meeting Number: 23014761957

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 2301 476 1957

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will not be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party must also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF select "at https://us-courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Larson's Dallas courtroom as the location for the hearing.

- **Notice to Members of the Public.** While the Judicial Conference of the United States relaxed its broadcasting policies during the COVID-19 Pandemic due to restrictions placed on in-person attendance at hearings and trials, these policies will expire and no longer be in effect after September 21, 2023. As a result, after September 21, 2023, remote ***video*** access to Court hearings shall ***only be available for case participants*** (parties-in-interest and their professionals) and non-case participants are not permitted to attend any hearing by remote *video* means. In certain circumstances, non-case participants may be permitted to attend proceedings by remote *audio* means, but only if no witness testimony is to be provided. The presiding judge may take any action deemed necessary or appropriate to address any unauthorized remote attendance at a hearing or trial. For the avoidance of doubt, members of the public will continue to generally be permitted to attend proceedings in person, in the courtroom.