

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 30, 2025**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | : | Case No. 25-33487-MVL |
| | : | |
| Debtor. | : | (jointly administered) |

### STIPULATION AND AGREED ORDER EXTENDING DEADLINE TO RESPOND TO RULE 2004 MOTION

This stipulation and agreed order (this "Stipulation and Agreed Order") is agreed to by and between Fifth Third Bank, National Association and Fifth Third Securities, Inc. (collectively, Fifth Third") and the Ad Hoc Activist Recovery Group of Holders (the

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

"Holders" and collectively with Fifth Third, the "Parties")[2] with respect to the *Motion of the Ad Hoc Activist Recover Group of Noteholders of Tricolor Auto Securitization Trusts for Entry of an Order Authorizing the Examination of Rule 2004 Parties Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* [Docket No. 505] (the "Rule 2004 Motion").

**RECITALS**

**WHEREAS**, on December 2, 2025, the Holders filed the Rule 2004 Motion seeking an order from the Court requiring Fifth Third to produce documents responsive to the Holders' requests for production.

**WHEREAS** the current deadline for Fifth Third to file any response to the Rule 2004 Motion is December 23, 2025 (the "Response Deadline").

**WHEREAS** the Parties have reached an agreement extending the Response Deadline to January 9, 2026.

**NOW, THEREFORE**, in consideration of the Recitals set forth above, which are incorporated herein by reference, the Parties hereby **STIPULATE AND AGREE**, and the Court **ORDERS**, as follows:

1. The Response deadline is hereby extended to January 9, 2026, which may be further extended by agreement of the Parties or order of the Court.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

---

[2] The current members of the Ad Hoc Activist Recovery Group are: Clear Haven Capital Management, LLC; Ellington Management Group; Hudson Cove Capital Management LLC; One William Street Capital Management, L.P.; Sagicor Life Insurance Company; and 400 Capital Management.

### END OF ORDER ###

**APPROVED, STIPULATED, AND AGREED:**

By: */s/ Rebecca Matthews*
Rebecca Matthews (Tex. Bar No. 24062776)
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
Telephone: (214) 580-8608
Email: rmatthews@fbtlaw.com

-and-

Glenn E. Glover
Bradley Arant Boult Cummings LLP
1819 5th Avenue
North Birmingham, Alabama 35203
Telephone: (205) 521-8647
Facsimile: (205) 488-6647
Email: gglover@bradley.com

*Counsel for Fifth Third Securities, Inc., and Fifth Third Bank, N.A.*

By: */s/ Patricia B. Tomasco*
Patricia B. Tomasco (TBN 017975600)
3100 McKinnon Street, Suite 1125
Dallas, Texas 75201
Telephone: 713-221-7000
Email : pattytomasco@quinnemanuel.com

-and-

Eric Winston (*pro hac vice*)
Blair Adam s (*pro hac vice*)
295 5th Avenue
New York, New York 10016
Telephone: 212-849-7000

*Counsel for Holders of Tricolor Auto Securitization Trusts*