**OKIN ADAMS BARTLETT CURRY LLP**
Matthew Okin (TX Bar No. 00784695)
James W. Bartlett, Jr. (TX Bar No. 00795238)
Edward A. Clarkson (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

*Counsel for Daniel Chu*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE: | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | |
| Debtor. | CASE NO. 25-33487 (MVL) |

**WITNESS AND EXHIBIT LIST OF DANIEL CHU FOR HEARING**
**SCHEDULED ON JANUARY 7, 2026**

Daniel Chu, the former chief executive officer of the above-captioned debtors (the "Debtors"), hereby files this Witness and Exhibit List of Daniel Chu for Hearing Scheduled on January 7, 2026 (the "Witness and Exhibit List") in connection with matters scheduled for hearing on January 7, 2026 at 2:00 p.m. (prevailing Central Time) (the "Hearing"):

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

## WITNESSES

1. Elizabeth Anne Burns, Chapter 7 Trustee for Tricolor Holdings, LLC *et al.*

2. Any witnesses necessary to authenticate a document;

3. Any witnesses called or designated by any other party; and

4. Any witnesses necessary to rebut the evidence or testimony of any witness offered or designated by any other party.

## EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Indictment, *United States of America v. Daniel Chu*, Southern District of New York District Court, Case No. 25-00579[2] | | | | |
| 2. | Docket Sheet, *United States of America v. Jerome Kollar*, Southern District of New York District Court, Case No. 25-00584[3] | | | | |
| 3. | Complaint, *Burns v. Chu et al.*, Northern District of Texas Bankruptcy Court, Case No. 25-03126[4] | | | | |
| 4. | Any pleading on file in these cases | | | | |
| 5. | Any Exhibit Identified or Offered by Any Other Party | | | | |
| 6. | Any Exhibit Necessary for Impeachment or Rebuttal | | | | |

[*Remainder of Page Intentionally Left Blank*]

---

[2] Mr. Chu requests the Bankruptcy Court take judicial notice of the Indictment.
[3] Mr. Chu requests the Bankruptcy Court take judicial notice of the Docket Sheet.
[4] Mr. Chu requests the Bankruptcy Court take judicial notice of the Complaint.

2

4920-1898-2277, v. 1

Dated: January 4, 2026.

                    Respectfully submitted,

**Okin Adams Bartlett Curry LLP**

*/s/ Edward A. Clarkson, III*
Matthew Okin (TX Bar No. 00784695)
James W. Bartlett, Jr. (TX Bar No. 00795238)
Edward A. Clarkson, III (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

*Counsel to Daniel Chu*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 4, 2026 a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

                    By:  */s/ Edward A. Clarkson, III*
                         Edward A. Clarkson, III