**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

DEC 23 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:
Tricolor Auto / Tricolor Holdings, LLC
Debtor

Case No. 25-33487
Chapter 7

MOTION TO FREEZE PAYMENTS AND DISALLOW VEHICLE DEBT
DUE TO FRAUD AND FAILURE OF CONSIDERATION

COMES NOW, Rigoberto Felix Castro ("Movant"), a creditor and consumer in the above-referenced bankruptcy case, and respectfully moves this Honorable Court for an order freezing all payment obligations and disallowing the remaining vehicle debt, and in support thereof states as follows:

1. Movant is an individual consumer residing in Cashion, Arizona.
2. Debtor is Tricolor Auto / Tricolor Holdings, LLC, currently in Chapter 7 bankruptcy.
3. Movant purchased a 2019 Toyota Corolla from Debtor under a financed retail installment sales contract.
4. Movant made approximately one (1) year of timely monthly payments directly to Debtor.
5. Despite continued payments, Debtor failed to deliver or properly transfer legal title to the vehicle.
6. Movant remained without legal title while payments were accepted.
7. At the time of sale, the vehicle suffered from pre-existing mechanical defects, including damaged suspension and ongoing engine problems.
8. Movant has already paid approximately $2,000.00 out of pocket to repair the suspension.
9. The vehicle continues to have unresolved engine issues.
10. The agreed monthly payment was approximately $298.00.
11. Without Movant's consent and without any written contract modification, the payment was unilaterally increased to approximately $744.00.
12. Debtor's conduct constitutes fraud, misrepresentation, and failure of consideration.
13. Continuing to enforce the debt would be inequitable and unjust.

WHEREFORE, Movant respectfully requests that this Court:
A. Freeze and stay all payment obligations related to the subject vehicle pending final determination;
B. Preserve the originally agreed payment amount during review;
C. Disallow or cancel the remaining vehicle debt; and
D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*Rigoberto Felix C.*
Rigoberto Felix Castro
11118 West Cocopah Street
Cashion, AZ 85329
Phone: (623) 219-3934

Date: 12/14/2025

AFFIDAVIT OF PURCHASER
STATE OF ARIZONA

I, Rigoberto Felix Castro, being duly sworn, hereby declare and state as follows:

1. I am an adult individual residing in Cashion, Arizona.

2. I purchased a motor vehicle from Tricolor Auto under a financed retail installment sales contract.

3. The monthly payment agreed upon in the contract was approximately $298.00. Without my authorization and without any written amendment to the contract, the payment amount was later increased to approximately $744.00, which was not part of the original agreement.

4. From the time I acquired the vehicle, it was in poor mechanical condition and had existing mechanical defects.

5. The vehicle's suspension was damaged at the time of purchase. I have already paid approximately $2,000.00 out of pocket for suspension repairs.

6. Despite these repairs, the vehicle continues to have unresolved mechanical issues, including ongoing problems with the engine.

7. These mechanical defects existed at or prior to the time the vehicle was sold to me.

8. This affidavit is made to document the improper increase in payment amount and the mechanical condition of the vehicle at the time of sale, including the suspension repairs already paid and the remaining engine problems.

9. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.

_Rigoberto Felix C._
Rigoberto Felix Castro
Affiant

Date: 12/14/2025

BLANCA REYNA CABRALES
Notary Public, State of Arizona
Maricopa County
Commission # 645274
My Commission Expires
January 16, 2027

Subscribed and sworn before me this 14 day of December, 2025.

_____
Notary Public

My Commission Expires: January 16 2027

FORMAL NOTICE – VEHICLE TITLE AND PAYMENT STATUS

From (Buyer):
Rigoberto Felix Castro
11118 West Cocopah Street
Cashion, Arizona 85329
Phone: (623) 219-3934
Email: miguelfelix1586@gmail.com

To:
Tricolor Auto / Tricolor Holdings, LLC
Bankruptcy Trustee or Authorized Servicer

Re: Financed Vehicle – Title Not Delivered

This letter serves as a formal written notice regarding a financed motor vehicle purchased from Tricolor Auto / Tricolor Holdings, LLC.

The Buyer entered into a retail installment sales contract with Tricolor Auto and has made approximately one (1) year of timely monthly payments directly to Tricolor Auto. At no time has the Buyer received the vehicle title, nor has the title been properly transferred or perfected as required under applicable motor vehicle and consumer protection laws.

Despite the Debtor's continued acceptance of payments, the Buyer remains without legal title to the vehicle. Tricolor Auto has now filed for Chapter 7 bankruptcy protection.

This notice is submitted as the Buyer's first formal step to:

• Document payment history
• Assert rights regarding vehicle title
• Preserve consumer and creditor rights in the bankruptcy proceeding

*Rigoberto Felix C* (signature)
Rigoberto Felix Castro
Buyer

Date: 12/14/2025

VEHICLE INFORMATION

Vehicle Make: Toyota
Vehicle Model: Corolla
Vehicle Year: 2019
Vehicle Color: White

Vehicle Identification Number (VIN):
5YFBURHE7KP886120

Financing Information:
Vehicle purchased under a retail installment sales contract through Tricolor Auto.

Title Status:
As of the date of this notice, the Buyer has not received legal title to the vehicle, nor has the title been properly transferred despite ongoing monthly payments.

This vehicle information is provided in support of the Formal Notice – Vehicle Title and Payment Status and is submitted in good faith.

