| | |
|---|---|
| **MCDERMOTT WILL & SCHULTE LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
| Charles R. Gibbs (TX Bar No. 7846300) | Darren Azman (admitted *pro hac vice*) |
| Marcus A. Helt (TX Bar No. 24052187) | One Vanderbilt Avenue |
| Grayson Williams (TX Bar No. 24124561) | New York, New York 10017-3852 |
| 2801 North Harwood Street, Suite 2600 | Telephone: (212) 547-5400 |
| Dallas, Texas 75201 | E-mail: dazman@mwe.com |
| Telephone: (214) 295-8000 | |
| E-mail: crgibbs@mwe.com | Julia M. Beskin (admitted *pro hac vice*) |
| mhelt@mwe.com | 919 Third Avenue |
| gwilliams@mwe.com | New York, New York 10022 |
| | Telephone: (212) 547-5400 |
| | Email: julia.beskin@srz.com |

*Counsel to the Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | |

**WITNESS AND EXHIBIT LIST OF THE CHAPTER 7 TRUSTEE**
**FOR HEARING SCHEDULED ON JANUARY 7, 2026**

Anne Elizabeth Burns, solely in her capacity as the duly appointed Chapter 7 bankruptcy trustee (the "Trustee") for Tricolor Holdings, LLC and its various debtor affiliates, hereby files this *Witness and Exhibit List of the Chapter 7 Trustee for Hearing Scheduled on January 7, 2026*

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

(the "Witness and Exhibit List") in connection with the matters scheduled for hearing on January 7, 2026, at 2:00 p.m. (prevailing Central Time) (the "Hearing"):

## WITNESSES

1. James Calandra, CRS Capstone Partners LLC;

2. Any witness listed, offered, or called by Daniel Chu or any other party;

3. Any witness necessary to authenticate a document; and

4. Any witness required for rebuttal or impeachment.

## EXHIBITS

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | E-mail chain dated May 6, 2023 from Daniel Chu; Subject: Fwd: This is lengthy but hopefully constructive wrt current situation re: FV | | | | |
| 2. | E-mail chain dated September 1, 2025 from Daniel Chu; Subject: Re[EXTERNAL]Can we touch base? | | | | |
| 3. | Minutes of a Regular Meeting of the Board of Directors of Tricolor Holdings LLC, August 26, 2025 | | | | |
| 4. | E-mail chain dated May 9, 2023 from Daniel Chu; Subject: Re: Confidential | | | | |
| 5. | Voluntary Petition for Non-Individuals Filing for Bankruptcy, dated September 10, 2025 [Docket No. 1] | | | | |
| 6. | Any pleading on file in these cases | | | | |
| 7. | Any exhibits listed, designated, or offered by Daniel Chu or any other party | | | | |
| 8. | Any exhibits necessary for rebuttal | | | | |

## **RESERVATION OF RIGHTS**

The Trustee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. The Trustee reserves the right to offer into evidence any other exhibit designated by any other party in connection with the hearing on these matters. The Trustee also reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

Dated: Dallas, Texas
January 5, 2026

**MCDERMOTT WILL & SCHULTE LLP**

*/s/ Charles R. Gibbs*
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel:          (214) 295-8000
Fax:         (972) 232-3098
E-mail:    crgibbs@mwe.com
              mhelt@mwe.com
              gwilliams@mwe.com

-and-

Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:          (212) 547-5400
Fax:         (212) 547-5444
E-mail:    dazman@mwe.com

Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 547-5400
Email: julia.beskin@srz.com

*Counsel to the Chapter 7 Trustee*

3

**CERTIFICATE OF SERVICE**

    I do hereby certify that on January 5, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

                                                */s/ Charles R. Gibbs*
                                               Charles R. Gibbs