Case 25-33487-mvl7   Doc 615   Filed 01/07/26   Entered 01/07/26 15:16:43   Desc
Court Admitted Exhibits   Page 1 of 1

BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Tricolor Holdings, LLC | MOTION DKT#[523] | Case # 25−33487−mvl7 |
| DEBTOR | | |

**TYPE OF HEARING**

|  | *VS* | Daniel Chu |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

|  |  | Edward Clarkson |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

## **EXHIBITS**

EXHIBIT 1 Indictment, United States of America v. Daniel Chu, Southern District of New York District Court, Case No. 25− 005792

EXHIBIT 2 Docket Sheet, United States of America v. Jerome Kollar, Southern District of New York District Court, Case No. 25−005843

EXHIBIT 3 Complaint, Burns v. Chu et al., Northern District of Texas Bankruptcy Court, Case No. 25−03126

| | | |
|---|---|---|
| Bryon Robinson | 1/7/26 | Michelle V. Larson |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |