**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
E-mail: crgibbs@mwe.com
  mhelt@mwe.com
  gwilliams@mwe.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mwe.com

Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel: (212) 547-5400
Fax: (212) 547-5444
Email: julia.beskin@srz.com

*Counsel to the Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) Case No. 25-33487 (MVL) |
| Debtors. | ) |

**WITNESS AND EXHIBIT LIST OF THE CHAPTER 7 TRUSTEE
FOR HEARING SCHEDULED ON JANUARY 12, 2026**

Anne Elizabeth Burns, solely in her capacity as the duly appointed Chapter 7 bankruptcy trustee (the "Trustee") for Tricolor Holdings, LLC and its various debtor affiliates, hereby files this *Witness and Exhibit List of the Chapter 7 Trustee for Hearing Scheduled on January 12, 2026* (the "Witness and Exhibit List") in connection with the matters scheduled for hearing on January

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

12, 2026, at 1:30 p.m. (prevailing Central Time) on the *Motion for Order Authorizing the Use of Proceeds of Directors and Officers Liability Insurance Policies for Defense Costs and Other Loss Amounts* filed by Daniel Chu [Docket No. 469], and all other related papers and pleadings (the "Hearing"):

## WITNESSES

1. Daniel Chu;

2. Any witness listed, offered, or called by Daniel Chu or any other party or interested party, including Mauricio Delgado, Andy Mata, Reed Crow, and Travelers Casualty & Surety Company ("Travelers");

3. A corporate representative of Travelers prepared to testify as to the following subject matter: (a) Travelers' Objection [Dkt. No. 617] to the *Notice of Filing of Revised Proposed Order for Limited Relief from the Automatic Stay for Advancement of Defense Costs from Proceeds of the Debtors' Directors and Officers Liability Insurance Policies* [Dkt. No. 555] (and related documents); (b) information relating to the Travelers' Policy, including (i) Claims made or submitted to date by individual Insured under the Travelers Policy; and (ii) the itemized or aggregate amount of Defense Expenses that have been submitted to Travelers to date for advancement or reimbursement by any individual Insureds;

4. Any witness necessary to authenticate a document; and

5. Any witness required for rebuttal or impeachment.

## EXHIBITS

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Travelers Policy No. 106848518 [Dkt. No. 469-2] | | | | |
| 2. | Continental Policy No. 794111969 [Dkt. No. 469-3] | | | | |
| 3. | Old Republic Policy No. ORPRO 13 103527 [Dkt. No. 469-4] | | | | |
| 4. | October 8, 2025 Notice of Circumstances Letter from Tricolor Holdings, LLC to Travelers Bond & Specialty Insurance Claim, CNA Insurance, and Old Republic Professional | | | | |

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
|  | Liability, Inc. [Dkt. No. 522-10] |  |  |  |  |
| 5. | January 7, 2026 Notice of Circumstances Letter from Tricolor Holdings, LLC to Travelers Bond & Specialty Insurance Claim, CNA Insurance, and Old Republic Professional Liability, Inc. [Dkt. No. 621-1] |  |  |  |  |
| 6. | Trustee's Subpoena to Travelers for Testimony and Documents at Hearing, dated January 9, 2026 |  |  |  |  |
| 7. | Excerpt of January 8, 2026 email correspondence between counsel for the Trustee and counsel for Travelers re: Tricolor – Trustee info requests |  |  |  |  |
| 8. | Any exhibits sufficient to show (a) Claims made or submitted to date by individual Insured under the Travelers Policy; and/or (b) the itemized or aggregate amount of Defense Expenses that have been submitted to Travelers to date for advancement or reimbursement by any individual Insureds |  |  |  |  |
| 9. | Any exhibits listed, designated, or offered by Daniel Chu or any other party or interested party, including Travelers |  |  |  |  |
| 10. | Any papers or pleadings on file in these Chapter 7 cases |  |  |  |  |
| 11. | Any exhibits necessary for rebuttal |  |  |  |  |

## **RESERVATION OF RIGHTS**

The Trustee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing and/or in compliance with the Local Bankruptcy Rules and the Orders of this Court. The Trustee reserves the right to offer into evidence any other exhibit designated by

3

any other party in connection with the hearing on these matters. The Trustee also reserves the right to offer into evidence such additional testimony and documents as may be appropriate for rebuttal or impeachment purposes.

| | |
|---|---|
| Dated: Dallas, Texas<br>January 9, 2026 | **MCDERMOTT WILL & SCHULTE LLP**<br><br>*/s/ Charles R. Gibbs*<br>Charles R. Gibbs (TX Bar No. 7846300)<br>Marcus A. Helt (TX Bar No. 24052187)<br>Grayson Williams (TX Bar No. 24124561)<br>2801 North Harwood Street, Suite 2600<br>Dallas, Texas 75201-1664<br>Tel:  (214) 295-8000<br>Fax:  (972) 232-3098<br>E-mail:  crgibbs@mwe.com<br>       mhelt@mwe.com<br>       gwilliams@mwe.com<br><br>-and-<br><br>Darren Azman (admitted *pro hac vice*)<br>**MCDERMOTT WILL & SCHULTE LLP**<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Tel:  (212) 547-5400<br>Fax:  (212) 547-5444<br>E-mail:  dazman@mwe.com<br><br>Julia M. Beskin (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, New York 10022<br>Tel:  (212) 547-5400<br>Fax:  (212) 547-5444<br>Email: julia.beskin@srz.com<br><br>*Counsel to the Chapter 7 Trustee* |

## CERTIFICATE OF SERVICE

I do hereby certify that on January 9, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

                                          */s/ Charles R. Gibbs*
                                          Charles R. Gibbs