**OKIN ADAMS BARTLETT CURRY LLP**
Matthew Okin (TX Bar No. 00784695)
Edward A. Clarkson (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

*Counsel for Daniel Chu*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE:<br><br>TRICOLOR HOLDINGS, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>CASE NO. 25-33487 (MVL) |

**DECLARATION OF JAMES W. BARTLETT, JR. IN SUPPORT OF DANIEL CHU'S MOTION FOR ORDER AUTHORIZING THE USE OF PROCEEDS OF DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICIES FOR DEFENSE EXPENSES AND OTHER LOSS AMOUNTS**

I, James W. Bartlett, Jr., declare as follows:

1.  My name is James W. Bartlett, Jr. I am over the age of 21 years of age and am competent to make this Declaration and testify concerning these matters. Except as otherwise stated herein, the facts set forth in this Declaration are true and correct and are within my personal knowledge. I am authorized to submit this declaration (the "Declaration") in support of Daniel Chu's ("Movant" or "Mr. Chu") *Motion for Order Authorizing the Use of Proceeds of Directors*

---

[1] The debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

*and Officers Liability Insurance Proceeds for Defense Expenses and Other Loss Amounts* (the "Motion"). Capitalized terms used but not otherwise defined in this Declaration shall have the respective meanings provided for such terms in the Motion or the Policies, as applicable.

2. I am an attorney licensed to practice in the State of Texas. I am a partner in the law firm Okin Adams Bartlett Curry LLP, counsel for Mr. Chu, the Movant.

3. I submit this Declaration in support of and in connection with Mr. Chu's Motion.

4. Attached as **Exhibit 1** is a true and correct copy of the *Declaration of Alan Loewinsohn in Support of Daniel Chu's Motion for Order Authorizing the Use of Proceeds of Directors and Officers Liability Insurance Policies for Defense Expenses and Other Loss Amounts*.

5. Attached as **Exhibit 2** is a true and correct copy of the Travelers Casualty & Surety Company of America Policy No. 106848518 for the period June 16, 2025 through June 16, 2026.

6. Attached as **Exhibit 3** is a true and correct copy of the Continental Casualty Company Excess Insurance Policy No. 794111969 for the period June 16, 2025 through June 16, 2026.

7. Attached as **Exhibit 4** is a true and correct copy of the Old Republic Insurance Company Excess Liability Insurance Policy No. ORPRO 13 103527.

8. Attached as **Exhibit 5** is a true and correct copy of the Notice of Claim Letter dated September 10, 2025 between McKool Smith, P.C. and Travelers Casualty and Surety Company of America.

9. Attached as **Exhibit 6** is a true and correct copy of the letter regarding response to Notice of Claim dated October 17, 2025 between Travelers Casualty and Surety Company of America and Daniel Chu.

4900-5644-7366, v. 2

10. Attached as **Exhibit 7** is a true and correct copy of the Notice of Claim Letter dated December 17, 2025 between McKool Smith, P.C. and Travelers Casualty and Surety Company of America and Daniel Chu regarding Indictment.

11. Attached as **Exhibit 8** is a true and correct copy of the email between McKool Smith, P.C. and Travelers Casualty and Surety Company of America, Continental Casualty Company, Old Republic Professional Liability, Inc., dated November 20, 2025 regarding Securities Exchange Commission Subpoena.

12. Attached as **Exhibit 9** is a true and correct copy of the email between McKool Smith, P.C. and Travelers Casualty and Surety Company of America, Continental Casualty Company, Old Republic Professional Liability, Inc., dated November 24, 2025, regarding Motion to Lift Stay.

13. Attached as **Exhibit 10** is a true and correct copy of the email between McKool Smith, P.C. and Travelers Casualty and Surety Company of America, Continental Casualty Company, Old Republic Professional Liability, Inc., dated November 25, 2025, regarding demand from TBK Bank.

14. Attached as **Exhibit 11** is a true and correct copy of the email between McKool Smith, P.C. and Travelers Casualty and Surety Company of America, Continental Casualty Company, Old Republic Professional Liability, Inc., dated December 21, 2025 regarding Adversary Complaint.

15. Attached as **Exhibit 12** is a true and correct copy of the Notice of Potential Claim Letter dated September 10, 2025 between McKool Smith, P.C. and Continental Casualty Company.

16. Attached as **Exhibit 13** is a true and correct copy of the Notice of Claim Letter dated December 17, 2025 between McKool Smith, P.C. and Continental Casualty Company regarding Indictment.

17. Attached as **Exhibit 14** is a true and correct copy of the Notice of Potential Claims Letter, dated September 10, 2026 between McKool Smith, P.C. and Old Republic Professional Liability, Inc.

18. Attached as **Exhibit 15** is a true and correct copy of the Indictment, *United States of America v. Daniel Chu*, Southern District of New York District Court, Case No. 25-00579.

19. Attached as **Exhibit 16** is a true and correct copy of the Docket Sheet, *United States of America v. Jerome Kollar*, Southern District of New York District Court, Case No. 25-00584.

20. Attached as **Exhibit 17** is a true and correct copy of the Complaint (without exhibits), *Burns v. Chu et al.*, Northern District of Texas Bankruptcy Court, Case No. 25-03126.

21. Attached as **Exhibit 18** is a true and correct copy of the Notice of Final Hearing on Daniel Chu's Motion for Order Authorizing the Use of Proceeds of Directors and Officers Liability Insurance Policies for Defense Costs and Other Loss Amounts.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on January 9, 2026, at Houston, Texas

_____
James W. Bartlett, Jr.

4900-5644-7366, v. 2