# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 25-33487 (MVL) |
| Debtor. | ) ) | |

## CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY
## KENWOOD & ASSOCIATES, P.C. AS ACCOUNTANT

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT EARLE CABELL FEDERAL BUILDING, 1100 COMMERCE STREET, RM. 1254 DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON FEBRUARY 3, 2026, WHICH IS AT LEAST TWENTY-FOUR (24) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON THE APPLICATION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

| | |
|---|---|
| Name of Trustee | Anne E. Burns |
| Name of professional to be employed | KenWood & Associates, P.C. with David E. Bott to act as lead accountant |
| Reason that employment is needed | To perform various financial and other professional services, including the filing of tax returns |

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

| Reason the Trustee selected this professional | The firm's accountants have considerable experience in matters of this character and the Trustee is of the opinion that they are well qualified to perform the accounting services required in this case. The Trustee relies on the firm's services and trusts in the firm's abilities to complete the tasks requested of it on a consistent basis. |
|---|---|
| Professional's connection to the case | None |
| Compensation arrangement | Hourly.  CPAs and accountants anticipated to be involved in this case are David E. Bott $385.00; Amanda M. Hall $310.00; Deborah J. Abbott $265.00; Michelle M. Woods $200.00; Kaylee E. White $200.00; Michael T. Ward $180.00; Christopher W. Hale $175.00; Sandra Y. Salamanca $155.00 |

**TO THE HONORABLE MICHELLE V. LARSON, UNITED STATES BANKRUPTCY JUDGE:**

The Application of Anne E. Burns, Trustee, Applicant herein, respectfully represents:

1.     On September 10, 2025 (the "Petition Date"), the Debtors commenced the above-captioned chapter 7 cases (the "Chapter 7 Cases") by filing voluntary petitions for relief under chapter 7 of the United States Code. On the Petition Date, the Office of the United States Trustee for Region 6 appointed the Trustee in the Chapter 7 cases.

2.     Applicant, as Trustee, wishes to employ the accounting firm of KenWood & Associates, P.C. ("KWA") with offices located at 14090 Southwest Freeway, Suite 200, Sugar Land, Texas 77478.  David E. Bott shall act as lead accountant for the Trustee.

3.     Trustee has selected David E. Bott and the accounting firm of KenWood & Associates, P.C. for the reason that the firm's accountants have considerable experience in matters of this character.  Trustee is of the opinion that they are well qualified to perform the accounting services required in this case.  The Trustee relies on the advice and practices at KWA and frequently employs the firm as her accountants based on this relationship and trust.

4.     Trustee proposes that KWA shall be employed to perform various financial and

2

other professional services including, but not limited to the following:

    a)    To prepare any necessary federal and state income, payroll, sales, franchise and excise tax returns and reports of the bankruptcy estates;

    b)    to provide evaluations and advice to Trustee on tax matters which may arise, including the determination of the tax basis of estate assets and the evaluation of the tax effects of the sale of assets of the estates; and

    c)    to analyze the Debtors' books and records and financial transactions to enable Trustee to prepare any necessary federal and state income, payroll, sales, franchise and excise tax returns and reports of the bankruptcy estates:

    d)    to locate, obtain, inventory and preserve the account, business and computer records of the Debtors for use in performing the tasks assigned to Applicant and in Trustee's administration of the estates;

5.    The Trustee, exercising her business judgment, believes that the employment of KWA as accountants is in the best interest of the estates.

6.    To the best of Trustee's knowledge after diligent inquiry, the persons employed by KWA and the accounting firm of KWA have no connection with the Debtors, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

7.    Furthermore, as evidenced by the declaration attached hereto as **Exhibit A**, (the "Bott Declaration") which by reference is incorporated herein for all purposes, neither the persons employed by KWA nor the firm as a whole represent any interest adverse to Trustee or the estates in the matters upon which it is to be engaged for the Trustee.

8.    Trustee certifies that KWA is not being employed to perform duties required to be performed by the Trustee. Trustee has informed KWA that if trustee duties are performed, KWA may not be compensated by the bankruptcy estates.

9.    KWA is willing to do the accounting work described above on a reasonable hourly fee basis, subject to interim application and Court approval. The hourly billing rates of KWA

personnel are presently $385.00 per hour payable for work performed by David E. Bott, $310.00 per hour payable for work performed by Amanda M. Hall; $265.00 per hour payable for work performed by Deborah J. Abbott; $200.00 per hour payable for work performed by Michelle M. Woods; $200.00 per hour payable for work performed by Kaylee E. White; $180.00 per hour payable for work performed by Michael T. Ward; $175.00 per hour payable for work performed by Christopher W. Hale; $155.00 per hour payable for work performed by Sandra Y. Salamanca, and amounts ranging from $310.00 to $185.00 per hour payable for work performed by other associates commensurate with their experience. Out of pocket expenses will be charged at actual cost incurred. Trustee agrees to pay, subject to court approval by separate application, the professional rates listed but reserves the right to seek an accommodation or reduction of fees in the event of any unanticipated or adverse events negatively affecting the economics of the estates.

10. As further evidenced in the Bott Declaration, the hourly rates charged by KWA are the same as or less than comparable accountants who perform the same kind of work in the same geographical area.

11. Trustee requests that this Application be granted effective December 10, 2025.

*[Signature Page Follows]*

**WHEREFORE, PREMISES CONSIDERED,** Trustee respectfully prays that she be authorized to employ and appoint, effective December 10, 2025, the accounting firm of KenWood & Associates, P.C. with David E. Bott acting as lead accountant to represent Trustee in this case under chapter 7 of the United States Code and the Trustee have such other and further relief as is just.

Dated the 10th of January, 2026.

Respectfully submitted,

*/s/ Anne E. Burns*
Anne E. Burns
Chapter 7 Trustee
900 Jackson Street, Suite 570
Dallas, Texas 75202
Telephone: (214) 573-7340

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 10, 2026, a true and correct copy of the foregoing *Application to Employ* was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

*/s/ Charles R. Gibbs*
