**OKIN ADAMS BARTLETT CURRY LLP**
Matthew Okin (TX Bar No. 00784695)
James W. Bartlett, Jr. (TX Bar No. 00795238)
Edward A. Clarkson (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

*Counsel for Daniel Chu*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | |
| Debtor. | CASE NO. 25-33487 (MVL) |

### SUPPLEMENTAL EXHIBIT LIST OF DANIEL CHU FOR HEARING SCHEDULED ON JANUARY 12, 2026
[Related Docket No. 634]

Daniel Chu ("Mr. Chu"), hereby files this *Supplemental Exhibit List of Daniel Chu for Hearing Scheduled on January 12, 2026*, supplementing Mr. Chu's Witness and Exhibit List filed at Docket No. 634, in connection with matters scheduled for hearing on January 12, 2026 at 1:30 p.m. (prevailing Central Time) (the "Hearing"):

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

# EXHIBITS

| Ex. No. | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DC20 | *Burns, as Chapter 7 Trustee for Tricolor Holdings, LLC, v. Daniel Chu and Chu Family Investments LLC*, Superior Court of the State of California for the County of Los Angeles, Case No. 25ST CV38413 | | | | |
| | Any pleading on file in these cases | | | | |
| | Any Exhibit Identified or Offered by Any Other Party | | | | |
| | Any Exhibit Necessary for Impeachment or Rebuttal | | | | |

Dated: January 11, 2026.

Respectfully submitted,

**Okin Adams Bartlett Curry LLP**

*/s/ Edward A. Clarkson, III*
Matthew Okin (TX Bar No. 00784695)
James W. Bartlett, Jr. (TX Bar No. 00795238)
Edward A. Clarkson, III (TX Bar No. 24059118)
1113 Vine St., Suite 240
Houston, TX 77002
Telephone (713) 228-4100
Facsimile (888) 864-2118
Email: mokin@okinadams.com

*Counsel to Daniel Chu*

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2026 a true and correct copy of the foregoing Witness and Exhibit List was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By: */s/ Edward A. Clarkson, III*
Edward A. Clarkson, III

4908-2744-9735, v. 1