Anne Elizabeth Burns, Chapter 7 Trustee
State Bar No. 24060832
Suite 570, Founders Square
900 Jackson Street
Dallas, Texas 75202
Phone: (214) 573-7343
Fax: (214) 573-7399
Email: aburns@chfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | |
| TRICOLOR HOLDINGS LLC, *et al.*,[1] | § § § | Case No. 25-33487-mvl7 |
| Debtor. | § § § | |

# NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS

TO ALL CREDITORS AND PARTIES IN INTEREST:

Please be advised that the Section 341 Meeting of Creditors in these cases will be rescheduled to:

**TUESDAY, JANUARY 20, 2026, at 10:00 AM CDT**

The meeting will be held via Zoom video meeting.
Go to Zoom.us/join
Enter Meeting ID:  603 410 0887
and Passcode: 5831589282
OR
Call 1-469-218-9155

For more information see: https://veritaglobal.net/tricolor

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

Respectfully submitted,

/s/ Anne Elizabeth Burns, Chapter 7 Trustee
Anne Elizabeth Burns, Chapter 7 Trustee
State Bar No. 24060832
900 Jackson Street, Suite 570
Dallas, Texas 75202
Phone: (214) 573-7343
Fax: (214) 573-7399
Email: aburns@chfirm.com