

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 6, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Tricolor Holdings, LLC et al., | § | Case No. 25-33487-mvl7 |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |

### AMENDED ORDER FOR BEYOND ATTORNEYS, LLC, FRANCISCO AGUIRRE, LLUVIA MEDINA BELTRAN, AND THE CONSUMER CREDITORS LISTED HEREIN TO APPEAR BEFORE THE COURT ON FEBRUARY 17, 2026, AT 2:00 P.M. FOR STATUS CONFERENCE[1]

On September 10, 2025, Tricolor Holdings, LLC and its related entities (the "**Debtors**"), filed the above-referenced Chapter 7 bankruptcy case [ECF No. 1], jointly administered under Case No. 25-33487. Since the filing of the Debtors' bankruptcy case, the Court has been made

---

[1] The Court notes that no substantive changes have been made to this Order other than to add an additional Consumer Creditor—Mr. Jose Alberto Alvarez Aguirre—whose name was incorrectly docketed at ECF No. 686. The amendment contained herein is strictly to add Mr. Aguirre to the list of Consumer Creditors required to appear before the Court on February 17, 2026, at 2:00 p.m., and to provide his correct mailing address and e-mail.

1

aware of multiple *Motions for (1) Relief from the Automatic Stay Under 11 U.S.C. § 362(d)(1); (2) § 105(a) Status-Quo Freeze; (3) Interim Relief Under Rule 4001(a)(2); (4) Determination on the Papers with Waiver of Appearance* (the "**Lift Stay Motions**") filed, *pro se*, by various Consumer Creditors (the "**Consumer Creditors**" or the "**Movants**")[2] on January 13, 2026, and January 21, 2026, respectively [ECF Nos. 655, 676–90]. Additionally, on February 2, 2026, *Motions to Enforce the Automatic Stay, Clarify the Scope of Servicing Authority, and Preserve Status Quo Pending Determination of Lien Ownership* (the "**Stay Enforcement Motions**") were filed, *pro se*, by several more Consumer Creditors [ECF Nos. 718–723]. It has been brought to the Court's attention that, despite the Lift Stay Motions and Stay Enforcement Motions stating that the respective motions were filed *pro se*, each of the Motions was filed on behalf of the Consumer Creditors by Beyond Attorneys, LLC, Mr. Franciso X. Aguirre ("**Mr. Aguirre**"), or Ms. Lluvia Medina Beltran ("**Ms. Medina Beltran**") in various capacities.

Pertaining to the Lift Stay Motions, the Movants request that, pursuant to 11 U.S.C. § 102(1), the Court grant the requested relief "on the papers, waiving appearance unless the Court deems a hearing necessary." ECF Nos. 655, 676–90. Accordingly, the Movants have not set a preliminary hearing with respect to the Lift Stay Motions, despite the fact that an *Omnibus Objection to Motions for Relief from the Automatic Stay and to Freeze Payments* was filed by Anne Burns—the duly appointed Chapter 7 Trustee (the "**Trustee**")[3]—as well as an *Omnibus Objection to Consumer Stay Relief Motions and Reservation of Rights* filed by Vervent, Inc. ("**Vervent**") on January 26, 2026 [ECF Nos. 697, 698], thereby requiring a hearing pursuant to Rule 4001(d)(4) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

---

[2] A full listing of the Consumer Creditors can be found on pages 4–7 of this Order.
[3] The Court notes that the Trustee additionally filed a *Supplemental Omnibus Objection to Motions for Relief from the Automatic Stay and to Freeze Payments* on February 4, 2026 [ECF No. 740].

Pertaining to the Stay Enforcement Motions, although each of the Motions "expressly disclaims any request for relief under § 362(d)", and therefore (according to the Movants) the Motions do not "trigger the filing fee applicable to motions for relief from the stay, and the hearing procedures of [Bankruptcy Rule] 4001(a)(2) do not apply," the affidavits attached to the Motions expressly seek "**emergency and interim relief, including relief from the automatic stay under 11 U.S.C. § 362(d)(1)**." ECF Nos. 718–23 (emphasis added). Much like the Lift Stay Motions, the Stay Enforcement Motions have also not been set for hearing.[4] Additionally, the Court notes that none of the Lift Stay Motions or the Stay Enforcement Motions contain certificates of service or certificates of conference as required by Local Bankruptcy Rule 4001-1(a) for the Bankruptcy Court for the Northern District of Texas (the "**Local Rules**").

Despite the Movants' contentions to the contrary, Bankruptcy Rule 4001(d)(4) expressly provides that, "If an objection [to a motion for relief from the automatic stay] is filed or if the court decides that a hearing is appropriate, the court must hold one after giving at least 7 days' notice" to both the movant and the objector." Fed. R. Bankr. P. 4001(d)(4). Given the non-compliance with the Bankruptcy Rules to date by the Movants, Beyond Attorneys, LLC, Mr. Aguirre, and Ms. Medina Beltran, with respect to the Lift Stay Motions, the Court believes that a status conference to address the Court's concerns with the myriad of filings is imperative. Likewise, given both the haphazard construction of the Stay Enforcement Motions and their substantial similarity to the Lift Stay Motions, the Court believes a status conference with respect to the same is equally important.

Accordingly, the Court orders for the Consumer Creditors, Mr. Aguirre, Ms. Medina Beltran, as well a representative for Beyond Attorneys, LLC, if that representative is not Mr. Aguirre or Ms. Medina Beltran, **to appear before the Court on February 17, 2026, at 2:00 p.m.**

---

[4] To date, no objections have been filed with respect to the Stay Enforcement Motions.

