**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | Case No. 25-33487 (MVL) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING DEADLINE TO RESPOND TO
TRUSTEE'S MOTION TO COMPEL ANSWERS IN RESPONSE TO DANIEL CHU'S
IMPROPER INVOCATION OF FIFTH AMENDMENT PRIVILEGE AT
<u>SECTION 341 MEETING</u>**
[Related ECF No. 733]

Anne Elizabeth Burns, as Chapter 7 Trustee (the "<u>Trustee</u>") for Tricolor Holdings, LLC, *et*

*al.* (the "<u>Debtors</u>") and Daniel Chu ("<u>Mr. Chu</u>", and collectively with the Debtors and the Trustee,

the "<u>Parties</u>") hereby enter into this Stipulation and Agreed Order and agree as follows:

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

WHEREAS, on September 10, 2025, the Debtors filed for bankruptcy protection under Chapter 7 of Title 11 of the United States Code.

WHEREAS, on February 4, 2026, the Trustee filed the *Trustee's Motion to Compel Answers in Response to Daniel Chu's Improper Invocation of Fifth Amendment Privilege at Section 341 Meeting* [ECF No. 733] (the "Motion").

WHEREAS the Motion provides that the deadline for Mr. Chu to file a response is close of business on March 2, 2026.

WHEREAS, the Parties have agreed to move the deadline in which to file a response to the Motion to **Tuesday, March 3, 2026**.

**IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES AND ORDERED BY THE COURT THAT**

1.      The deadline for Mr. Chu to file a response to the Motion shall be **Tuesday, March 3, 2026**.

2.      Except as otherwise provided in this Order, all other rights of the Parties are expressly reserved including, but not limited to, requests for additional deadline extensions or adjournments by any of the Parties.

###End of Order###

4929-7814-6963, v. 2

AGREED TO FORM AND SUBSTANCE:

Respectfully submitted,
*/s/ Edward A. Clarkson, III*
Matthew S. Okin
Texas Bar No. 00784695
James W. Bartlett, Jr.
Texas Bar No. 00795238
Edward A. Clarkson, III
Texas Bar No. 24059118
**OKIN ADAMS BARTLETT CURRY LLP**
1113 Vine St., Suite 240
Houston, Texas 77002
Telephone: 713.228.4100
Facsimile: 346.247.7158
mokin@okinadams.com
jbartlett@okinadams.com
eclarkson@okinadams.com

*Counsel to Daniel Chu*

**MCDERMOTT WILL & SCHULTE LLP**
*/s/ Julia M. Beskin (with permission)*
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel:     (214) 295-8000
Fax:    (972) 232-3098
E-mail:        crgibbs@mwe.com
               mhelt@mwe.com
               gwilliams@mwe.com
-and-

Darren Azman *(admitted pro hac vice)*
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:     (212) 547-5400
Fax:    (212) 547-5444
E-mail: dazman@mwe.com

Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:     (212) 547-5400
Fax:    (212) 547-5444
E-mail: julia.beskin@srz.com

*Counsel to the Chapter 7 Trustee*

4929-7814-6963, v. 2