

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed March 2, 2026**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re** | § | **Chapter 7** |
| | § | |
| **TRICOLOR HOLDINGS, LLC,** *et al.*, | § | **Case No. 25-33487 (MVL)** |
| | § | |
| **Debtors.**[1] | § | **(Jointly Administered)** |
| | § | |

## ORDER GRANTING TBK BANK, SSB'S MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY WITH RESPECT TO CERTAIN INVENTORY

Upon the motion (the "**Motion**")[2] of TBK Bank, SSB ("**TBK Bank**") for entry of an order

(this "**Order**"), granting relief from the automatic stay pursuant to section 362(d) of the

Bankruptcy Code and Bankruptcy Rule 4001 and permitting TBK Bank, as agent for itself and the

---

[1]   The Debtors and their bankruptcy case numbers are: Tricolor Holdings, LLC (25-33487), TAG Intermediate Holding Company, LLC (25-33495), Tricolor Auto Group, LLC (25-33496), Tricolor Auto Acceptance, LLC (25-33497), Tricolor Insurance Agency, LLC (25-33512), Tricolor Home Loans LLC (25-33511), Tricolor Real Estate Services (25-33514), TAG California Holding Company, LLC (25-33493), Flexi Compras Autos, LLC (25-33490), TAG California Intermediate Holding Company, LLC (25-33494), Tricolor California Auto Group, LLC (25-33502), Tricolor California Auto Acceptance, LLC (25-33501), Risk Analytics LLC (25-33491), Tricolor Tax, LLC (25-33515), Tricolor Financial, LLC (25-33510), Tricolor Auto Receivables LLC (25-33498), TAG Asset Funding, LLC (25-33492), Apoyo Financial, LLC (25-33489).

[2]   Capitalized terms used but not otherwise defined in this Order shall have the respective meanings provided for such terms in the Motion.

other Lenders, to exercise rights and remedies in connection with certain of the inventory identified in the schedule attached hereto as Exhibit A (the "**Subject Inventory**"), all as more fully described in the Motion; and upon the Court's consideration of the Motion and all evidence presented, including the Bonder Declaration and any objections and pleadings filed with respect to the Motion; the Court hereby finds and determines that: (a) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; (b) consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (d) due and proper notice of the Motion has been provided under the particular circumstances and no other or further notice need be provided; (e) cause exists to lift the automatic stay under section 362(d)(1) of the Bankruptcy Code; and (f) good cause exists for the waiver of the 14-day stay imposed by Bankruptcy Rule 4001(a)(4); and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1.      The Motion is GRANTED as set forth herein.

2.      The automatic stay imposed by section 362 of the Bankruptcy Code is hereby lifted to authorize, but not require, TBK Bank to exercise any and all of its rights and remedies with respect to the Subject Inventory, including to sell or otherwise dispose of the Subject Inventory in accordance with the Loan Agreement, related documents, or applicable law, including but not limited to Article 9 of the Uniform Commercial Code.

3.      TBK Bank is authorized to apply any value received from the sale or disposition of the Subject Inventory (the "**Proceeds**") to reduce TBK Bank's secured claim against the Subject Debtors, on a dollar-for-dollar basis.  For the avoidance of doubt, TBK Bank shall be authorized

to deduct from the Proceeds any costs, fees, expenses or the like incurred in connection with the removal, storage, and any sale or disposition of the Subject Inventory.

4.      Nothing contained in this Order shall be construed to affect the disposition of any personal property other than the Subject Inventory specifically identified on the schedule attached hereto as Exhibit A.

5.      Nothing contained in this Order shall limit or otherwise interfere with TBK Bank's ability to seek relief with respect to its other collateral, and all such rights are hereby reserved in all respects.

6.      The 14-day stay of Bankruptcy Rule 4001(a)(4) is hereby waived, and this Order shall be fully effective and enforceable immediately upon its entry.

7.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

**# # # End of Order # # #**

Respectfully Submitted By:

*/s/ Bradley R. Foxman*
**VINSON & ELKINS LLP**
Bradley R. Foxman (TX 24065243)
Matthew W. Moran (TX 24002642)
Sara E. Zoglman (TX 24121600)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel:     214-220-7700
Fax:    214-220-7716
Email: bfoxman@velaw.com
          mmoran@velaw.com
          szoglman@velaw.com

-and-

Paul E. Heath (TX 09355050)
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Tel:     713-758-2222
Fax:    713-758-2346
Email: pheath@velaw.com

*Counsel to TBK Bank, SSB*

## **Exhibit A**

### **Schedule of Subject Inventory[1]**

Summary Description

| |
|---|
| A/C condensors |
| Air shocks |
| Bulbs / related |
| Brake pads / rotors |
| CV axle |
| Miscellaneous |
| OEM Ford uncat |
| OEM GM uncat |
| OEM Honda uncat |
| OEM Hyundai uncat |
| OEM Kia uncat |
| OEM Nissan uncat |
| OEM Toyota uncat |
| Oil filters |
| Other |
| Struts / shocks |
| Tires |
| Wheels |

Additional Identifiable Details

| Manufacturer (if known) | Part Number (if known) |
|---|---|
| AC Delco | - |
| AC Delco | 19405952 |
| Advanti | hy98512455 |
| Advanti | hy98512455 |
| Advanti | hy98512455 |
| Advanti | hy98512455 |
| Arnott | as 3285 |
| Arnott | as 3285 |
| Casp | to280303159 |
| Chevy | 13565641 |
| CK Auto | - |
| CSF | 3885 |
| CSF | 3885 |
| DEPO | 2122076lac |
| DEPO | 3151315lac |
| DEPO | 3411146las2 |

