Amyr Naeem LLP
5233 Bellaire Blvd., # 246
Bellaire, Texas 77401



**FILED**

MAR 0 2 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

February 28, 2026

United States Bankruptcy Court
Northern District of Texas, Dallas Division
1100 Commerce Street, Rm. 1254
Dallas, Texas 75242-1496

RE: Authorisation to Proceed as Priority Creditor in the Continued Section 341 Meeting of Creditors in Case No. 25-33487; Breach of Performance and/or Contract Against Debtors Autobytel Inc. and AutoWeb Inc.

United States Bankruptcy Court,

This document is a request for a judicial review, and the indebtedness of AutoWeb Inc. (formerly Autobytel Inc.). Autobytel had principal executive offices located at,

> 18872 MacArthur Boulevard, Suite 200
> Irvine, California 92612

The company has undergone significant restructuring of its liabilities and assets. The company was restructured into AutoWeb and has headquarters located at,

> 400 N Ashley Drive, Suite 300
> Tampa, Florida 33602

The company has revenues of $72.8 million, with funding at approximately $104.5 million. The company also has headquarters located at,

> 1820 Bonanza Street
> Walnut Creek, California 94596

This letter concerns AutoWeb, herein referred to collectively as the debtor. Autobytel was originally the company from whom I purchased my shares on November 24, 2015.

I am asking the Bankruptcy Court for an authorisation to proceed in the Continued Section 341 Meeting of Creditors. I qualify as priority creditor in filing a claim for damages. My FICO Score maintained at Equifax Inc., Atlanta, Georgia, as of February 20, 2024 has been 802, not taking into account my personal financial losses in the $5.48 million take-private buyout deal of AutoWeb with One Planet Group. I purchased all of my investments in cash, and lost most of my loaned money in this buyout. I have never opened or held securities in a margin account. I gained on my investment with Autobytel and AutoWeb over several years. I don't owe anyone at Autobytel, AutoWeb or E*TRADE any debts from a gain. E*TRADE has never sent me any collections statements regarding Autobytel or AutoWeb.

I would like to state that I have accumulated financial losses while trying to pursue a prosecution against AutoWeb. I did not receive proper guidance and while attempting to collect a debt I was ignored. I have tried contacting their CFO and Investor Relations departments, and my attempts have been directed to Brett Nanigian and Santina Edge. My losses are further emphasised as an important factor in this case because President Trump enacted legislations to place tarrifs into effect. According to USA Today, used car prices hit record highs in 2025. From the date AutoWeb officers reported their operational and management failures, and the resulting losses passed onto me on May 16, 2022 used car prices have risen significantly from 2022 to 2025. In early 2025, the average cost of a used vehicle exceeded $30,000 for the first time since 2023, according to Edmunds. This increase is partly due to a constrained supply of used vehicles, resulting from lower new car production and fewer leases ending. In addition, a 25% auto tariff on new imported vehicles, introduced by President Trump in April 2025, has constrained more buyers into the used car market, further driving up prices.

According to FOX 2, consumers are paying roughly $9,500 more for a used car in 2025 compared to pre-pandemic pricing.

I am also stating that I have proof of creditor earnings and revenue from 2019 totaling $44,072. In addition, I have other creditor earnings from years prior to 2019. The sum of my creditor earnings prior to 2019 are approximately $292,000.

Thank you.

Sincerely,

Amyr Naeem

Enclosures :     Amyr Naeem LLP 8/16/2022 redacted statement showing AutoWeb losses
AutoWeb Inc. 2021 Annual Meeting Agenda

ProxyVote - Meeting Agenda                                                                 https://central.proxyvote.com/pv/agnfwd/en_us

Sign Out   Language: English

## E✻TRADE

**AUTOWEB INC** | 2021 Annual Meeting
To be held Wednesday, June 16, 2021

### Meeting Agenda

### Voted

Vote by June 15, 2021 11:59 p.m. EDT

### Documents to Review Before You Vote:   ?

| Select a document | ⌄ |
|---|---|

## Proposal(s)

For holders as of Thursday, April 22, 2021. Votes can be changed until the voting deadline.

Make your selections below, using the options on the right side of the page.

