**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7 |
|  | ) |  |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL
ANSWERS IN RESPONSE TO DANIEL CHU'S IMPROPER
INVOCATION OF FIFTH AMENDMENT PRIVILEGE AT
<u>SECTION 341 MEETING</u>**

**PLEASE TAKE NOTICE** that, Anne Elizabeth Burns, in her capacity as the Chapter 7 trustee (the "<u>Trustee</u>") of the estates of the Debtors in the above-captioned Chapter 7 proceedings (the "<u>Chapter 7 Cases</u>"), by and through her undersigned counsel, hereby withdraws the *Trustee's Motion to Compel Answers in Response to Daniel Chu's Improper Invocation of Fifth Amendment Privilege at Section 341 Meeting* [Docket No. 733] (the "<u>Motion</u>"), without prejudice to renew the Motion following the conclusion of the criminal proceeding captioned *United States v. Daniel Chu and David Goodgame*, 25 cr 579 (S.D.N.Y.).

The Trustee reserves all rights to later seek to renew the Motion if it becomes necessary to pursue further legal action.

*[Remainder of Page Left Intentionally Blank]*

---

[1]   The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

Dated: March 17, 2026

*/s/ Julia M. Beskin*
Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:    212.547.5400
Fax:    212.547.5444
Email: jbeskin@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Jared M. Gerber (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:    212.547.5400
Fax:    212.547.5444
E-mail: dazman@mcdermottlaw.com
          jmgerber@mcdermottlaw.com

Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Tel:    214.295.8000
Fax:    972.232.3098
E-mail: crgibbs@mcdermottlaw.com
          mhelt@mcdermottlaw.com
          gwilliams@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

2

## Certificate of Service

I do hereby certify that, on March 17, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

*/s/ Julia M. Beskin*
Julia M. Beskin