Justin M. Mertz, Esq.
Wisconsin Bar No. 1056938
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI  53202-4108
Tel (414) 271-6560
jmmertz@michaelbest.com

*Counsel to Avtech Capital, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Tricolor Holdings, LLC, *et al.*[1] | § | Case No. 25-33487 (MVL) |
| | § | |
| Debtor. | § | |

## NOTICE OF AVTECH CAPITAL, LLC'S CREDIT BID UNDER 11 U.S.C. § 363(k)

NOW COMES secured creditor, Avtech Capital, LLC ("**Avtech**"), and in response to the *Chapter 7 Trustee's Motion to Sell Certain Assets Free and Clear of all Liens, Claim, Encumbrances, and Interests* (Doc. No. 758, the "**Motion**"), Avtech states as follows:

1.     Avtech is an equipment leasing and finance company based in Cottonwood Heights, Utah.

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC (Case No. 25-33495), Tricolor Auto Group, LLC (Case No. 25-33496), Tricolor Auto Acceptance, LLC (Case No. 25-33497), Tricolor Insurance Agency, LLC (Case No. 25-33512), Tricolor Home Loans LLC dba Tricolor Mortgage (Case No. 25-33511), Tricolor Real Estate Services, LLC (Case No. 25-33514), TAG California Holding Company, LLC (Case No. 25-33493), Flexi Compras Autos, LLC (Case No. 25-33490), TAG California Intermediate Holding Company, LLC (Case No. 25-33494), Tricolor California Auto Group, LLC (Case No. 25-33502), Tricolor California Auto Acceptance, LLC (Case No. 25-33501), Risk Analytics LLC (Case No. 25-33491), Tricolor Tax, LLC (Case No. 25-33515), Tricolor Financial, LLC (Case No. 25-33510), Tricolor Auto Receivables LLC (Case No. 25-33498), TAG Asset Funding, LLC (Case No. 25-33492), and Apoyo Financial, LLC (Case No. 25-33489).

2. The Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code on or about September 10, 2025 (the "**Petition Date**").

3. Avtech's relationship with the Debtors is set forth further in Avtech's Proofs of Claim filed in these proceedings, and those filings are incorporated fully herein.[2] No objection has been filed to either Proof of Claim.

4. In short, Avtech leased and financed certain assets to the Debtors. To secure the payments due to Avtech under those agreements, Avtech obtained a first-position, properly perfected security interest in various pieces of "**Collateral**" including in part the following the following items:

a. 2023 Trailer VIN: 7HCGC453PB040355
b. 2023 Trailer VIN: 7HCGC4538PB040356 ←
c. 2023 Trailer VIN: 7HCGC453XPB040357 ←
d. 2023 Trailer VIN: 7HCGC4531PB040358 ←
e. 2023 Trailer VIN: 7HCGC4533PB040359 ←
f. 2022 Ram 5500 Truck VIN: 3C7WRNFL1NG335997 ←
g. 2022 Ram 5500 Truck VIN: 3C7WRNFLXNG402581
h. 2022 Ram 5500 Truck VIN: 3C7WRNFL6NG409429
i. 2022 Ram 5500 Truck VIN: 3C7WRNFL1NG402579 ←
j. 2022 Ram 5500 Truck VIN: 3C7WRNFL7NG335041 ←
k. 2022 Ram 5500 Truck VIN: 3C7WRNFL5NG44165

5. Avtech's security interest in the Collateral is a lien on the title for each relevant truck or trailer. Copies of the Certificates of Origin for a Vehicle (for trucks) and Applications for Texas Title and/or Registration (for trailers) evidencing Avtech's security interest in each item are attached as Exhibits to its Proofs of Claim.

---

[2] *See* Proof of Claim #192 (Tricolor Auto Group, LLC) and Proof of Claim #193 (Tricolor Holdings LLC).

2

6.      The Trustee's Motion seeks to sell certain "**Subject Assets**" to TBK Bank for an aggregate cash purchase price of $50,000, free and clear of all liens, claims, and encumbrances.

7.      The Subject Assets include 3 trucks and 4 trailers that are subject to Avtech's security interest, as indicated by a "←" symbol above (the "**AVT Subject Collateral**").

8.      Section 363(k) provides that during a sale of property that is subject to a lien that secures and allowed claim, "the holder of such claim may may bid at such sale [and] may offset such claim against the purchase price of such property."

9.      Avtech currently holds an allowed claim totaling $305,252.33, secured by the AVT Subject Collateral (and other remaining Collateral within the estate).

10.     At this time, Avtech hereby provides notice and exercises its right to credit bid against the AVT Subject Collateral, in the aggregate amount of **$60,000**.

11.     Avtech reserves its right to increase such bid at any time prior to the sale.

Dated: March 18, 2026.

> _s/ Justin M. Mertz_
> Justin M. Mertz
> Michael Best & Friedrich LLP
> 790 N. Water Street, Suite 2500
> Milwaukee, WI 53202
> Telephone: (414) 225-4972 (direct)
> Email: jmmertz@michaelbest.com
>
> _Counsel to Avtech Capital, LLC_

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, a true and correct copy of the foregoing Motion was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

*s/ Justin M. Mertz*
Justin M. Mertz

MBF\207780\0098\53108907.v1-3/18/26