BTXN 208 (rev. 07/09)

| IN RE: Tricolor Holdings, LLC | HRG ON ORDER TO SHOW CAUSE DKT#[902] | Case # 25–33487–mvl7 |
|---|---|---|

DEBTOR

**TYPE OF HEARING**

U.S. Trustee                                    *VS*

**PLAINTIFF / MOVANT**                                    **DEFENDANT / RESPONDENT**

Meredyth Kippes

**ATTORNEY**                                    **ATTORNEY**

**<u>EXHIBITS</u>**

EXHIBIT A through S ADMITTED

| Bryon Robinson | 4/1/26 | Michelle V. Larson |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |