**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| TRICOLOR HOLDINGS, LLC, et al.,[1] | Case No.  25-33487 (MVL) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING THE TIME TO RESPOND TO
CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 (I) DIRECTING EXAMINATION OF FIFTH THIRD
BANK, N.A., FIFTH THIRD SECURITIES, INC., AND CERTAIN AFFILIATES AND
(II) DIRECTING THE PRODUCTION OF DOCUMENTS**

Anne Elizabeth Burns, as Chapter 7 Trustee (the "Trustee") for Tricolor Holdings, LLC, et

al. (the "Debtors"), Fifth Third Bank, N.A. ("Fifth Third Bank") and Fifth Third Securities, Inc.

("Fifth Third Securities", collectively with the Trustee and Fifth Third Bank, the "Parties", and

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

each individually a "Party") hereby enter into this Stipulation and Agreed Order and agree as follows:

WHEREAS, on April 2, 2026, the Trustee filed her Chapter 7 Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 (i) Directing Examination of Fifth Third Bank, N.A., Fifth Third Securities, Inc., and Certain Affiliates and (ii) Directing the Production of Documents [ECF No. 1001] (the "Motion");

WHEREAS, Fifth Third Bank and Fifth Third Securities' response to the Motion, if any, is currently returnable on or before April 23, 2026;

WHEREAS, the Parties have yet to confer about the potential 2004 requests and the Motion and desire the opportunity to do so;

WHEREAS, the Parties have agreed to move the deadline in which to file a response to the Motion, if any, to Monday, June 1, 2026 to provide time to confer;

WHEREAS, Fifth Third Bank and Fifth Third Securities do not waive and instead preserve all of their rights and potential objections as to the Motion;

**IT IS THEREFORE STIPULATED AND AGREED BY THE PARTIES AND ORDERED BY THE COURT THAT:**

1.      The return date on Fifth Third Bank and Fifth Third Securities' response to the Motion, if any, is extended until June 1, 2026.

###End of Order###

AGREED TO FORM AND SUBSTANCE:

Dated: April 14, 2026

Respectfully submitted,

| **FBT GIBBONS LLP** | **MCDERMOTT WILL & SCHULTE LLP** |
|---|---|
| | |
| */s/ Rebecca Matthews* | */s/ Julia M. Beskin* |
| Rebecca Matthews (Tex. Bar No. 24062776) | Charles R. Gibbs (TX Bar No. 7846300) |
| 2101 Cedar Springs Road, Suite 900 | Marcus A. Helt (TX Bar No. 24052187) |
| Dallas, TX 75201 | Grayson Williams (TX Bar No. 24124561) |
| Telephone: (214) 580-8608 | 2801 North Harwood Street, Suite 2600 |
| Email: rmatthews@fbtgibbons.com | Dallas, Texas 75201-1664 |
| | Tel:  (214) 295-8000 |
| -and- | Fax: (972) 232-3098 |
| | E-mail: crgibbs@mcdermottlaw.com |
| **GOLDBERG KOHN LTD.** | mhelt@mcdermottlaw.com |
| Danielle W. Juhle (admitted *pro hac vice*) | gwilliams@mcdermottlaw.com |
| Randall L. Klein (admitted *pro hac vice*) | |
| Nicole P. Bruno (admitted *pro hac vice*) | -and- |
| 55 East Monroe Street, Suite 3300 | |
| Chicago, IL 60603 | Darren Azman (admitted *pro hac vice*) |
| Telephone: (312) 201-4001 | Jared M. Gerber (admitted *pro hac vice*) |
| Email: danielle.juhle@goldbergkohn.com | One Vanderbilt Avenue |
| randall.klein@goldbergkohn.com | New York, New York 10017-3852 |
| nicole.bruno@goldbergkohn.com | Tel:  (212) 547-5400 |
| | Fax: (212) 547-5444 |
| -and- | E-mail: dazman@mcdermottlaw.com |
| | jmgerber@mcdermottlaw.com |
| **BRADLEY ARANT BOULT CUMMINGS LLP** | |
| | Julia M. Beskin (admitted *pro hac vice*) |
| | 919 Third Avenue |
| Glenn E. Glover (Tex. Bar No. 2983G53G) | New York, New York 10022 |
| (Admitted Per Local Rule 2090-1 on | Tel:  (212) 547-5400 |
| November 21, 2011) | Fax: (212) 547-5444 |
| One Federal Place | E-mail: jbeskin@mcdermottlaw.com |
| 1819 5th Avenue N | |
| Birmingham, AL 35203 | *Counsel to the Chapter 7 Trustee* |
| Tel: (205) 521-8647 | |
| | |
| *Counsel to Fifth Third Bank, N.A. and Fifth Third Securities, Inc.* | |