

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 15, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 7** |
| | § | |
| **TRICOLOR HOLDINGS, LLC,** | § | **Case No. 25-33487 (MVL)** |
| | § | |
| **Debtor.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

**ORDER GRANTING MOTION OF ORIGIN BANK FOR ENTRY
OF AN ORDER AUTHORIZING THE EXAMINATION OF THE
CHAPTER 7 BANKRUPTCY TRUSTEE PURSUANT TO RULE 2004
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the consideration of the *Motion of Origin Bank for Entry of an Order Authorizing the Examination of the Chapter 7 Bankruptcy Trustee Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "Motion"), it is hereby ORDERED that:

1.  The Motion is GRANTED as set forth herein.

2.  The Trustee is directed to produce documents, communications, and other materials responsive to Requests 1-6 of the Requests for Production attached as Exhibit B to the Motion no later than fourteen (14) days after entry of this Order.

3.      The Trustee is directed to produce documents, communications, and other materials responsive to Requests 7-23 of the Requests for Production attached as Exhibit B to the Motion no later than twenty-one (21) days after entry of this Order.

4.      This Order is without prejudice to Origin Bank's right to seek further discovery, including oral examination of the Trustee, with all rights reserved for the Trustee.

5.      The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # END OF ORDER # # #

Submitted by:

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ John E. Mitchell*
John E. Mitchell, SBN: TX 00797095
Eric R. Hail, SBN: TX 24047579
Yelena E. Archiyan, SBN: TX 24119035
2121 N. Pearl St., Suite 1100
Dallas, TX 75201
Telephone: (214) 765-3600
john.mitchell@katten.com
eric.hail@katten.com
yelena.archiyan@katten.com

*Counsel for Origin Bank*