Scott R. Cheatham
TX State Bar No. 24050406
Richard A. Aguilar (LA 17439)(Admitted Pro Hac Vice)
Mark J. Chaney, III (LA 35704)(Admitted Pro Hac Vice)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
scott.cheatham@arlaw.com
richard.aguilar@arlaw.com
mark.chaney@arlaw.com

COUNSEL FOR AUTOMOTIVE RENTALS, INC. T/A HOLMAN

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 1049** |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH INTERIM
COMPENSATION APPLICATION OF AUTOMOTIVE RENTALS, INC. T/A HOLMAN
FOR THE PERIOD FROM MARCH 1, 2026
THROUGH AND INCLUDING MARCH 31, 2026**

Automotive Rentals, Inc. t/a Holman ("Holman"), auctioneer for the Trustee and the above-captioned Debtors, certifies, as follows:

1.     Holman filed its *Fourth Interim Compensation Application For the Period From March 1, 2026 Through and Including March 31, 2026* (the "Compensation Request", Docket No. 1049) on April 9, 2026, pursuant to the Sale Procedures attached as Exhibit 1 to the *Order Authorizing The Employment and Retention of Automotive Rentals, Inc. t/a Holman as Auctioneer, Effective as of December 18, 2025* (the "Employment Order," Doc. 592) for professional services

---

[1]     The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

and reimbursement of expenses in the amount of $1,088,313.21 (the "Requested Compensation")

for the period of March 1, 2026, through and including March 31, 2026 (the "Application Period").

2.	As stated in the Certificate of Service filed in connection with the Compensation

Request, the Compensation Request was served via the Electronic Case Filing System for the

United States Bankruptcy Court for the Northern District of Texas on April 9, 2026, as required by

the Sale Procedures and the Employment Order.  *See* Docket No.1049-3.

3.	The deadline for parties to object to the Compensation Request was April 17, 2026,

which is the date that is seven (7) days after the filing and service of the Compensation Request.

As of the date hereof, no objections or responses to the Compensation Request have been filed and

Holman is unaware of any formal or informal objections to the Compensation Request.

Accordingly, Holman requests that the Court enter the proposed order attached hereto as **Exhibit

A** at its earliest convenience.

Date: April 20, 2026

Respectfully submitted,

*/s/ Mark J. Chaney III*_____
Scott R. Cheatham
TX State Bar No. 24050406
Richard A. Aguilar (LA 17439)(Admitted
Pro Hac Vice)
Mark J. Chaney, III (LA 35704)(Admitted
Pro Hac Vice)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
scott.cheatham@arlaw.com
richard.aguilar@arlaw.com
mark.chaney@arlaw.com

**COUNSEL FOR AUTOMOTIVE
RENTALS, INC. t/a HOLMAN**

## **CERTIFICATE OF SERVICE**

I do hereby certify that on April 20, 2026, a true and correct copy of the Certificate of No Objection was served via CM/ECF for the United States Bankruptcy Court for the North District of Texas on all parties authorized to receive electronic notice in this case.

*/s/ Mark J. Chaney, III*