**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| | § | |
| In re | § | Chapter 7 |
| | § | |
| TRICOLOR HOLDINGS, LLC, *et al.*, | § | Case No. 25-33487 (MVL) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

**STIPULATION AND AGREED ORDER REGARDING THE TIME TO RESPOND TO
CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO
BANKRUPTCY RULE 2004 (I) DIRECTING EXAMINATION OF TBK BANK, SSB
AND CERTAIN AFFILIATES AND (II) DIRECTING THE PRODUCTION OF
<u>DOCUMENTS</u>**

Anne Elizabeth Burns, as Chapter 7 Trustee (the "***Trustee***") for Tricolor Holdings, LLC, *et*

*al.* (the "***Debtors***") and TBK Bank, SSB ("***TBK Bank***," collectively with the Trustee, the "***Parties***,"

---

[1]   The Debtors and their bankruptcy case numbers are: Tricolor Holdings, LLC (25-33487), TAG Intermediate Holding Company, LLC (25-33495), Tricolor Auto Group, LLC (25-33496), Tricolor Auto Acceptance, LLC (25-33497), Tricolor Insurance Agency, LLC (25-33512), Tricolor Home Loans LLC (25-33511), Tricolor Real Estate Services (25-33514), TAG California Holding Company, LLC (25-33493), Flexi Compras Autos, LLC (25-33490), TAG California Intermediate Holding Company, LLC (25-33494), Tricolor California Auto Group, LLC (25-33502), Tricolor California Auto Acceptance, LLC (25-33501), Risk Analytics LLC (25-33491), Tricolor Tax, LLC (25-33515), Tricolor Financial, LLC (25-33510), Tricolor Auto Receivables LLC (25-33498), TAG Asset Funding, LLC (25-33492), Apoyo Financial, LLC (25-33489).

1

and each individually a "***Party***") hereby enter into this Stipulation and Agreed Order and agree as follows:

WHEREAS, on April 2, 2026, the Trustee filed her *Chapter 7 Trustee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 (i) Directing Examination of TBK Bank, SSB and Certain Affiliates and (ii) Directing the Production of Documents* [ECF No. 999] (the "Motion");

WHEREAS, TBK Bank's response to the Motion, if any, is currently returnable on or before April 23, 2026;

WHEREAS, the Parties have yet to confer about the potential 2004 requests and the Motion and desire the opportunity to do so;

WHEREAS, the Parties have agreed to move the deadline by which to file a response to the Motion, if any, to Monday, June 1, 2026 to provide time to confer;

WHEREAS, TBK Bank does not waive and instead preserves all of its rights and potential objections as to the Motion;

**IT IS THEREFORE STIPULATED AND AGREED BY THE PARTIES AND ORDERED BY THE COURT THAT:**

1. The return date on TBK Bank's response to the Motion, if any, is extended until June 1, 2026.

###End of Order###

2

AGREED TO FORM AND SUBSTANCE:

| | |
|---|---|
| */s/ Matthew W. Moran* | */s/ Julia M. Beskin* |

| | |
|---|---|
| **VINSON & ELKINS LLP** | **MCDERMOTT WILL & SHULTE LLP** |
| Bradley R. Foxman (TX 24065243) | Charles R. Gibbs (TX Bar No. 7846300) |
| Matthew W. Moran (TX 24002642) | Marcus A. Helt (TX Bar No. 24052187) |
| Sara E. Zoglman (TX 24121600) | Grayson Williams (TX Bar No. 24124561) |
| 2001 Ross Avenue, Suite 3900 | 2801 North Harwood Street, Suite 2600 |
| Dallas, Texas 75201 | Dallas, Texas 75201-1664 |
| Tel:    214-220-7700 | Tel:    (214) 295-8000 |
| Fax:    214-220-7716 | Fax:    (972) 232-3098 |
| Email:  bfoxman@velaw.com | Email:  crgibbs@mcdermottlaw.com |
|        mmoran@velaw.com |        mhelt@mcdermottlaw.com |
|        szoglman@velaw.com |        gwilliams@mcdermottlaw.com |
| | |
| -and- | -and- |
| | |
| Paul E. Heath (TX 09355050) | Darren Azman (admitted *pro hac vice*) |
| 845 Texas Avenue, Suite 4700 | Jared M. Gerber (admitted *pro hac vice*) |
| Houston, Texas 77002 | One Vanderbilt Avenue |
| Tel:    713-758-2222 | New York, New York 10017-3852 |
| Fax:    713-758-2346 | Tel:    (212) 547-5400 |
| Email:  pheath@velaw.com | Fax:    (212) 547-5444 |
| | Email:  dazman@mcdermottlaw.com |
| *Counsel to TBK Bank, SSB* |        jmgerber@mcdermottlaw.com |
| | |
| | Julia M. Beskin (admitted *pro hac vice*) |
| | 919 Third Avenue |
| | New York, New York 10022 |
| | Tel:    (212) 547-5400 |
| | Fax:    (212) 547-5444 |
| | Email: jbeskin@mcdermottlaw.com |
| | |
| | *Counsel to the Chapter 7 Trustee* |

3