

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 27, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | **Re: Docket No. 1049** |
| | ) | |

**ORDER GRANTING THE FOURTH INTERIM COMPENSATION APPLICATION OF
AUTOMOTIVE RENTALS, INC., T/A HOLMAN FOR THE PERIOD FROM
MARCH 1, 2026, THROUGH AND INCLUDING MARCH 31, 2026**

Upon the application of Automotive Rentals, Inc. t/a Holman ("Holman"), auctioneer for

the Trustee and the above-captioned Debtors, for compensation for services and reimbursement

for expenses (the "Fourth Compensation Request," Doc. 1049) submitted pursuant to the Sale

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

1

Procedures attached as Exhibit 1 to the *Order Authorizing The Employment and Retention of Automotive Rentals, Inc. t/a Holman as Auctioneer, Effective as of December 18, 2025* (the "Employment Order," Doc. 592); and the United States District Court for the Northern District of Texas having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court pursuant to 28 U.S.C. § 157(a) and the and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* from the United States District Court for the Northern District of Texas dated August 3, 1984; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Compensation Request in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court, having found that notice of the Fourth Compensation Request and opportunity to be heard was appropriate and this Court having reviewed the Third Compensation Request and noting that no objections have been filed in connection therewith, finds that the legal and factual bases for the relief requested establish just cause for the relief granted herein, IT IS HEREBY ORDERED:

1.      The Fourth Compensation Request is GRANTED on an interim basis as set forth herein and in the Sale Procedures and subject to final approval as part of the Holman Final Fee Application (as defined in the Sale Procedures).

2.      The Trustee is hereby authorized and directed to remit to Holman the Amount of the Fourth Request for Compensation in the amount of $1,088,313.21.

3.      The terms of this Order are effective immediately upon its entry.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### **END OF ORDER** ###

**Submitted By:**

 /s/ Richard A. Aguilar
Scott R. Cheatham
TX State Bar No. 24050406
Richard A. Aguilar (LA 17439)(Admitted Pro Hac Vice)
Mark J. Chaney, III (LA 35704)(Admitted Pro Hac Vice)
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
scott.cheatham@arlaw.com
richard.aguilar@arlaw.com
mark.chaney@arlaw.com

**COUNSEL FOR AUTOMOTIVE RENTALS, INC. t/a HOLMAN**