

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

_____

**United States Bankruptcy Judge**

**Signed April 27, 2026**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING THE CHAPTER 7 TRUSTEE'S MOTION
### FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY
### RULE 2004 (I) DIRECTING EXAMINATION OF ORIGIN BANK
### AND (II) DIRECTING THE PRODUCTION OF DOCUMENTS

Upon the motion of the Trustee pursuant to Rules 2004 and 9016 of the Bankruptcy Rules

for an order authorizing the examination of, and the production of documents by Origin Bank (the

"Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

and1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc* dated

August 3, 1984, entered by the United States District Court for the Northern District of Texas; and

the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this

proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409;

and the Court being able to issue a final order consistent with Article III of the United States

Constitution; and due and sufficient notice of the Motion having been given under the particular

circumstances; and the Court having reviewed the Motion; and the Court having determined that

the legal and factual bases set forth in the Motion establish just cause for certain relief granted

herein; and it appearing that no other or further notice is necessary; and it appearing that relief

requested in the Motion is in the best interests of the Trustee, the bankruptcy estate, the creditors,

and other parties in interest; and after due deliberation thereon; and good and sufficient cause

appearing therefor; it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is GRANTED as set forth herein.

2.      Origin Bank shall respond to the Requests at Exhibit B to the Motion in

accordance with Rule 34 of the Federal Rules of Civil Procedure, as made applicable by Rule 7034

of the Federal Rules of Bankruptcy Procedure, to the offices of McDermott Will & Schulte LLP,

2801 N Harwood St., Suite 2600, Dallas, TX 75201, no later than thirty (30) days after service of

the Order or by such other date as may be reasonably agreed upon by the parties.  Nothing herein

shall be deemed a waiver of any objections or rights Origin Bank may have regarding the Requests

whether under Rule 34 of the Federal Rules of Civil Procedure or otherwise, and all rights are

reserved to the Trustee with respect to same.

3.      The Trustee is authorized to take all such actions as are necessary or appropriate

2

to implement the terms of this Order.

4.      This Court shall retain jurisdiction to resolve any disputes arising under or related to this Order, including any discovery disputes that may arise between or among the parties, and to interpret, implement, and enforce the provisions of this Order.

5.      This Order is without prejudice to the rights of the Trustee to apply for other or further discovery from Origin Bank, any party in interest, or other entity or person.

# # # END OF ORDER # # #

Prepared and presented by

*/s/ Julia M. Beskin*
Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Grayson Williams (TX Bar No. 24124561)
**MCDERMOTT WILL & SCHULTE LLP**
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1574
Telephone:  (214) 295-8000
Facsimile:   (972) 232 3098
Email: crgibbs@mcdermottlaw.com
mhelt@mcdermottlaw.com
gwilliams@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*) Jared
M. Gerber (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mcdermottlaw.com
jmgerber@mcdermottlaw.com

Julia M. Beskin (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
E-mail: jbeskin@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*