

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 27, 2026**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | : | Case No. 25-33487-MVL |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER GRANTING MOTION OF JPMORGAN CHASE BANK, N.A.
FOR ENTRY OF AN ORDER AUTHORIZING EXAMINATION OF
THE CHAPTER 7 TRUSTEE PURSUANT TO RULE 2004 OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Upon the consideration of the *Motion of JPMorgan Chase Bank, N.A. for Entry of an Order Authorizing Examination of the Chapter 7 Trustee Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* (the "**Motion**"), it is hereby ORDERED that:

---

[1] The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

1. The Motion is GRANTED as set forth herein.

2. The Trustee is directed to produce documents, communications, and other materials responsive to the Requests for Production attached as Exhibit B to the Motion no later than fourteen (14) days after entry of this Order.

3. This Order is without prejudice to JPMorgan Chase Bank, N.A.'s right to seek further discovery, including oral examination of the Trustee.

4. The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**# # # End of Order # # #**

Submitted by:

**HUNTON ANDREWS KURTH LLP**

By: */s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Gregory G. Hesse (Texas Bar No. 09549419)
Ashley L. Harper (Texas Bar No. 24065272)
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Email: taddavidson@hunton.com
      ghesse@hunton.com
      ashleyharper@hunton.com

and

**SIMPSON THACHER & BARTLETT LLP**

Elisha D. Graff (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)
Nicholas E. Baker (admitted *pro hac vice*)
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Email: egraff@stblaw.com
      aturner@stblaw.com
      nbaker@stblaw.com

*Attorneys for JPMorgan Chase Bank, N.A.*