Page: 1

## FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 25-33487 MVL
**Case Name:** Tricolor Holdings LLC

**Period Ending:** 03/31/26

**Trustee:** Anne Elizabeth Burns
**Filed (f) or Converted (c):** 09/10/25 (f)
**§341(a) Meeting Date:** 10/15/25
**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Origin Bank Residual Financing Collateral & Loan (u) | Unknown | Unknown | | 0.00 | Unknown |
| 2 | Deposits - additional detail unknown (u) | 2,615,443.00 | Unknown | | 0.00 | Unknown |
| 3 | Prepaid Expenses (u) | 4,851,470.00 | Unknown | | 0.00 | Unknown |
| 4 | Accounts Receivable 90 days old or less (u) | 12,591,669.00 | Unknown | | 0.00 | Unknown |
| 5 | TAG California Holding Company, LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 6 | Flexi Compras Autos, LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 7 | Apoyo Financial, LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 8 | Tricolor Insurance Agency LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 9 | Tricolor Home Loans LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 10 | Tricolor Real Estate Services LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 11 | Risk Analytics Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 12 | Tricolor Tax, LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 13 | Tricolor Financial, LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 14 | TAG Intermediate Holding Company LLC Unknown % (u) | Unknown | Unknown | | 0.00 | Unknown |
| 15 | Office Equipment: Corp Data Processing JAN2025 (u) | 659,146.90 | Unknown | | 0.00 | Unknown |
| 16 | Office Equipment: Corp Data Processing February 2025 (u) | 259,345.26 | Unknown | | 0.00 | Unknown |
| 17 | United States Patential Application PublicationPub. No.: US 2022/0292595 Pub. Date:09/15/2022 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 18 | United States Patent Patent No.: US 11,574,362B@ Date of Patent: 02/07/2023  (u) | Unknown | Unknown | | 0.00 | Unknown |
| 19 | United States Patent Application PublicationPub. No.: US 2023/0124948 Pub. Date:04/20/2023 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 20 | United States Patent Patent No.: US 12,136,124B2 Date of Patent: 11/05/2024  (u) | Unknown | Unknown | | 0.00 | Unknown |
| 21 | United States Patent Application PublicationPub. No.: US | Unknown | Unknown | | 0.00 | Unknown |

