**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Tel:        214.295.8000
Fax:        972.232.3098
E-mail:   crgibbs@mcdermottlaw.com
              gwilliams@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:        212.547.5400
Fax:        212.547.5444
E-mail:   dazman@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*, [1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496 BEFORE CLOSE OF BUSINESS ON MAY 18, 2026, WHICH IS SEVENTEEN (17) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

---

[1]   The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

**IF NO HEARING ON SUCH NOTICE IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Anne Elizabeth Burns, solely in her capacity as the duly appointed chapter 7 bankruptcy trustee (the "Trustee") for Tricolor Holdings, LLC and its various debtor affiliates (collectively, the "Debtors"), by and through her undersigned counsel, gives this *Notice of Trustee's Intent to Abandon Property* pursuant to Bankruptcy Code 554(a) and Bankruptcy Rule 6007(a) and would respectfully show the Court as follows:

Pre-petition, TierPoint, LLC ("TierPoint") provided data center colocation space, power, connectivity, and IP addresses to the Debtors (collectively, the "Services"). In order to enable TierPoint to provide the Services to the Debtors, the Debtors provided certain equipment (the "Equipment") that is located at TierPoint's facility at 3004 Irving Boulevard, Dallas, Texas 75247 (the "Data Center").

After an evaluation of the Equipment, a list of which is attached as **Exhibit A**, the Trustee has determined that it is of inconsequential value and is burdensome to the estates. Therefore, the Trustee is giving this notice of her intent to abandon any and all of the estates' interest in any and all of the Equipment located at the Data Center.

Dated: May 1, 2026
Dallas, Texas

Respectfully submitted,

*/s/ Charles R. Gibbs*
Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Tel:        214.295.8000
Fax:        972.232.3098
E-mail:     crgibbs@mcdermottlaw.com
            gwilliams@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:        212.547.5400
Fax:        212.547.5444
E-mail:     dazman@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on May 1, 2026, a true and correct copy of the foregoing document was served via (1) CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in these cases and (2) first class U.S. mail on all creditors known to the Trustee to have asserted (i) a secured claim against the Debtors or (ii) a security interest in any property of the Debtors, and, where available, such creditors' counsel (as identified on the Service List attached hereto as **Exhibit B**), and that Verita will file a supplemental certificate of service in connection with such additional service.

*/s/ Charles R. Gibbs*
Charles R. Gibbs