**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Tel:      (214) 295-8000
Fax:     (972) 232-3098
E-mail:   crgibbs@mcdermottlaw.com
          gwilliams@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:      (212) 547-5400
Fax:     (212) 547-5444
E-mail:   dazman@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF ANNE ELIZABETH BURNS IN SUPPORT OF
TRUSTEE'S OBJECTION TO ROBERTO SARMIENTO'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, Anne Elizabeth Burns, solemnly swear and affirm as follows:

1.     I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein. I am an attorney at law admitted to practice before the United States District Courts for the Northern and Southern Districts of Texas. I am a shareholder of the law firm of Cavazos Hendricks Poirot, P.C., which maintains an office at 900

---

[1]    The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

Jackson Street, Dallas, Texas 75202-4425.  I submit this affidavit (the "Affidavit") in support of

the *Trustee's Objection to Roberto Sarmiento's Motion for Relief from the Automatic Stay* [Docket

No. 1080] (the "Objection").[2]

2.      The facts set forth in this Affidavit are based upon my personal knowledge,

discussions with my counsel, and records that I or my counsel, acting under my supervision and

direction, reviewed.  If called as a witness, I could and would testify competently to the matters

stated herein.

3.      On September 10, 2025 (the "Petition Date"), each of the Debtors commenced a

case by filing voluntary petitions for relief under chapter 7 of the Bankruptcy Code in the United

States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court").

4.      On the Petition Date, I was appointed by the U.S. Trustee to serve as the Chapter 7

trustee in the Chapter 7 Cases.

5.      On September 19, 2025, the Court entered that certain *Order Granting Chapter 7*

*Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.*

[Docket No. 79] (as amended, from time to time, the "Vervent Stipulation"), authorizing Vervent

Inc. ("Vervent") to service the Loans pursuant to the Servicing Agreements (as defined in the

Vervent Stipulation).

6.      Vervent continues to operate as the special servicer of the Debtors' loan portfolio

to provide a consistent and measured process for servicing and processing the Loans.

7.      Prior to the Petition Date, the Debtors sold vehicles to retail consumers pursuant to

retail installment contracts ("RICs").  Numerous secured creditors assert liens in the RICs.  The

---

[2]   Capitalized terms used but not defined herein shall have the meanings given to such terms in the Objection.

validity and priority of liens asserted against the Debtors' vehicles has not yet been adjudicated by the Court. Such determination is one of the foundational issues of the Chapter 7 Cases.

8. Prior to the Petition Date, the Movant entered into a RIC with one or more of the Debtors in connection with the purchase of the Vehicle.

9. Post-petition, on December 31, 2025, the Movant initiated a proceeding against the Debtors and Vervent in the Civil Court of Harris County, Texas, captioned *Roberto Sarmiento v. Tricolor Auto Group, LLC, Tricolor Auto Group, Inc., and Vervent Inc.*, Case No. 1267765 (the "Action").

10. Through the Action, the Movant seeks recission and declaratory relief concerning the RIC and the lien on the Vehicle. The Movant did not seek relief from the automatic stay in order to file the Action.

11. On February 6, 2026, the Trustee filed a Suggestion of Bankruptcy in the Action.

12. On April 6, 2026, the Movant filed the Motion seeking relief from the automatic stay to permit the Action to proceed and determine the validity of the applicable RIC, the enforceability of the lien and the parties' rights regarding the Vehicle.

13. The Movant is adequately protected because, on information and belief, he has possession and benefit of the use of the Vehicle.

14. Allowing a state court to make a determination regarding the lien rights in <u>one</u> RIC would materially prejudice my ability to efficiently and effectively pursue the adjudication of lien rights in <u>all</u> the RICs.

15. Accordingly, I respectfully oppose the Movant's request for relief from the automatic stay. Such relief would prejudice the Debtors' estates and undermine my efforts to preserve and protect estate assets.

16. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 1, 2026

/s/ Anne Elizabeth Burns
Anne Elizabeth Burns
Chapter 7 Trustee
Cavazos Hendricks Poirot, P.C.

## CERTIFICATE OF SERVICE

I do hereby certify that on May 1, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in these cases.

*/s/ Charles R. Gibbs*
Charles R. Gibbs