**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
E-mail: crgibbs@mcdermottlaw.com
      gwilliams@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Jared M. Gerber (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
E-mail: dazman@mcdermottlaw.com
      jmgerber@mcdermottlaw.com

Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
E-mail: jbeskin@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 (I) DIRECTING EXAMINATION OF BERKELEY RESEARCH GROUP, LLC AND CERTAIN AFFILIATES AND (II) DIRECTING THE <u>PRODUCTION OF DOCUMENTS</u>

---

[1] The Debtors in this Chapter 7 Case are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

**PLEASE TAKE NOTICE** that, Anne Elizabeth Burns, in her capacity as the Chapter 7 trustee (the "Trustee") of the estates of the Debtors in the above-captioned Chapter 7 proceedings (the "Chapter 7 Cases"), by and through her undersigned counsel, hereby withdraws the *Chapter 7 Trustee's Motion for of an Order Pursuant to Bankruptcy Rule 2004 (I) Directing Examination of Berkeley Research Group, LLC and Certain Affiliates and (II) Directing the Production of Documents* [Docket No. 1068] (the "Motion").

The Trustee reserves all rights to later seek to renew the Motion if it becomes necessary to pursue further legal action.

*[Remainder of Page Left Intentionally Blank]*

2

Dated: May 1, 2026

/s/ *Julia M. Beskin*
Julia M. Beskin (admitted *pro hac vice*)
919 Third Avenue
New York, New York 10022
Tel:     212.547.5400
Fax:     212.547.5444
Email: jbeskin@mcdermottlaw.com

-and-

Darren Azman (admitted *pro hac vice*)
Jared M. Gerber (admitted *pro hac vice*)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:     212.547.5400
Fax:     212.547.5444
E-mail: dazman@mcdermottlaw.com
         jmgerber@mcdermottlaw.com

Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Tel:     214.295.8000
Fax:     972.232.3098
E-mail: crgibbs@mcdermottlaw.com
         gwilliams@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

## Certificate of Service

I do hereby certify that, on May 1, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in this case.

*/s/ Julia M. Beskin*
Julia M. Beskin