*Rigoberto Felix C* (signature)
Rigoberto Felix Castro
Buyer

Date: 12/14/2025

ASML – MAILING PACKET COVER SHEET

Case Name: Tricolor Auto / Tricolor Holdings, LLC
Case Number: 25-33487
Chapter: 7
Court: U.S. Bankruptcy Court – Northern District of Texas

Sender (Creditor / Consumer):
Name: Rigoberto Felix Castro
Address: 11118 West Cocopah Street P.O. Box 1032
Cashion, AZ 85329
Phone: (623) 219-3934

Recipient:
Anne Elizabeth Burns
Chapter 7 Bankruptcy Trustee
Re: Tricolor Auto / Tricolor Holdings, LLC
Case No.: 25-33487
900 Jackson Street, Suite 570
Dallas, TX 75202

Purpose of Mailing (check all that apply):
■ Proof of Claim (Form 410)
■ Supporting Affidavit(s) (Notarized)
■ Formal Notice – Vehicle Title & Payment Status (2 pages)
■ Letter to the Court – Request for Debt Cancellation & Payment Freeze
■ Motion to Freeze Payments and Disallow Vehicle Debt
■ Cover Letter
■ Supporting Evidence

Documents Enclosed (Checklist):
■ Proof of Claim (Form 410) – Signed
■ Affidavit(s) – Signed & Notarized
■ Formal Notice (2 pages) – Signed
■ Letter to the Court – Signed
■ Motion – Signed
■ Cover Letter
■ Purchase Agreement
■ Payment History / Statements
■ Repair Receipts (Suspension / Engine)
■ Other: Copy of Passport and vehicle Registration Copy
         Copy of DL
Delivery Method:
■ Certified Mail – Return Receipt Requested
■ First Class Mail
■ Other: _____

Mailing Date: _____

Notes / Reference:
Please Note is a P.O. Box

Prepared by: Rigoberto Felix Castro
Signature: Rigoberto Felix C
Date: 12-14-2025

COVER LETTER TO THE HONORABLE BANKRUPTCY JUDGE

DATE: 12/14/2025

VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

TO:
The Honorable Michelle V. Larson
United States Bankruptcy Judge
U.S. Bankruptcy Court – Northern District of Texas
Earle Cabell Federal Building
1100 Commerce Street, Room 1254
Dallas, TX 75242

RE: Tricolor Auto / Tricolor Holdings, LLC
Case No.: 25-33487 (Chapter 7)

Dear Your Honor,

Enclosed please find correspondence submitted by Rigoberto Felix Castro, a creditor and consumer in the above-referenced Chapter 7 bankruptcy case involving Tricolor Auto / Tricolor Holdings, LLC.

The enclosed documents are provided to respectfully inform the Court of serious concerns arising from the underlying vehicle transaction, including but not limited to the failure to deliver legal title, sale of a mechanically defective vehicle, improper payment increases, and resulting financial harm to the creditor.

This correspondence is submitted in good faith and in support of the Proof of Claim, Affidavits, Formal Notices, and related requests previously submitted in this case. Copies of these materials have also been provided to the Chapter 7 Trustee for review and administration.

The creditor respectfully requests that the Court take this correspondence under consideration as part of the overall record in Case No. 25-33487, and grant any relief deemed just and proper.

Thank you for your time and consideration.

Respectfully submitted,

*Rigoberto Felix C.*
Rigoberto Felix Castro
11118 West Cocopah Street
Cashion, AZ 85329
Phone: (623) 219-3934

REQUEST FOR DEBT CANCELLATION AND PAYMENT FREEZE

DATE: 12/14/2025

TO:
The Honorable Bankruptcy Judge
United States Bankruptcy Court
Northern District of Texas

RE: Tricolor Auto / Tricolor Holdings, LLC
Case No. 25-33487 (Chapter 7)

Your Honor,

My name is Rigoberto Felix Castro, and I respectfully submit this letter as a creditor and consumer in the above-referenced bankruptcy case.

I purchased a 2019 Toyota Corolla from Tricolor Auto under a financed retail installment sales contract and have made approximately one (1) year of timely monthly payments directly to Tricolor Auto.

Despite my full compliance with the payment terms, Tricolor Auto failed to deliver or properly transfer legal title to the vehicle, as required by applicable law. Payments were accepted while I remained without legal title to the vehicle.

In addition, the vehicle was sold to me in mechanically defective condition. From the time of purchase, the vehicle had suspension damage and ongoing engine problems. I have already paid approximately $2,000.00 out of pocket to repair the suspension, and the vehicle continues to suffer from unresolved engine issues.

Further, the monthly payment amount was unilaterally increased from approximately $298.00 to $744.00 without my consent and without any written contractual modification. This increase was not part of the original agreement.

Due to these circumstances, I believe that fraud, misrepresentation, and failure of consideration occurred in connection with this transaction. I did not receive the benefit of the bargain for which I am being charged.

Accordingly, I respectfully request that the Court consider cancellation or disallowance of the remaining debt associated with this vehicle. Additionally, I respectfully request that all payment obligations be frozen or held in abeyance, and that the originally agreed payment amount be preserved, pending the Court's determination on whether the debt should be cancelled in whole or in part.

This request is made in good faith and in support of the Proof of Claim, Affidavits, and Formal Notices already submitted in this case.

Thank you for your time and consideration.

Respectfully submitted,

*Rigoberto Felix C.*
Rigoberto Felix Castro
11118 West Cocopah Street

Cashion, AZ 85329
Phone: (623) 219-3934