3

for a status conference to address the various motions that have been filed by or on behalf of the Consumer Creditors. The Court will permit any of the Consumer Creditors to attend the status conference by Webex video appearance and will provide notice of same. However, to the extent that any of the Consumer Creditors is non-English speaking and/or requires an interpreter for the hearing, the burden for providing a federally approved interpreter will be placed on Beyond Attorneys, LLC, Mr. Aguirre, Ms. Medina Beltran, and/or any of the Consumer Creditors who wish to be heard.

Accordingly, it is:

**ORDERED** that Beyond Attorneys, LLC, Mr. Franciso Aguirre, Ms. Lluvia Medina Beltran, and each of the Consumer Creditors shall **APPEAR** before this Court in person or via Webex on **February 17, 2026, at 2:00 p.m.** for a status conference with regard to the above-mentioned Lift Stay Motions and Stay Enforcement Motions.

If appearing virtually, parties may make their appearances via Webex at:

https://us-courts.webex.com/meet/larson
Dial-In: 1.650.479.3207
Access Code: 2301 476 1957

**IT IS FURTHER ORDERED** that to the extent any of the Consumer Creditors wish to be heard at the status conference on February 17th and is non-English speaking, a federally approved interpreter must be provided by Beyond Attorneys, LLC, Mr. Aguirre, Ms. Medina Beltran, and/or any of the affected Consumer Creditors; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of this order via regular first-class mail and via e-mail, respectively, on the following parties:

Beyond Attorneys, LLC:
- 5635 N. Scottsdale Rd., Ste. 170J, Scottsdale, AZ 85250

Mr. Franciso X. Aguirre:

- 7014 E. Camelback Rd., Ste. B100A, Scottsdale, AZ 85251
- fxa@beyondattorneys.com

Ms. Lluvia Medina Beltran:

- 9825 N. 41st Ave., Phoenix, AZ 85051

Mr. Jorge Enrique Aguirre:

- 5923 S. 26th Ave., Phoenix, AZ 85041
- jorgagmtz@outlook.com

Mr. Yosvanys Garcia Diaz:

- P.O. Box 1004, Jal, New Mexico 88252
- garciayosvanys3@gmail.com

Mr. Richard Gildardo Acosta Armenta:

- 3315 W. Maldonado Rd., Phoenix, AZ 85041
- richard.480480@icloud.com

Mr. Salomon Vaquera Oviedo:

- 6201 W. Encanto Blvd., Phoenix, AZ 85035
- Castillodayanara10@gmail.com

Ms. Mayra Alejandra Robledo Moreno:

- 7136 W. Dunn St., Odessa, TX 79763
- mayrarobledo13@gmail.com

Mr. Angel Celiseo Ceronio:

- 524 W. 9th St., Apt. 204, Mesa, AZ 85201

Ms. Johanna Ruby Vasquez Zermeno:

- 4701 Glenwood Ave., Trlr. 51, Deer Park, TX 77536
- Johanna_eimy@hotmail.com

Ms. Brisa Viridiana Martinez Ibarra:

- 3361 Harmon Rd., Apr. 1210, Mansfield, TX 76063
- Martinezbrisa19@gmail.com

Mr. Jose Alberto Ferrer Suarez:

- 7303 Wood Hollow Dr., Apt. 489, Austin, TX 78731
- jferrers71@gmail.com

Mr. Jose Eduardo Arias Linares:

- 2862 Belt Line Rd., Apt. 342, Garland, TX 75044
- Eduarlin00@icloud.com

Mr. Jeronimo Gonzalez Isidro:

- 12901 S. Thomas Ave., Odessa, TX 79766
- Sahuayo.2022sahuayin@gmail.com

Mr. Erminio Melchor Morales:

- 12113 Metric Blvd., Apt. 1528, Austin, TX 78758
- ermi.morales@icloud.com

Mr. Eravisto Valle Mendoza:

- 6075 Broadway, San Diego, CA 92114
- valleevaristo88@gmail.com

Mr. Juan Pablo Frigoli Campos:

- 727 W. 18th St., Tempe, AZ 85281
- jfrigolicampos@gmail.com

Mr. German Augusto Hoyos Baquero:

- 1601 W. Macarthur Blvd., Apt. 15E, San Ana, CA 92704
- baquerogerman81@gmail.com

Ms. Maria Alejandra Ortega:

- 721 Bethel St., Paducah, KY 42003
- malejaortega0508@gmail.com

Mr. Juan Aciel Calafell Martinez:

- 9920 Forest Ln., Apt. 332, Dallas, TX 75243
- juancalafell1989@yahoo.com

Mr. Felipe Villareal:

- 3745 N. Planet Ave., Odessa, TX 79764
- felipevillarealsaenz@gmail.com

Mr. Jose Manuel Moreno:

- 2420 Doty Ln., Balch Springs, TX 75180

Ms. Maria Isabel Vasquez:

- 5230 W. Aire Libre Ave., Glendale, AZ 85306
- jazisa128@gmail.com

Ms. Karla Celina De Santiago Chavez:

- 5129 W. Echo Ln., Glendale, AZ 85302
- celinee85@icloud.com

Mr. Jose Alberto Alvarez Aguirre:

- 6523 Chapel Frst., San Antonio, TX 78239
- josealvereza2605@gmail.com

**The parties who have been ordered to appear before the Court are strongly encouraged to retain counsel.**

**###END OF ORDER###**