---

[1] This schedule of Subject Inventory may be incomplete and missing certain identifiable information or details, and may be updated to include additional detail, to the extent feasible.

| Manufacturer (if known) | Part Number (if known) | Manufacturer (if known) | Part Number (if known) |
|---|---|---|---|
| DEPO | a341123rac2 | FCS Auto | fcs1334145l |
| DEPO | a31211aerac2 | FCS Auto | 1333584l |
| DEPO | a341923rac | FCS Auto | 1333584r |
| DEPO | 31211aelac1n | FCS Auto | 18750123 |
| DEPO | 312-19acr-acvcr | FCS Auto | 710732 |
| DEPO | 317-117-6r-acn2 | FCS Auto | 710732 |
| DEPO | 315-11abr-ac1 | Ford | at4z6c525d |
| DEPO | 315-1990L-AC | Ford | jl1z5e212j |
| DES Sprectrum | 72951 | Ford | fl3z17682bb1x |
| DNJ | hgb4308 | Ford | 8475738 |
| DNJ | pr3244 | Ford | at4z6256b |
| DORMAN | 937-960 | Ford | fl3z18d473a |
| Duralast | 14454n | Ford | 9w6091x |
| Duralast | 72049dl | Ford | fl3z9940602b |
| Duralast | ts3240592b | Ford | fl3z15790f |
| Duralast | ts3240592b | Ford | cj5z6256c |
| Duralast | dg1602 | Ford | fa8z7406024ab |
| Duralast | dg2087 | Ford | 97323 |
| Duralast | dg1212 | Ford | ju5z15604bz |
| Duralast | dg1212 | Ford | jl3z5e212h |
| Duralast | dg2076 | Ford | g1ez7210la |
| Duralast | dg1393 | Ford | lc3z13008a |
| Duralast | dg1650 | Ford | fl3z9940602b |
| Duralast | dg1473 | Ford | cj5z6c525b |
| Duralast | dg1473 | Ford | fl3z15200c |
| Duralast | dg1473 | Ford | fl1z2c006d |
| Duralast | dg1473 | Ford | hub 595 |
| Duralast | dg1473 | Ford | bl3z9430d |
| Duralast | dg1473 | Ford | FL3Z1627204A |
| Duralast | dg1473 | Ford | CJ5Z6256C |
| Duralast | dg1473 | Ford | KB3Z13405J |
| Duralast | a13609 | Ford | HL3T-19K351-AA |
| Duralast | ls3486311l | Ford | AT4Z6C525D |
| Duralast | 74033dl | Ford | ML3Z6675J |
| Duralast | 74033dl | Ford | LC3Z-13405-C 1X |
| Duralast | dlg515159 | Ford | LC3Z13404C |
| Duralast | dlg515159 | Ford | JL3Z13404J |
| Duralast | 10288 | Ford | JLEZ-13404-J 1X |
| Duralast | DG2094 | Ford | FL3Z-13K359-AC |
| Duralast | 70112DL | Ford | AT4Z-6268-C 1X |
| Duralast | 70111DL | Ford | DG9Z9H307Y |
| Duralast | 6822 | Ford | CJ5Z-7860044-BA |
| Eagle Eyes | ccs450-b111r | GB Manufacturing | 191030 |
| Empire | he302 | Gear Off Road | a260717 |
| Empire | 13969 | Gear Off Road | a260717 |
| Empire | t5237 | Gear Off Road | a260717 |
| Empire | m3667 | Gear Off Road | a260717 |
| Empire | n2682 | Gear Off Road | a260760 761b |
| Empire | CV47167PARH | Gear Off Road | a260717 764bm |
| Factory Replacement Speaker | 69sp | Gear Off Road | a270563 |
| FCS Auto | fcsa1334145r | Gear Road | 0504586AA |
| FCS Auto | fsc1334211 | Gear Road | - |

2

| Manufacturer (if known) | Part Number (if known) |
|---|---|
| Genuine Parts | kd7j67xa1k |
| Genuine Parts | 68528300aa |
| Genuine Parts | 68596318ab |
| Genuine Parts | H876103Y500 |
| GM | 25204723 |
| GM | 12630091 |
| GM | 24224169 |
| GM | 85015807 |
| GM | 84199201 |
| GM | 25204337 |
| GM | 84119339 |
| GM | 84354716 |
| GM | 84354716 |
| GM | 85052291 |
| GM | 86534424 |
| GM | 42764073 |
| GM | 84745971 |
| GM | 12686433 |
| GM | 85015807 |
| GM | 85671416 |
| GM | 84525421 |
| GM | 85623484 |
| GM | 84745944 |
| GM | 86534424 |
| GM | 23478376 |
| GM | 12701713 |
| GM | 84946012 |
| GM | 12629512 |
| GM | 12721647 |
| GM | 962104z290s3b |
| GM | 12706545 |
| GM | 84494131 |
| GM | 12723516 |
| GM | 42532971 |
| GM | 12670253 |
| GM | 23406416 |
| GM | 12682079 |
| GM | 84592584 |
| GM | 12728654 |
| GM | 8505-2291 |
| GM | 84990323 |
| Hardrock | h710201097119gbm |
| Hardrock | h710201097119gbm |
| Hardrock | h710201097119gbm |
| Honda | 17044tvaa04 |
| Honda | 389006ada01 |
| Honda | 143206ada01 |
| Honda | 36804tvaa20 |
| Honda | 7111866a50zf |
| Honda | 775610tlaa01za |
| Honda | 77810tbaa82za |
| Honda | 57100tbca26 |