1. Vote Board of Directors:                                              ☐ Vote Directors Individually

   Election of Director: MICHAEL A. CARPENTER
   Election of Director: MARK N. KAPLAN
   Election of Director: JOSE VARGAS                      ◉ For All    ◯ Withhold All
   Board Recommendation:   For

2. ADVISORY VOTE ON APPROVAL OF COMPENSATION OF NAMED EXECUTIVE OFFICERS.
                                                                 ◉ For    ◯ Against    ◯ Abstain
   Board Recommendation: For

3. RATIFY THE APPOINTMENT, BY THE COMPANY'S AUDIT COMMITTEE, OF MOSS ADAMS LLP AS THE COMPANY'S INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM FOR 2021.
                                                                 ◉ For    ◯ Against    ◯ Abstain
   Board Recommendation: For

CUSIP: 05335B

© 2021 Broadridge Financial Solutions, Inc. ProxyVote and Broadridge are registered trademarks of Broadridge Financial Solutions, Inc.

CUSIP is a registered trademark of the American Bankers Association. All other trademarks belong to their respective owners.

Accessibility Statement    Privacy Statement    Terms of Use & Linking Policy

# Portfolios

Transfer money

| | Total Unrealized Gain | Day's Gain Unrealized | ⌄ Show less |
| --- | --- | --- | --- |
| | $10,657.16 (14.12%) | -$264.64 (-0.31%) | |
| Cash Purchasing Power ⓘ | Available for Withdrawal | | |
| $61.58 | $0.00 | | |

⌄ View By   [ Portfolio Vie ⌄ ]   [ AUTO ]   All securities   ⌄      Wash sale adjustment  ⬤

| Symbol ▲ | | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| AUTO | [ Trade ] | 0.3879 | 2,582 | 6.97 | 1,001.56 | 3.00332 | 7,754.57 | -6,753.01 | -87.08% | 0.70% | 0.39 |
| 11/24/2015 | | 0.3879 | 4 | 0.01 | 1.55 | 24.8675 | 99.47 | -97.92 | -98.44% | 0.70% | 0.39 |
| 05/04/2016 | | 0.3879 | 5 | 0.01 | 1.94 | 16.42 | 82.10 | -80.16 | -97.64% | 0.70% | 0.39 |
| 06/22/2016 | | 0.3879 | 9 | 0.02 | 3.49 | 14.68222 | 132.14 | -128.65 | -97.36% | 0.70% | 0.39 |
| 07/26/2016 | | 0.3879 | 6 | 0.02 | 2.33 | 16.56833 | 99.41 | -97.08 | -97.66% | 0.70% | 0.39 |
| 08/08/2017 | | 0.3879 | 31 | 0.08 | 12.02 | 8.27419 | 256.50 | -244.48 | -95.31% | 0.70% | 0.39 |
| 03/12/2018 | | 0.3879 | 81 | 0.22 | 31.42 | 3.9758 | 322.04 | -290.62 | -90.24% | 0.70% | 0.39 |
| 03/20/2018 | | 0.3879 | 50 | 0.14 | 19.40 | 3.499 | 174.95 | -155.56 | -88.91% | 0.70% | 0.39 |
| 04/09/2018 | | 0.3879 | 57 | 0.15 | 22.11 | 3.15193 | 179.66 | -157.55 | -87.69% | 0.70% | 0.39 |
| 04/12/2018 | | 0.3879 | 33 | 0.09 | 12.80 | 3.44061 | 113.54 | -100.74 | -88.73% | 0.70% | 0.39 |
| 04/18/2018 | | 0.3879 | 24 | 0.06 | 9.31 | 4.09167 | 98.20 | -88.89 | -90.52% | 0.70% | 0.39 |
| 07/02/2018 | | 0.3879 | 50 | 0.14 | 19.40 | 4.349 | 217.45 | -198.06 | -91.08% | 0.70% | 0.39 |
| 12/19/2018 | | 0.3879 | 136 | 0.37 | 52.75 | 2.6688 | 362.96 | -310.20 | -85.47% | 0.70% | 0.39 |
| 08/08/2019 | | 0.3879 | 215 | 0.58 | 83.40 | 2.43813 | 524.26 | -440.86 | -84.09% | 0.70% | 0.39 |
| 09/05/2019 | | 0.3879 | 129 | 0.35 | 50.04 | 2.75908 | 355.92 | -305.88 | -85.94% | 0.70% | 0.39 |
| Cash | Transfer money | | | | $61.58 | | | | | | |
| Total | | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