**FORM 1**

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| | 2024/0378662 Pub. Date:11/14/2024 (u) | | | | |
| 22 | Internet domain names and websites: https://www.tricolor.com (u) | Unknown | Unknown | | 0.00 | Unknown |
| 23 | Internet domain names and websites: https://www.ganas.com (u) | Unknown | Unknown | | 0.00 | Unknown |
| 24 | Internet domain names and websites: https://www.ganasya.com (u) | Unknown | Unknown | | 0.00 | Unknown |
| 25 | Customer Lists (u) | Unknown | Unknown | | 0.00 | Unknown |
| 26 | Notes Receivable (u) | Unknown | Unknown | | 0.00 | Unknown |
| 27 | Travelers Corp. Commercial Insurance Y-630-6Y822885-TIL-25 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 28 | Traelers Corp. Garage Keepers Auto Policy AD-6Y789675-25-CAG  (u) | Unknown | Unknown | | 0.00 | Unknown |
| 29 | Travelers Corp. Excess Follow-Form and Umbrella Liability Insurance Policy CUP-6Y926244-25-14 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 30 | Chubb Commercial Excess Follow-Form Insurance 9365-15-84 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 31 | CNA Paramount Excess Liability FFX 8032989361 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 32 | RiskPoint Dealer Open Lot Policy AH99-RPD-240000154-01 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 33 | Amherst Specialty Insurance Company Dealer Open Lot Policy Premium Finance Agreement 100050942-01 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 34 | EQ One Insurance Services, LLC TA Firestone Location Policy LLD42453-00 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 35 | EQ One Insurance Services, LLC - Earthquake Policy -CA Locations SWD10773-00 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 36 | Lexington Insurance Company Flood Policy CX5011383716 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 37 | Wesco Insurance Company E&O Policy WDO1975148 03 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 38 | Amwins Resilience Cyber Policy 720000816-0003 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 39 | Amwins Corvus Excess Cyber Policy CXS-108012208-01 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 40 | Amwins TMHCC Excess Cyber Policy H25CXS21214-00 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 41 | Travelers Casualty and Surety Company of America Private Company EPL Directors and Officers Liability Policy 106848518  (u) | Unknown | Unknown | | 0.00 | Unknown |
| 42 | CNA 5x5 XS D&O Policy 794111969 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 43 | Old Republic Insurance Company Excess Liability Insurance Policy ORPRO 13 103527 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 44 | First Insurance Funding Premium Finance Agreement 93651584/8032989361 (u) | Unknown | Unknown | | 0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| 45 | Causes of action against third parties: Unknown (u) | Unknown | Unknown | 0.00 | Unknown |
| 46 | D&O, E&O, and other claims in an unliquidated amount (u) | Unknown | Unknown | 0.00 | Unknown |
| 47 | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims: Unknown (u) | Unknown | Unknown | 0.00 | Unknown |
| 48 | Claims to Estate ownership of Finance Receivables at purported fair values for amounts that could exceed $2.0 billion (u) | Unknown | Unknown | 0.00 | Unknown |
| 49 | Trusts, equitable or future interests in property: Unknown (u) | Unknown | Unknown | 0.00 | Unknown |
| 50 | Other property of any kind not already listed: Unknown (u) | Unknown | Unknown | 0.00 | Unknown |
| 51 | Test ACH from Holman (u) | 0.00 | 1.00 | 1.00 | FA |
| 52 | Car Auction Sale Proceeds per DN 593 (u) | 0.00 | Unknown | 28,501,895.50 | Unknown |
| 53 | Origin Bank Funds Turnover - Account No. -3350 (u) | 0.00 | 37,280.48 | 37,280.48 | FA |
| 54 | Origin Bank Funds Turnover - Account No. -0371 (u) | 0.00 | 6,461.04 | 6,461.04 | FA |
| 55 | Origin Bank Funds Turnover - Account No. -3394 (u) | 0.00 | 5,910.23 | 5,910.23 | FA |
| 56 | Balance of Tricolor Auto Acceptance LLC Wells Fargo Account - 7634 (u) | 0.00 | 11,340,304.27 | 11,340,304.27 | FA |
| 57 | Balance of Tricolor Auto Group LLC Wells Fargo Account - 1416 | 0.00 | 148,299.71 | 148,299.71 | FA |
| 58 | Balance of Tricolor Auto Acceptance LLC Wells Fargo Account - 7292 (u) | 0.00 | 100,263.86 | 100,263.86 | FA |
| 59 | Balance of Flexi Compras Autos LLC Wells Fargo Account - 6356 (u) | 0.00 | 28,323.06 | 28,323.06 | FA |
| 60 | Balance of Tricolor California Auto Group LLC Wells Fargo Account -8180 (u) | 0.00 | 868.00 | 868.00 | FA |
| 61 | Sale Proceeds from Sale of Beverly Drive Property (u) *Daniel Chu turned over the sale proceeds from the sale of the Beverly Drive property pursuant to DN 131 in Adv. Proc. 25-03126. | 0.00 | 2,331,168.98 | 2,331,168.98 | FA |
| 65 | Checks from Irving HQ (u) | 0.00 | Unknown | 12,227,807.44 | Unknown |
| 66 | Local Tax Refunds (u) | 0.00 | Unknown | 616.00 | Unknown |
| 67 | Cash on hand *Cash found by Capstone cataloging team week of 9/15/25 in VP of Accounting's office at HQ. | 0.00 | 1,490.25 | 1,490.25 | FA |
| 68 | Spire Consulting Group Retainer Refund (u) | 0.00 | 15,000.00 | 15,000.00 | FA |
| 69 | Utility Refunds (u) | 0.00 | Unknown | 70,222.96 | Unknown |
| INT | INTEREST (u) | Unknown | N/A | 20,453.06 | FA |

**FORM 1**                                                                                                    Page: 4
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **TOTALS** (Excluding Unknown Values) | **$20,977,074.16** | **$14,015,370.88** | **$54,836,365.84** | **$0.00** |
|---|---|---|---|---|

**Major activities affecting case closing:**
STATUS AS OF 03/31/2026:

On 09/10/2025 Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, in the U.S. Bankruptcy Court for the Northern District of Texas, Dallas Division along with 17 other affiliates.  All cases jointly administered under Tricolor Holdings LLC, Case No. 25-33487.

Asset Nos. 51, 52: Sale proceeds received to date via Court-approved auction process per DN 593. Sales of cars to continue through 10/15/2026 per DN 1074 - Order pending on extension.
Asset Nos. 53-60: These assets consist of the turnover of bank account balances.  All bank accounts turned over are currently held in the Tricolor Holdings LLC case until further determination.
Asset Nos. 61-62: Sale proceeds from Daniel Chu's real estate sales to be held per DN 131 and 147.
Asset Nos. 63, 65-69: Collection of various monetary assets, including, but not limited to deposits and refunds.
Asset No. 64: Sale of miscellaneous equipment and gift cards per DN 1029.

Professionals:
Order Granting Application to Employ CRS Capstone Partners LLC as Financial Advisor [DN 324] entered on 11/04/2025.
Order Granting Application to Employ Verita Global as Claims Agent [DN 349] entered 11/10/2025.
Order Granting Application to Employ Cavazos Hendricks Poirot, P.C. as Special Counsel [DN 394] entered on 11/17/2025.
Order Granting Application to Employ McDermott Will & Schulte [DN 395] entered on 11/17/2025.
Order Granting Application to Employ Holman as Auctioneer [DN 592] entered on 12/30/2025.
Order Granting Application to Employ KenWood & Associates, P.C. as CPA [DN 748] entered on 02/05/2026.

Taxes: Trustee working with CPA on filing 2025 Tax Return.

**Initial Projected Date of Final Report (TFR):**  September 30, 2030          **Current Projected Date of Final Report (TFR):**  September 30, 2030

|  April 30, 2026  | /s/ Anne Elizabeth Burns |
|---|---|
| Date | Anne Elizabeth Burns |