| Manufacturer (if known) | Part Number (if known) |
|---|---|
| Honda | 77298tvaa01za |
| Honda | 17011tbal01 |
| Honda | 250005dj305 |
| Honda | 37820-6B2-A58 |
| Honda | 17060-TBA-L10 |
| Honda | 04826-TBA-A01ZA |
| Hyundai | p165623 |
| Hyundai | 92302f2510 |
| Hyundai | 92102 f2540 |
| Hyundai | 92402f2020 |
| Hyundai | 92302f2510 |
| Hyundai | 81900f2h00 |
| Hyundai | h92207f2100 |
| Hyundai | h8265111220 |
| Hyundai | 87616f3000 |
| Hyundai | 962102v701pgu |
| Hyundai | h81905f2230 |
| Hyundai | 93575d30304x |
| Hyundai | 2.44E+25 |
| Hyundai | 954a0f2al0 |
| Hyundai | 28600D3070 |
| ImportDirect | ka 8099 |
| ImportDirect | ls20494 |
| ImportDirect | hy86012 |
| Keystone | alygy044u30 |
| Kia | 8347105000 |
| Kia | 81905d9150 |
| Kia | k95910h9430 |
| Kia | 81910d3110 |
| Kia | 91431m7051 |
| KYB | 3440012 |
| Magnflow | 24487 |
| MasterPro | 590455 |
| MasterPro | 34gm1221 |
| MasterPro | 34gm5009 |
| MasterPro | 34ns1187 |
| MasterPro | 34ns1141 |
| MasterPro | 33fd1146 |
| MasterPro | 34ns1140 |
| MasterPro | 34gm1222 |
| MasterPro | 34ns1187 |
| MasterPro | 34fd5118 |
| MasterPro | 34fd5118 |
| MasterPro | 33fd1145 |
| MasterPro | 512388 |
| Melling | mc1423 |
| Melling | MC1420 |
| Misc | 77801-T20-A80ZA |
| Misc | AT4Z6256-B |
| Misc | Y48-129-A1 |
| Misc | W11-127-B1, 1072 |
| Mitsubishi | 76332b765 |

3

| Manufacturer (if known) | Part Number (if known) |
|---|---|
| Monroe | 173052 |
| Monroe | 239112 |
| Monroe | p24309bb |
| Monroe | 34800 |
| Moog | es800948 |
| Moog | ES800948 |
| Mopar | 68405073ae001 |
| Mopar | 05048044ac001 |
| Mopar | 68444309ae001 |
| Motiv | 425mb2106812 |
| Murray | 74283 |
| NGK | P146555 |
| Nissan | 240146rh6a |
| Nissan | 256206ca0a |
| Nissan | 864306jl0b |
| Nissan | 96366ez50a |
| Nissan | 476606cd0d |
| Nissan | 162391 |
| Nissan | 261604ba0a |
| Nissan | 654013sg0a |
| Nissan | 284g36ca3a |
| Nissan | 264304gc7a |
| Nissan | 284g3 6ca3a |
| Nissan | 277413ka0a |
| Nissan | 284b15rl0a |
| Nissan | 65601ea500 |
| Nissan | 203006ca0a |
| Nissan | 654003sg0a |
| Nissan | 284b11vx0a |
| Nissan | e4c006amojnw |
| Nissan | 96365ez10b |
| Nissan | 237035ea0a |
| Nissan | zr04tn |
| Nissan | 908109pg2d |
| Nissan | 13028ez30a |
| Nissan | 888439uh8a |
| Nissan | 284389hs0d |
| Nissan | 284b19na1b |
| Nissan | 13028ez30b |
| Nissan | 88854zz58a |
| Nissan | 963013yu5f |
| Nissan | 88852zq08a |
| Nissan | 284385u0a |
| Nissan | 43210ea200 |
| Nissan | 43210ea200 |
| Nissan | 963746ca9a |
| Nissan | 237039bt0a |
| Nissan | 284k06lw1a |
| Nissan | 261654ba0a |
| Nissan | 237039bt0a |
| Nissan | 16119-6RA0B |
| Nissan | 80730-6cA0A |