| Symbol ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/17/2020 | 0.3879 | 70 | 0.19 | 27.15 | 0.96 | 67.20 | -40.05 | -59.59% | 0.70% | 0.39 |
| 05/06/2020 | 0.3879 | 35 | 0.09 | 13.58 | 1.14 | 39.90 | -26.32 | -65.97% | 0.70% | 0.39 |
| 06/05/2020 | 0.3879 | 37 | 0.10 | 14.35 | 1.28 | 47.36 | -33.01 | -69.70% | 0.70% | 0.39 |
| 06/08/2020 | 0.3879 | 38 | 0.10 | 14.74 | 1.45 | 55.10 | -40.36 | -73.25% | 0.70% | 0.39 |
| 08/21/2020 | 0.3879 | 25 | 0.07 | 9.70 | 3.00 | 75.00 | -65.30 | -87.07% | 0.70% | 0.39 |
| 08/27/2020 | 0.3879 | 21 | 0.06 | 8.15 | 3.73 | 78.33 | -70.18 | -89.60% | 0.70% | 0.39 |
| 09/16/2020 | 0.3879 | 13 | 0.04 | 5.04 | 3.70 | 48.10 | -43.06 | -89.52% | 0.70% | 0.39 |
| 10/07/2020 | 0.3879 | 15 | 0.04 | 5.82 | 3.4299 | 51.45 | -45.63 | -88.69% | 0.70% | 0.39 |
| 10/23/2020 | 0.3879 | 7 | 0.02 | 2.72 | 3.6919 | 25.84 | -23.13 | -89.49% | 0.70% | 0.39 |
| 10/29/2020 | 0.3879 | 14 | 0.04 | 5.43 | 3.405 | 47.67 | -42.24 | -88.61% | 0.70% | 0.39 |
| 11/19/2020 | 0.3879 | 12 | 0.03 | 4.65 | 2.59 | 31.08 | -26.43 | -85.02% | 0.70% | 0.39 |
| 11/24/2020 | 0.3879 | 11 | 0.03 | 4.27 | 2.69 | 29.59 | -25.32 | -85.58% | 0.70% | 0.39 |
| 01/20/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.459 | 24.21 | -21.50 | -88.79% | 0.70% | 0.39 |
| 01/20/2021 | 0.3879 | 1 | 0.00 | 0.39 | 3.46 | 3.46 | -3.07 | -88.79% | 0.70% | 0.39 |
| 02/08/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.47 | 24.29 | -21.57 | -88.82% | 0.70% | 0.39 |
| 03/01/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.8889 | 28.89 | -25.01 | -86.57% | 0.70% | 0.39 |
| 03/02/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.735 | 21.88 | -18.78 | -85.82% | 0.70% | 0.39 |
| 03/08/2021 | 0.3879 | 18 | 0.05 | 6.98 | 2.46 | 44.28 | -37.30 | -84.23% | 0.70% | 0.39 |
| 03/09/2021 | 0.3879 | 16 | 0.04 | 6.21 | 2.4883 | 39.81 | -33.61 | -84.41% | 0.70% | 0.39 |
| 03/09/2021 | 0.3879 | 12 | 0.03 | 4.65 | 2.5189 | 30.23 | -25.57 | -84.60% | 0.70% | 0.39 |
| 03/10/2021 | 0.3879 | 13 | 0.04 | 5.04 | 2.665 | 34.65 | -29.60 | -85.44% | 0.70% | 0.39 |
| 03/11/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.8278 | 28.28 | -24.40 | -86.28% | 0.70% | 0.39 |
| 03/11/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.9061 | 29.07 | -25.19 | -86.65% | 0.70% | 0.39 |
| 03/12/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.8356 | 28.36 | -24.48 | -86.32% | 0.70% | 0.39 |
| Cash    Transfer mono; | | | | $61.58 | | | | | | |
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