| Manufacturer (if known) | Part Number (if known) |
|---|---|
| Nissan | 21305-5RBOA |
| Nissan | 3025-EZ30C |
| Nissan | 62257-6MR5B |
| Nissan | 78127-5EF0A |
| Nissan | 88842-9UH8A |
| Nissan | 284G3-5EE0B |
| Precision | ch 8353 |
| Precision | 2cb503049 |
| Precision | k90349 |
| Precision | 2cb503049 |
| Precision | 2cb503049 |
| Precision | - |
| Precision | - |
| Precision | gm8441 |
| Procomp | es9000 |
| Procomp | 914551 |
| Procomp | 926514 |
| Procomp | 914551 |
| Rancho | rs55297 |
| Rancho | rs55297 |
| Rouch | 5103 |
| SKP | sk624090 |
| TIS Wheels | 544gb2096817 |
| TIS Wheels | 553b2090918 |
| Tong Yang | k5700 |
| Toyota | 485108z322 |
| Toyota | 485108z322 |
| Toyota | 6360506210b0 |
| Toyota | 5301912010 |
| Toyota | 8794002929 |
| Toyota | 7702002ad0 |
| Toyota | 7702002ad0 |
| Toyota | 7432002f60a0 |
| Toyota | 45510-02370 |
| Toyota | R164620 |
| Toyota | 58905-06410-B0 |
| Trugrade | 74283 |
| Trugrade Fuel Systems | - |
| TYC | TYC19622300 |
| TYC | 119064a01n |
| TYC | 209951a01n |
| TYC | 116845a01a |
| TYC | 116997a01a |
| TYC | 209982a01a |
| TYC | 20-9993-80-9 |
| TYC | 20-17429-00 |
| TYC | 11-6786-A0-1A |
| TYC | 11518500 |
| UAC | cn4106pfc |
| Ultra | 127b2090918 |
| Ultra | 127b2090918 |

4

| Manufacturer (if known) | Part Number (if known) | Manufacturer (if known) | Part Number (if known) |
|---|---|---|---|
| Ultra | 127b2090918 | Valvoline | V201 |
| Ultra | 127b2090918 | Valvoline | V201 |
| Ultra | 127b2090918 | Valvoline | V201 |
| Ultra | 127b2090918 | Valvoline | V201 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Ultra | 127b2090918 | Valvoline | VO15 |
| Unity | 13891 | Valvoline | VO15 |
| Valvoline | VO173 | Valvoline | VO15 |
| Valvoline | VO149 | Valvoline | VO15 |
| Valvoline | VO15 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | VO202 |
| Valvoline | VO173 | Valvoline | V0-102 |
| Valvoline | VO173 | Valvoline | V0-98 |
| Valvoline | VO173 | Valvoline | V0-55 |
| Valvoline | 760697 | Valvoline | V0-141 |
| Valvoline | 760697 | Valvoline | V0-102 |
| Valvoline | 760697 | Valvoline | V0-103 |
| Valvoline | VO90 | Valvoline | V0-85 |
| Valvoline | VO90 | Valvoline | VO56 |
| Valvoline | VO90 | Valvoline | VO101 |
| Valvoline | VO90 | Volkswagen | 506407272s |
| Valvoline | VO90 | Volkswagen | 06k103600aa |
| Valvoline | VO90 | Volkswagen | 17a857552csx4 |
| Valvoline | VO90 | Volkswagen | 17A-945-095-A |
| Valvoline | VO90 | Weisigao | x004gdcpqf |
| Valvoline | VO90 | Wheel Pros | 1086 |
| Valvoline | VO90 | Wheel Pros | 1086 |
| Valvoline | V201 | - | 710732 |
| Valvoline | V201 | - | x0029e02dr |
| Valvoline | V201 | - | k89850d5500wk |
| Valvoline | V201 | - | f0700341 |
| Valvoline | V201 | - | k88820d5500wk |
| Valvoline | V201 | - | aj047d02 |
| Valvoline | V201 | - | 1032400 |
| Valvoline | V201 | - | 9722426615 |

5

| Manufacturer (if known) | Part Number (if known) |
|---|---|
| - | 172752 |
| - | 284e75ud0a |
| - | 48001w100p |
| - | 191030 |
| - | ls3486311r |
| - | 5184379ah |
| - | 103978cy |
| - | bm5z6312a |
| - | 78501t20a22za |
| - | 85623483 |
| - | 113100s020 |
| - | ml3z14c689h |
| - | 119061a61n |
| - | 7431006c02b1 |
| - | gm2503498 |
| - | gj5z5822601a |
| - | 711126 |
| - | ae014c01 |
| - | alyhs089u45 |
| - | xf239 |
| - | xf239 |
| - | vrp501 |
| - | xf 239 |
| - | vrp501 |
| - | gx111 |
| - | vrp501 |
| - | h710201052119gbm |
| - | vrp503 |
| - | xf239 |
| - | 96373-EZ00A |
| - | X54-102-C4, 1287 |
| - | DDSARO1 |
| - | H83450D3000 |
| - | TS3431542B |
| - | 611-2361 |
| - | 68302660AB |
| - | 2281-7378 |
| - | 8474-5974 |
| - | K88841D5500WK |
| - | H243502E700 |
| - | SC023A01 |
| - | SN033A03 |
| - | 5048044AC |

| Tire Brand | Tire Size |
|---|---|
| Accelera | 285/45r22 |
| Accelera | 265/65r17 |
| Accelera | 265/65r17 |
| Accelera | lt275/70r18 |