8/16/2022 12:08 PM

| Symbol ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/15/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.0645 | 21.45 | -18.74 | -87.34% | 0.70% | 0.39 |
| 03/15/2021 | 0.3879 | 10 | 0.03 | 3.83 | 3.17 | 31.70 | -27.82 | -87.76% | 0.70% | 0.39 |
| 03/16/2021 | 0.3879 | 4 | 0.01 | 1.55 | 3.0689 | 12.28 | -10.72 | -87.36% | 0.70% | 0.39 |
| 03/17/2021 | 0.3879 | 9 | 0.02 | 3.49 | 3.17 | 28.53 | -25.04 | -87.76% | 0.70% | 0.39 |
| 03/18/2021 | 0.3879 | 15 | 0.04 | 5.82 | 3.17 | 47.55 | -41.73 | -87.76% | 0.70% | 0.39 |
| 03/19/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.105 | 21.74 | -19.02 | -87.51% | 0.70% | 0.39 |
| 03/23/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.16 | 22.12 | -19.40 | -87.72% | 0.70% | 0.39 |
| 03/25/2021 | 0.3879 | 9 | 0.02 | 3.49 | 2.81 | 25.29 | -21.80 | -86.20% | 0.70% | 0.39 |
| 04/23/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.6585 | 26.59 | -22.71 | -85.41% | 0.70% | 0.39 |
| 05/03/2021 | 0.3879 | 12 | 0.03 | 4.65 | 2.67 | 32.04 | -27.39 | -85.47% | 0.70% | 0.39 |
| 05/06/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.70 | 27.00 | -23.12 | -85.63% | 0.70% | 0.39 |
| 05/11/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.46 | 24.60 | -20.72 | -84.23% | 0.70% | 0.39 |
| 05/20/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.785 | 27.85 | -23.97 | -86.07% | 0.70% | 0.39 |
| 05/20/2021 | 0.3879 | 20 | 0.05 | 7.76 | 2.7891 | 55.78 | -48.02 | -86.09% | 0.70% | 0.39 |
| 06/04/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.78 | 27.80 | -23.92 | -86.05% | 0.70% | 0.39 |
| 06/08/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.7903 | 27.90 | -24.02 | -86.10% | 0.70% | 0.39 |
| 06/24/2021 | 0.3879 | 13 | 0.04 | 5.04 | 3.01 | 39.13 | -34.09 | -87.11% | 0.70% | 0.39 |
| 06/25/2021 | 0.3879 | 10 | 0.03 | 3.88 | 3.0694 | 30.69 | -26.82 | -87.36% | 0.70% | 0.39 |
| 06/29/2021 | 0.3879 | 15 | 0.04 | 5.82 | 3.2288 | 48.43 | -42.61 | -87.99% | 0.70% | 0.39 |
| 07/01/2021 | 0.3879 | 5 | 0.01 | 1.94 | 3.1365 | 15.68 | -13.74 | -87.63% | 0.70% | 0.39 |
| 07/12/2021 | 0.3879 | 8 | 0.02 | 3.10 | 3.3787 | 27.03 | -23.93 | -88.52% | 0.70% | 0.39 |
| 07/13/2021 | 0.3879 | 10 | 0.03 | 3.88 | 3.4797 | 34.80 | -30.92 | -88.85% | 0.70% | 0.39 |
| 07/20/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.08 | 21.56 | -18.84 | -87.41% | 0.70% | 0.39 |
| 07/27/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.9615 | 23.69 | -20.59 | -86.90% | 0.70% | 0.39 |
| Cash   Transfer money | | | | $61.58 | | | | | | |
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