| Tire Brand | Tire Size |
|---|---|
| Accelera | lt275/70r18 |
| APlus | 235/40ZR19 XL |
| APlus | 235/40ZR19 XL |
| APlus | 235/40ZR19 XL |
| APlus | 235/40zr19xl |
| APlus | 265/60r18 |
| APlus | 265/60r18 |
| Armstrong | 235/45R18 |
| Armstrong | 235/45R18 |
| Armstrong | 205/60R16 |
| Armstrong | 205/60R16 |
| Armstrong | 215/45R17 |
| Armstrong | 235/45r18 |
| Armstrong | 235/45r18 |
| Atlas | LT275/70R18/125 122S |
| Atlas | LT285/55R20 |
| Atlas | LT285/55R20 |
| Atlas | LT285/70R17 |
| Atlas | 275/55/R20 113S |
| Atlas | 205/70R16 97V |
| Atlas | 225/65R17 |
| Atlas | 225/65R17 |
| Atlas | 215/55R16 |
| Atlas | 235/40R19 |
| Atlas | 235/40R19 |
| Atlas | 215/60R16 |
| Atlas | 215/60R16 |
| Atlas | 225/65R17 |
| Atlas | 225/65R17 |
| Atlas | 245/45R18 |
| Atlas | 265/70R16 |
| Atlas | 265/70R16 |
| Atlas | 195/55R16 |
| Atlas | 195/55R16 |
| Atlas | 225/65R17 |
| Atlas | 265/70R16 |
| Atlas | 265/65R17 |
| Atlas | 265/65R17 |
| Atlas | 195/65R15 |
| Atlas | 195/65R15 |
| Atlas | 255/65R18 |
| Atlas | 215/65R16 |
| Atlas | 215/65R16 |
| Atlas | 225/60R17 |
| Atlas | 225/60R17 |
| Atlas | 235/80R17 |
| Atlas | 225/60R17 |
| Atlas | LT235/80R17 |
| Atlas | LT235/80R17 |
| Atlas | LT235/80R17 |
| Atlas | 265/70R18 |

6

| Tire Brand | Tire Size |
|---|---|
| Atlas | 215/60R16 |
| Atlas | 265/70R18 |
| Atlas | 245/45r17 |
| Atlas | 245/45r17 |
| Atlas | 215/60r16 |
| Atlas | 245/45r18 |
| Atlas | 225/65r17 |
| Atlas | 225/65r17 |
| Atlas | 265/70r16 |
| Atlas | 255/70r17 |
| Atlas | 195/55r16 |
| Atlas | 195/55r16 |
| Atlas | 255/70r17 |
| Atlas | 255/65r18 |
| Atlas | 215/65r16 |
| Atlas | 255/65r18 |
| Atlas | 255/65r18 |
| Atlas | 215/65r16 |
| Atlas | 195/65r15 |
| Atlas | 225/65r17 |
| Atlas | 225/65r17 |
| Atlas | 195/65r15 |
| Atlas | 215/65r17 |
| Atlas | 265/70r18 |
| Atlas | 255/60r17 |
| Atlas | lt235/80r17 |
| Atlas | lt235/80r17 |
| Atlas | 225/60r17 |
| Atlas | 225/45r17 |
| Atlas | 255/60r17 |
| Atlas | 265/70r18 |
| Atlas | lt275/70r18 |
| Atlas | lt275/70r18 |
| Atlas | 275/65r18 |
| Atlas | 275/65r18 |
| Atlas | 225/65r17 |
| Atlas | 225/65r17 |
| Atturo | 235/55R19 |
| Atturo | lt295/60r20 |
| Atturo | 285/55r20 |
| Cavalry | 245/75R16 |
| Cooper | 235/50R17 |
| Dueler | 255/55r17 |
| Falken | 235/40r18 |
| Falken Wildpeak | lt275/70r18 |
| Firestone | 225/75r17 |
| Forceland | lt285/55r20 |
| Forceland | lt285/55r20 |
| Fortune | 205/65R16 |
| Fortune | 205/65r16 |
| General | 255/70r17 |
| Gladiator | P225/55R18 |

| Tire Brand | Tire Size |
|---|---|
| Gladiator | P225/55R18 |
| Gladiator | P245/60R18 |
| Gladiator | P245/60R18 |
| Gladiator | P225/55R18 |
| Gladiator | P225/55R18 |
| Gladiator | P225/55R18 |
| Gladiator | P225/55R18 |
| Gladiator | P225/55R18 |
| Gladiator | P255/70R17 |
| Gladiator | P255/70R17 |
| Gladiator | P255/70R17 |
| Gladiator | 235/55R17 |
| Gladiator | P255/70R17 |
| Gladiator | p225/55r18 |
| Gladiator | p225/55r18 |
| Gladiator | p225/55r18 |
| Gladiator | p225/55r18 |
| Gladiator | p235/55r19 |
| Gladiator | lt285/55r20 |
| Gladiator | p265/70r18 |
| Gladiator | p265/70r18 |
| Gladiator | p275/55r20 |
| Gladiator | p275/55r20xl |
| Gladiator | p275/55r20 |
| Gladiator | p245/60r18 |
| Gladiator | p245/60r18 |
| Gladiator | p245/60r18 |
| Gladiator | p265/70r18 |
| Gladiator | 245/60r18 |
| Gladiator | p275/55r20 |
| Goodride | 245/45ZR18 |
| Goodride | 245/45zr18 |
| Goodride | 245/45zr18 |
| Goodride | 245/45zr18 |
| Goodyear | LT275/70R18 |
| Goodyear | LT275/70R18 |
| Goodyear | lt275/70r18 |
| Goodyear | lt275/70r18 |
| Goodyear | lt275/70r18 |
| Gtradial | 195/55r16 |
| Gtradial | p235/65r18 |
| Gtradial | p235/65r18 |
| Hemisphere | LH1078245/65R17 |
| Hemisphere | LH1058225/65R16 |
| Hemisphere | 245/60R18 |
| Hemisphere | 225/65R16 |
| Hemisphere | 245/60r18 |
| Hemisphere | 215/65r16 |
| Hemisphere | 245/65r17 |
| Hemisphere | 225/65r16 |
| Hemisphere | 225/65r16 |
| Hemisphere | 215/65r16 |