8/16/2022 12:08 PM

| Symbol ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/28/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.025 | 21.18 | -18.46 | -87.18% | 0.70% | 0.39 |
| 08/04/2021 | 0.3879 | 10 | 0.03 | 3.88 | 3.10 | 31.00 | -27.12 | -87.49% | 0.70% | 0.39 |
| 08/05/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.0495 | 21.34 | -18.62 | -87.28% | 0.70% | 0.39 |
| 08/06/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.85 | 19.95 | -17.23 | -86.39% | 0.70% | 0.39 |
| 08/10/2021 | 0.3879 | 10 | 0.03 | 3.88 | 2.7622 | 27.62 | -23.74 | -85.96% | 0.70% | 0.39 |
| 08/25/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.6688 | 21.35 | -18.25 | -85.47% | 0.70% | 0.39 |
| 10/01/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.70 | 21.60 | -18.50 | -85.63% | 0.70% | 0.39 |
| 10/05/2021 | 0.3879 | 9 | 0.02 | 3.49 | 2.6079 | 23.47 | -19.98 | -85.13% | 0.70% | 0.39 |
| 10/08/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.7275 | 21.82 | -18.72 | -85.78% | 0.70% | 0.39 |
| 10/08/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.7373 | 21.90 | -18.80 | -85.83% | 0.70% | 0.39 |
| 10/11/2021 | 0.3879 | 5 | 0.01 | 1.94 | 2.70 | 13.50 | -11.56 | -85.63% | 0.70% | 0.39 |
| 10/12/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.76 | 22.08 | -18.98 | -85.95% | 0.70% | 0.39 |
| 10/13/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.786 | 22.29 | -19.18 | -86.08% | 0.70% | 0.39 |
| 10/14/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.875 | 20.13 | -17.41 | -86.51% | 0.70% | 0.39 |
| 10/15/2021 | 0.3879 | 8 | 0.02 | 3.10 | 2.9359 | 23.49 | -20.38 | -86.79% | 0.70% | 0.39 |
| 10/19/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.99 | 20.93 | -18.21 | -87.03% | 0.70% | 0.39 |
| 10/19/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.0374 | 21.26 | -18.55 | -87.23% | 0.70% | 0.39 |
| 10/19/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.0378 | 21.26 | -18.55 | -87.23% | 0.70% | 0.39 |
| 10/20/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.035 | 21.25 | -18.53 | -87.22% | 0.70% | 0.39 |
| 10/20/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.155 | 22.09 | -19.37 | -87.71% | 0.70% | 0.39 |
| 10/21/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.172 | 22.20 | -19.49 | -87.77% | 0.70% | 0.39 |
| 10/21/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.2779 | 22.95 | -20.23 | -88.17% | 0.70% | 0.39 |
| 10/22/2021 | 0.3879 | 6 | 0.02 | 2.33 | 3.28 | 19.68 | -17.35 | -88.17% | 0.70% | 0.39 |
| 10/25/2021 | 0.3879 | 8 | 0.02 | 3.10 | 3.12 | 24.96 | -21.86 | -87.57% | 0.70% | 0.39 |
| Cash    Transfer money | | | | $61.58 | | | | | | |
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

8/16/2022 12:09 PM

| Symbol ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.1731 | 22.25 | -19.53 | -87.79% | 0.70% | 0.39 |
| 10/28/2021 | 0.3879 | 6 | 0.02 | 2.33 | 3.19 | 19.14 | -16.81 | -87.84% | 0.70% | 0.39 |
| 10/29/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.14 | 21.98 | -19.26 | -87.65% | 0.70% | 0.39 |
| 10/29/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.16 | 22.12 | -19.40 | -87.72% | 0.70% | 0.39 |
| 11/01/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.22 | 22.54 | -19.82 | -87.95% | 0.70% | 0.39 |
| 11/02/2021 | 0.3879 | 12 | 0.03 | 4.65 | 3.9125 | 46.95 | -42.30 | -90.09% | 0.70% | 0.39 |
| 11/09/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.9904 | 20.93 | -18.22 | -87.03% | 0.70% | 0.39 |
| 11/12/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.9784 | 20.85 | -18.13 | -86.98% | 0.70% | 0.39 |
| 11/12/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.995 | 20.97 | -18.25 | -87.05% | 0.70% | 0.39 |
| 11/18/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.0413 | 21.29 | -18.57 | -87.25% | 0.70% | 0.39 |
| 11/19/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.05 | 21.35 | -18.63 | -87.28% | 0.70% | 0.39 |
| 11/23/2021 | 0.3879 | 10 | 0.03 | 3.88 | 3.12 | 31.20 | -27.32 | -87.57% | 0.70% | 0.39 |
| 11/24/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.10 | 21.70 | -18.98 | -87.49% | 0.70% | 0.39 |
| 11/29/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.9821 | 20.87 | -18.16 | -86.99% | 0.70% | 0.39 |
| 11/30/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.01 | 21.07 | -18.35 | -87.11% | 0.70% | 0.39 |
| 12/01/2021 | 0.3879 | 10 | 0.03 | 3.88 | 3.0489 | 30.49 | -26.61 | -87.28% | 0.70% | 0.39 |
| 12/02/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.03 | 21.21 | -18.49 | -87.20% | 0.70% | 0.39 |
| 12/06/2021 | 0.3879 | 7 | 0.02 | 2.72 | 2.99 | 20.93 | -18.21 | -87.03% | 0.70% | 0.39 |
| 12/07/2021 | 0.3879 | 10 | 0.03 | 3.88 | 3.1114 | 31.11 | -27.24 | -87.53% | 0.70% | 0.39 |
| 12/07/2021 | 0.3879 | 8 | 0.02 | 3.10 | 3.145 | 25.16 | -22.06 | -87.67% | 0.70% | 0.39 |
| 12/09/2021 | 0.3879 | 6 | 0.02 | 2.33 | 3.215 | 19.29 | -16.96 | -87.93% | 0.70% | 0.39 |
| 12/10/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.225 | 22.58 | -19.86 | -87.97% | 0.70% | 0.39 |
| 12/10/2021 | 0.3879 | 5 | 0.01 | 1.94 | 3.265 | 16.33 | -14.39 | -88.12% | 0.70% | 0.39 |
| 12/10/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.26 | 22.82 | -20.10 | -88.10% | 0.70% | 0.39 |
| Cash    Transfer money | | | | $61.58 | | | | | | |
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