7

| Tire Brand | Tire Size |
|---|---|
| Imove | 215/50R17 |
| Imove | 265/35R22 |
| Imove | 235/45r19 |
| Imove | 235/45r19 |
| Imove | 225/50r17 |
| Imove | 225/55r16 |
| Ironman | 205/65r15 |
| Ironman | 235/45R18 |
| Ironman | 235/45R18 |
| Ironman | 265/35R22 |
| Ironman | 265/60r18 |
| Ironman | 265/35r22 |
| Ironman | 265/75r16 |
| Ironman | 245/70r17 |
| Ironman | 225/65r17 |
| Ironman | 205/65r15 |
| Kenda | 245/45zr18 |
| Lancaster | 225/40ZR19 |
| Lancaster | 225/40ZR19 |
| Lancaster | 235/40ZR19 XL |
| Lancaster | 235/40ZR19 XL |
| Lancaster | 235/40ZR19 XL |
| Lancaster | 235/40ZR19 XL |
| Lancaster | 245/40ZR17 |
| Lancaster | 245/40ZR17 |
| Lancaster | 245/40ZR17 |
| Lancaster | 245/40ZR17 |
| Lancaster | 245/40zr18 |
| Landsail | 205/55ZR16 |
| Landsail | 205/55ZR16 |
| Landsail | 205/55ZR16 94WXL |
| Laufenn | 255/70R17 |
| Laufenn | 255/70R17 |
| Laufenn | 255/70R17 |
| Laufenn | 255/70R17 |
| Laufenn | 225/55r19 |
| Laufenn | 225/55r19 |
| Lexini | 205/55r16 |
| Lexini | 205/55r16 |
| Michelin | 205/65r16 |
| Michellin | 235/50R20 |
| Milestar | lt265/70r17 |
| Nexen | 225/65R16 |
| Nexen | lt275/70r18 |
| Nexen | 225/65r16 |
| Nexen | 255/55r19 |
| Nexen | 255/55r19 |
| Petlas | 24565R17 |
| Petlas | 245/65R17 |
| RBP | 33x12.50r20lt |
| RoadOne | RL1507 235/40R19 |
| RoadOne | rl1398245/35R20 |

| Tire Brand | Tire Size |
|---|---|
| RoadOne | RL1507235/40R19 |
| RoadOne | RL1429 215/65R16 |
| RoadOne | RL1429 215/65R16 |
| RoadOne | RL1429 215/65R16 |
| RoadOne | RL1429 215/65R16 |
| RoadOne | RL1370 2-05/55R16 |
| RoadOne | RL1370 2-05/55R16 |
| RoadOne | RL1429 215/65R16 |
| RoadOne | RL1507 235/40R19 |
| RoadOne | RL1507 235/40R19 |
| RoadOne | RL1507 235/40R19 |
| RoadOne | RL1507 235/40R19 |
| RoadOne | AR100533X12.50R18 |
| RoadOne | AR100533X12.50R18 |
| RoadOne | RL1328255/55R19 |
| RoadOne | RL1307 205/55R16 |
| RoadOne | 3312.5R18 |
| RoadOne | 205/55R16 |
| RoadOne | 205/55R16 |
| RoadOne | rl1398 245/35r20 |
| RoadOne | rl1507 235/40r19 |
| RoadOne | rl1507 235/40r19 |
| RoadOne | rl1507 235/40r19 |
| RoadOne | rl1429 215/65r16 |
| RoadOne | 205/55r16 |
| RoadOne | 205/55r16 |
| RoadOne | 205/55r16 |
| RoadOne | 255/55r19 |
| RoadOne | 265/60r18 |
| RoadOne | rl1331 265/50r20 |
| RoadOne | 265/60r18 |
| RoadOne | 275/60r20 |
| RoadOne | 33x12.50r18lt |
| RoadOne | 245/60r18 |
| RoadOne | 245/60r18 |
| RoadOne | 275/60r20 |
| RoadOne | 275/65r18 |
| RoadOne | 275/65r18 |
| RoadOne | 225/60r17 |
| RoadOne | 245/60r18 |
| RoadOne | 225/60r17 |
| RoadOne | 35x12.50r20lt |
| RoadOne | 275/65r18 |
| RoadOne | 275/65r18 |
| RoadOne | rl1329245/60r18 |
| RoadOne | 185/65r15 |
| RoadOne | rl1370 205/55r16 |
| RoadOne | rl1370 205/55r16 |
| RoadOne | 235/40r19 |
| RoadOne | 205/55r16 |
| RoadOne | 35x12.50r20lt |
| RoadOne | 35x12.50r20lt |