8/16/2022 12:10 PM

| Symbol ⌄ ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/10/2021 | 0.3879 | 5 | 0.01 | 1.94 | 3.28 | 16.40 | -14.46 | -88.17% | 0.70% | 0.39 |
| 12/13/2021 | 0.3879 | 8 | 0.02 | 3.10 | 3.2177 | 25.74 | -22.64 | -87.94% | 0.70% | 0.39 |
| 12/15/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.15 | 22.05 | -19.33 | -87.69% | 0.70% | 0.39 |
| 12/17/2021 | 0.3879 | 8 | 0.02 | 3.10 | 3.3231 | 26.58 | -23.48 | -88.33% | 0.70% | 0.39 |
| 12/21/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.38 | 23.66 | -20.94 | -88.52% | 0.70% | 0.39 |
| 12/21/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.48 | 24.36 | -21.64 | -88.85% | 0.70% | 0.39 |
| 12/23/2021 | 0.3879 | 6 | 0.02 | 2.33 | 3.50 | 21.00 | -18.67 | -88.92% | 0.70% | 0.39 |
| 12/27/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.6158 | 25.31 | -22.60 | -89.27% | 0.70% | 0.39 |
| 12/28/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.61 | 25.27 | -22.55 | -89.25% | 0.70% | 0.39 |
| 12/28/2021 | 0.3879 | 6 | 0.02 | 2.33 | 3.6065 | 21.64 | -19.31 | -89.24% | 0.70% | 0.39 |
| 12/30/2021 | 0.3879 | 6 | 0.02 | 2.33 | 3.59 | 21.54 | -19.21 | -89.19% | 0.70% | 0.39 |
| 12/30/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.472 | 24.30 | -21.59 | -88.83% | 0.70% | 0.39 |
| 12/31/2021 | 0.3879 | 7 | 0.02 | 2.72 | 3.5039 | 24.53 | -21.81 | -88.93% | 0.70% | 0.39 |
| 01/03/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.41 | 23.87 | -21.15 | -88.62% | 0.70% | 0.39 |
| 01/04/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.3393 | 23.38 | -20.66 | -88.38% | 0.70% | 0.39 |
| 01/05/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.3328 | 23.33 | -20.61 | -88.36% | 0.70% | 0.39 |
| 01/07/2022 | 0.3879 | 5 | 0.01 | 1.94 | 3.2684 | 16.34 | -14.40 | -88.13% | 0.70% | 0.39 |
| 01/11/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.3658 | 23.56 | -20.85 | -88.48% | 0.70% | 0.39 |
| 01/11/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.40 | 23.80 | -21.08 | -88.59% | 0.70% | 0.39 |
| 01/13/2022 | 0.3879 | 8 | 0.02 | 3.10 | 3.3189 | 26.55 | -23.45 | -88.31% | 0.70% | 0.39 |
| 01/14/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.2772 | 22.94 | -20.23 | -88.16% | 0.70% | 0.39 |
| 01/18/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.1889 | 22.32 | -19.61 | -87.84% | 0.70% | 0.39 |
| 01/20/2022 | 0.3879 | 15 | 0.04 | 5.82 | 3.683 | 55.25 | -49.43 | -89.47% | 0.70% | 0.39 |
| 01/21/2022 | 0.3879 | 9 | 0.02 | 3.49 | 3.165 | 28.49 | -24.99 | -87.74% | 0.70% | 0.39 |
| Cash    Transfer money | | | | $61.58 | | | | | | |
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