8

| Tire Brand | Tire Size | Tire Brand | Tire Size |
|---|---|---|---|
| RoadOne | 205/55r16 | Sportline | 225/60R16 |
| RoadOne | 35x12.50r20lt | Taskmaster | 265/70R17 |
| Rovelo | 225/60R18 | Toyo | 285/35ZR20 |
| Rovelo | 255/65r18 | Toyo | 285/35ZR20 |
| Rovelo | 235/45R18 | Toyo | 285/35ZR20 |
| Rovelo | 235/45R18 | Toyo | 285/35ZR20 |
| Rovelo | 275/60R20 | Toyo | lt305/50r22 |
| Rovelo | 275/60R20 | Toyo | lt305/50r22 |
| Rovelo | 275/60R20 | Toyo | lt305/50r22 |
| Rovelo | 215/65R17 | Toyo | lt305/50r22 |
| Rovelo | 215/65R17 | Toyo | 255/35r18 |
| Rovelo | 265/70R18 | Toyo | 255/35r18 |
| Rovelo | 265/70R18 | Vee Rubber | 225/45r18 |
| Rovelo | 265/70R18 | Vee Rubber | 225/45r18 |
| Rovelo | 265/70R18 | Vee Rubber | 225/45r18 |
| Rovelo | 215/60R16 | Vee Rubber | 235/45r18 |
| Rovelo | 215/60R16 | Vee Rubber | 235/45R18 |
| Rovelo | 235/60R18 | Vee Rubber | 245/45R18 |
| Rovelo | 255/65R18 | Vee Rubber | 245/45R18 |
| Rovelo | 235/60R18 | Vee Rubber | 225/45r18 |
| Rovelo | 235/60R18 | Velox | 205/55ZR17 |
| Rovelo | 225/55R18 | Venom | 245/35ZR20 |
| Rovelo | 225/55R18 | Venom | 35x12.50r22lt |
| Rovelo | 235/65R18 | Venom | 245/35zr20 |
| Rovelo | 235/65R18 | Venom | 37x13.50r20lt |
| Rovelo | 235/65R18 | Venom | 37x13.50r20lt |
| Rovelo | 265/60R18 | Venom | 245/35zr20 |
| Rovelo | 245/60R20 | Venom | 245/35zr20 |
| Rovelo | 245/60R20 | Waterfall | 225/55R16 |
| Rovelo | 275/60r20 | Waterfall | 225/55R16 |
| Rovelo | 215/65r17 | Westlake | LT315/75R16 |
| Rovelo | 225/40r18 | Westlake | 265/65R18 |
| Rovelo | 225/40r18 | Westlake | 265/65R18 |
| Rovelo | 255/65r18 | Westlake | 235/50R17 |
| Rovelo | 235/60r18 | Westlake | 235/50R17 |
| Rovelo | 225/55r18 | Westlake | 215/60R17 |
| Rovelo | 235/65r18 | Westlake | 215/60R17 |
| Rovelo | lt265/60r20 | Westlake | 255/65R17 |
| Rovelo | 245/60r18 | Westlake | 265/65R18 |
| Rovelo | 235/65r18 | Westlake | 215/60r17 |
| Rovelo | 215/55r18 | Westlake | p245/55r19 |
| Rovelo | lt265/60r20 | Westlake | 265/65r18 |
| Rovelo | 265/70r17 | Westlake | 245/55r19 |
| Rovelo | 265/70r17 | Westlake | 255/65r17 |
| Rovelo | 265/70r17 | Westlake | 215/60r17 |
| Rovelo | 265/70r17 | Westlake | 215/60r17 |
| Rovelo | 185/55r15 | Westlake | 215/60r17 |
| Rovelo | 205/65r15 | Westlake | 215/60r17 |
| Rovelo | 215/55r18 | Xcomp | LT285/75R16 |
| Rovelo | 235/65r18 | Xcomp | LT285/75R16 |
| Sailun | 235/65r18 | Xcomp | LT285/75R16 |
| Sincera | 215/60r15 | Xcomp | LT285/75R16 |