8/16/2022 12:11 PM

| Symbol ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | 0.3879 | 10 | 0.03 | 3.88 | 3.03 | 30.30 | -26.42 | -87.20% | 0.70% | 0.39 |
| 01/24/2022 | 0.3879 | 20 | 0.05 | 7.76 | 2.771 | 55.42 | -47.66 | -86.00% | 0.70% | 0.39 |
| 01/24/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.7698 | 27.70 | -23.82 | -86.00% | 0.70% | 0.39 |
| 01/24/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.0599 | 21.42 | -18.70 | -87.32% | 0.70% | 0.39 |
| 01/25/2022 | 0.3879 | 11 | 0.03 | 4.27 | 2.9375 | 32.31 | -28.05 | -86.79% | 0.70% | 0.39 |
| 01/26/2022 | 0.3879 | 7 | 0.02 | 2.72 | 3.0137 | 21.10 | -18.38 | -87.13% | 0.70% | 0.39 |
| 01/26/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.9165 | 20.42 | -17.70 | -86.70% | 0.70% | 0.39 |
| 01/28/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.5838 | 25.84 | -21.96 | -84.99% | 0.70% | 0.39 |
| 01/31/2022 | 0.3879 | 12 | 0.03 | 4.65 | 2.59 | 31.08 | -26.43 | -85.02% | 0.70% | 0.39 |
| 02/01/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.87 | 20.09 | -17.37 | -86.48% | 0.70% | 0.39 |
| 02/01/2022 | 0.3879 | 12 | 0.03 | 4.65 | 2.92 | 35.04 | -30.39 | -86.72% | 0.70% | 0.39 |
| 02/04/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.77 | 19.39 | -16.67 | -86.00% | 0.70% | 0.39 |
| 02/04/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.8136 | 19.70 | -16.98 | -86.21% | 0.70% | 0.39 |
| 02/07/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.8266 | 19.79 | -17.07 | -86.28% | 0.70% | 0.39 |
| 02/08/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.828 | 19.80 | -17.08 | -86.28% | 0.70% | 0.39 |
| 02/08/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.785 | 19.50 | -16.78 | -86.07% | 0.70% | 0.39 |
| 02/09/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.82 | 28.20 | -24.32 | -86.24% | 0.70% | 0.39 |
| 02/09/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.8723 | 20.11 | -17.39 | -86.50% | 0.70% | 0.39 |
| 02/10/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.74 | 27.40 | -23.52 | -85.84% | 0.70% | 0.39 |
| 02/17/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.70 | 18.90 | -16.18 | -85.63% | 0.70% | 0.39 |
| 02/22/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.67 | 21.36 | -18.26 | -85.47% | 0.70% | 0.39 |
| 02/24/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.5574 | 20.46 | -17.36 | -84.83% | 0.70% | 0.39 |
| 02/24/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.565 | 20.52 | -17.42 | -84.88% | 0.70% | 0.39 |
| 02/24/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.64 | 26.40 | -22.52 | -85.31% | 0.70% | 0.39 |
| Cash   Transfer money | | | | $61.58 | | | | | | |
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

8/16/2022 12:12 PM

| Symbol ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost. | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.68 | 18.76 | -16.04 | -85.53% | 0.70% | 0.39 |
| 02/28/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.645 | 21.16 | -18.06 | -85.33% | 0.70% | 0.39 |
| 03/01/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.64 | 21.12 | -18.02 | -85.31% | 0.70% | 0.39 |
| 03/09/2022 | 0.3879 | 15 | 0.04 | 5.82 | 1.93 | 28.95 | -23.13 | -79.90% | 0.70% | 0.39 |
| 03/10/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.1383 | 21.38 | -17.50 | -81.86% | 0.70% | 0.39 |
| 03/10/2022 | 0.3879 | 13 | 0.04 | 5.04 | 2.0952 | 27.24 | -22.19 | -81.49% | 0.70% | 0.39 |
| 03/10/2022 | 0.3879 | 13 | 0.04 | 5.04 | 2.05 | 26.65 | -21.61 | -81.08% | 0.70% | 0.39 |
| 03/10/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.0399 | 20.40 | -16.52 | -80.98% | 0.70% | 0.39 |
| 03/11/2022 | 0.3879 | 15 | 0.04 | 5.82 | 2.06 | 30.90 | 25.08 | -81.17% | 0.70% | 0.39 |
| 03/14/2022 | 0.3879 | 8 | 0.02 | 3.10 | 1.9879 | 15.90 | -12.80 | -80.49% | 0.70% | 0.39 |
| 03/16/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.115 | 16.92 | -13.82 | -81.66% | 0.70% | 0.39 |
| 03/17/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.1512 | 21.51 | -17.63 | -81.97% | 0.70% | 0.39 |
| 03/18/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.24 | 22.40 | -18.52 | -82.68% | 0.70% | 0.39 |
| 03/18/2022 | 0.3879 | 13 | 0.04 | 5.04 | 2.40 | 31.20 | -26.16 | -83.84% | 0.70% | 0.39 |
| 03/18/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.364 | 23.64 | -19.76 | -83.59% | 0.70% | 0.39 |
| 03/18/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.435 | 24.35 | -20.47 | -84.07% | 0.70% | 0.39 |
| 03/22/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.18 | 21.80 | -17.92 | -82.21% | 0.70% | 0.39 |
| 03/23/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.3799 | 23.80 | -19.92 | -83.70% | 0.70% | 0.39 |
| 03/24/2022 | 0.3879 | 1 | 0.00 | 0.39 | 2.40 | 2.40 | -2.01 | -83.84% | 0.70% | 0.39 |
| 03/24/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.5034 | 20.03 | -16.92 | -84.51% | 0.70% | 0.39 |
| 04/04/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.4299 | 24.30 | -20.42 | -84.04% | 0.70% | 0.39 |
| 04/05/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.4941 | 24.94 | -21.06 | -84.45% | 0.70% | 0.39 |
| 04/05/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.5376 | 20.30 | -17.20 | -84.71% | 0.70% | 0.39 |
| 04/07/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.5422 | 20.34 | -17.23 | -84.74% | 0.70% | 0.39 |
| Cash    Transfer money | | | | $61.58 | | | | | | |
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