| Tire Brand | Tire Size | Tire Brand | Tire Size |
|---|---|---|---|
| Xcomp | 23x10R14/4 | Zeetex | 185/65 r15 |
| Xcomp | 23x10R14/4 | Zeetex | 185/65 r15 |
| Xcomp | lt285/55r20 | Zeetex | 275/60 r20 115h |
| Yokohama | lt305/70r18 | Zeetex | 275/60 r20 115h |
| Yokohama | lt305/70r18 | Zeetex | 275/60 r20 115h |
| Zeetex | 265/70R17 115S | Zeetex | 225/45r18 |
| Zeetex | 265/70R17 115S | Zeetex | 215/55r16 |
| Zeetex | 265/70R17 115S | Zeetex | 265/70r17 |
| Zeetex | 275/60 R20 115H | Zeetex | 225/60r16 |
| Zeetex | 275/60 R20 115H | Zeetex | 215/50r17 |
| Zeetex | 275/60 R20 115H | Zeetex | 205/55r16 |
| Zeetex | 275/60 R20 115H | Zeetex | 225/60r16 |
| Zeetex | 215/55R16 | Zeetex | 225/60r16 |
| Zeetex | 215/54R116 | Zeetex | 305/55r20lt |
| Zeetex | 245/70R17 110 | Zeetex | 305/40zr22 114wxl |
| Zeetex | 265/70 R17115S | Zeetex | 215/55r16 |
| Zeetex | 245/45 ZR19 | Zeetex | 225/60r16 |
| Zeetex | 215/55R17 | Zeetex | 305/55r20lt |
| Zeetex | 215/55R17 | Zeetex | 235/55r20 |
| Zeetex | 245/45ZR19 | Zeetex | 265/70r17 |
| Zeetex | 33X12.50 | Zeetex | 305/40zr22 114wxl |
| Zeetex | 33X12.50 R20 | Zeetex | 245/75r17lt |
| Zeetex | 265/70R17 115S | Zeetex | 265/70r17 |
| Zeetex | 265/70R17 115S | Zeetex | 305/40zr22 |
| Zeetex | 215/55R16 | Zeetex | 235/55r20 |
| Zeetex | 215/60R16 | Zeetex | 225/45r18 |
| Zeetex | 215/60R16 | Zeetex | 235/55r20 |
| Zeetex | 225/40R18 | Zeetex | 305/40zr22 |
| Zeetex | 215/60R16 | Zeetex | 235/55r20 |
| Zeetex | 215/60R16 | Zeetex | 185/65r15 |
| Zeetex | 225/40R18 | Zeetex | 245/75r17lt |
| Zeetex | 185/65R14 | Zeetex | 195/65r15 |
| Zeetex | 185/65R14 | Zeetex | 215/70r16 |
| Zeetex | 185/65R14 | Zeetex | 215/70r16 |
| Zeetex | 265/50R20 | Zeetex | 245/75r17lt |
| Zeetex | 275/60R20 | Zeetex | 265/70r17 |
| Zeetex | 275/60R20 | Zeetex | 275/60r20115h |
| Zeetex | 275/60R20 | Zeetex | 275/60r20115h |
| Zeetex | 275/60R20 | Zeetex | 245/70r17 |
| Zeetex | 215/55R17 | Zeetex | 275/70r16 |
| Zeetex | 215/55R17 | Zeetex | 245/70r17 |
| Zeetex | 215/55R17 | Zeetex | 245/75r17lt |
| Zeetex | 215/55R17 | Zeetex | 205/60r16 |
| Zeetex | 265/70R17 | Zeetex | 265/70r17 |
| Zeetex | 195/65R15 | Zeetex | 245/70r17 |
| Zeetex | 225/35ZR20 | Zeetex | 245/70r17 |
| Zeetex | 26570R18 | Zeetex | 215/70r16 |
| Zeetex | 215/55r16 | Zeetex | 185/65 r15 |
| Zeetex | 265/70 r17 | Zeetex | 195/65r15 |
| Zeetex | 185/65r14 | Zeetex | 185/65r15 |
| Zeetex | 265/50r20 | Zeetex | 275/60r20 |
| Zeetex | 275/60 r20 115h | Zeetex | 195/65r15 95hxl |

10

| Tire Brand | Tire Size |
|------------|-----------|
| Zeetex | 185/65r15 |
| Zeetex | 215/70r16 |
| Zeetex | 275/60r20 |
| Zeetex | 195/65r15 |
| Zeetex | 195/5r15 |
| Zeetex | 205/70r15 |
| Zeetex | 275/70r16 |
| Zenna | 225/60R17 |
| Zenna | 225/60R17 |
| Zenna | 245/40ZR19 |
| Zenna | 235/65R17 |
| Zenna | 235/65R17 |
| Zenna | 235/65R17 |
| Zenna | 235/65R17 |
| Zenna | 215/60R16 |
| Zenna | 215/60R16 |
| Zenna | 235/45ZR18 |
| Zenna | 235/65R17 |
| Zenna | 215/60R16 |
| Zenna | 215/60R16 |
| Zenna | 215/60R16 |
| Zenna | 285/45ZR22 |
| Zenna | 285/45ZR22 |
| Zenna | 245/40ZR19 |
| Zenna | 225/60R17 |
| Zenna | 205/65R16 |
| Zenna | 205/65R16 |
| Zenna | 275/55R20 |
| Zenna | 275/55R20 |
| Zenna | 205/60R16 |
| Zenna | 205/60R16 |
| Zenna | 205/65R16 |
| Zenna | 205/65R16 |
| Zenna | 225/50ZR17 |
| Zenna | 225/50ZR17 |
| Zenna | 305/45R22 |
| Zenna | 305/45R22 |
| Zenna | 26535ZR32 |
| Zenna | 235/50ZR18 |
| Zenna | 225/60R16 |
| Zenna | 245/40zr19xl |
| Zenna | 235/45zr18 |
| Zenna | 225/50zr17 |
| Zenna | 225/50zr17 |
| Zenna | 245/40zr19xl |
| Zenna | 205/60r16 |
| Zenna | 205/60r16 |
| Zenna | 225/50zr17 |
| Zenna | 225/50zr17 |
| Zenna | 245/35zr19 |
| Zenna | 245/45zr19 |
| Zenna | 245/45zr19 |

| Tire Brand | Tire Size |
|------------|-----------|
| Zenna | 245/35zr19 |
| Zenna | 245/45zr19 |
| Zenna | 285/45zr22 |
| Zenna | 275/55r20 |
| Zenna | 275/55r20 |
| Zenna | 285/45zr22 |
| Zenna | 275/55r20 |
| Zenna | 225/50zr17 |
| Zenna | 275/55r20 |
| Zenna | 275/55r20 |
| Zenna | 275/55r20 |
| Zenna | 275/55r20xl |
| Zenna | 275/55R20XL |
| Zenna | 215/55zr17 |
| Zenna | 235/40zr19 |
| Zenna | 235/65r17 |
| Zenna | 215/55zr17 |
| Zenna | 235/65r17 |
| Zenna | 215/55zr17 |
| Zenna | 235/40zr19 |
| Zenna | 235/40zr19 |
| Zenna | 225/50zr17 |
| Zenna | 215/55zr17 |
| Zenna | 235/40zr19 |

11