8/16/2022 12:13 PM

| Symbol ▲ | Last Price $ | Qty # | Day's Gain $ | Value $ | Cost / Share | Total Cost | Total Gain $ | Total Gain % | Day's Gain % | Ask |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/13/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.6751 | 21.40 | -18.30 | -85.50% | 0.70% | 0.39 |
| 04/13/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.7207 | 27.21 | -23.33 | -85.74% | 0.70% | 0.39 |
| 04/14/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.8602 | 22.88 | -19.78 | -86.44% | 0.70% | 0.39 |
| 04/14/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.825 | 28.25 | -24.37 | -86.27% | 0.70% | 0.39 |
| 04/18/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.7837 | 22.29 | -19.19 | -86.08% | 0.70% | 0.39 |
| 05/02/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.6307 | 18.41 | -15.70 | -85.25% | 0.70% | 0.39 |
| 05/02/2022 | 0.3879 | 7 | 0.02 | 2.72 | 2.6307 | 18.41 | -15.70 | -85.25% | 0.70% | 0.39 |
| 05/03/2022 | 0.3879 | 8 | 0.02 | 3.10 | 2.7683 | 22.15 | -19.04 | -85.99% | 0.70% | 0.39 |
| 05/10/2022 | 0.3879 | 15 | 0.04 | 5.82 | 2.305 | 34.58 | -28.76 | -83.17% | 0.70% | 0.39 |
| 05/13/2022 | 0.3879 | 10 | 0.03 | 3.88 | 1.9271 | 19.27 | -15.39 | -79.87% | 0.70% | 0.39 |
| 05/16/2022 | 0.3879 | 12 | 0.03 | 4.65 | 1.99 | 23.88 | -19.23 | -80.51% | 0.70% | 0.39 |
| 05/16/2022 | 0.3879 | 10 | 0.03 | 3.88 | 2.2772 | 22.77 | -18.89 | -82.97% | 0.70% | 0.39 |

Viewing 1 of 1 filtered results

| Cash | Transfer money | | | $61.58 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | $6.97 | $1,063.14 | | | -$6,753.01 | -87.08% | 0.70% | |

🅟 Special event for position
[PTP] This holding is a publicly traded partnership. See note below.
     15-minute delayed quotes  Upgrade to real-time quotes
                    Streaming quotes via MarketCaster

Portfolios and Watch Lists are not official tax records. They should be used only as a tool to assist you with your financial management. E*TRADE Securities LLC makes no warranties with respect to, and specifically disclaims any liability arising out of, your use of or any tax position taken in reliance upon such information. E*TRADE-provided cost basis, gains or losses and holding periods are estimates and may not reflect all adjustments necessary for your own tax reporting purposes. You should verify such information against your own records when calculating a reportable gain or loss resulting from a sale, redemption or exchange. Consult your tax advisor for further information.

As your agreement for the receipt and use of market data provides, the securities markets (1) reserve all rights to the market data that they make available; (2) do not guarantee that data; and (3) shall not be liable for any loss due either to their negligence or to any cause beyond their control.

8/16/2022 12:14 PM