**MCDERMOTT WILL & SCHULTE LLP**
Charles R. Gibbs (TX Bar No. 7846300)
Grayson Williams (TX Bar No. 24124561)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Tel:           (214) 295-8000
Fax:          (972) 232-3098
E-mail:      crgibbs@mcdermottlaw.com
                 gwilliams@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel:           (212) 547-5400
Fax:          (212) 547-5444
E-mail:      dazman@mcdermottlaw.com

*Counsel to the Chapter 7 Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF ANNE ELIZABETH BURNS IN SUPPORT OF
TRUSTEE'S OBJECTION TO ALBERTO LOPEZ CALDERON'S
MOTION FOR RELIEF, ENFORCEMENT OF CONTRACT, VIOLATIONS
UNDER THE TEXAS DECEPTIVE TRADE PRACTICES ACT (DTPA),
<u>OR IN THE ALTERNATIVE, EQUITABLE RELIEF</u>**

I, Anne Elizabeth Burns, solemnly swear and affirm as follows:

1.      I am over eighteen (18) years of age, under no mental or legal disability, and am competent to testify to the matters stated herein.  I am an attorney at law admitted to practice before the United States District Courts for the Northern and Southern Districts of Texas.  I am a

---

[1]    The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

shareholder of the law firm of Cavazos Hendricks Poirot, P.C., which maintains an office at 900 Jackson Street, Dallas, Texas 75202-4425.  I submit this affidavit (the "Affidavit") in support of the *Trustee's Objection to Alberto Lopez Calderon's Motion for Relief, Enforcement of Contract, Violations Under the Texas Deceptive Trade Practices Act (DTPA), or In the Alternative, Equitable Relief* [Docket No. 1134] (the "Objection").[2]

2. The facts set forth in this Affidavit are based upon my personal knowledge, discussions with my counsel, and records that I or my counsel, acting under my supervision and direction, reviewed.  If called as a witness, I could and would testify competently to the matters stated herein.

3. Prior to the commencement of the Chapter 7 Cases, the Movant purchased a 2018 Ford F-150 VIN # 1FTEW1E50JFE26753 (the "Vehicle") from the Debtors.

4. On September 10, 2025 (the "Petition Date"), each of the Debtors commenced a case by filing voluntary petitions for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Court").

5. On the Petition Date, I was appointed by the U.S. Trustee to serve as the Chapter 7 trustee in the Chapter 7 Cases.

6. On September 19, 2025, the Court entered that certain *Order Granting Chapter 7 Trustee's Motion for Entry of Order Approving Stipulation Between Trustee and Vervent Inc.* [Docket No. 79] (as amended, from time to time, the "Vervent Stipulation"), authorizing Vervent Inc. ("Vervent") to service the Loans pursuant to the Servicing Agreements (as defined in the Vervent Stipulation).

---

[2] Capitalized terms used but not defined herein shall have the meanings given to such terms in the Objection.

7. Vervent continues to operate as the special servicer of the Debtors' loan portfolio to provide a consistent and measured process for servicing and processing the Loans.

8. On February 11, 2026, the Movant filed *Borrower's Motion to Enforce the Automatic Stay, Clarify the Scope of Servicing Authority, and Preserve Status Quo Pending Determination of Lien Ownership* [Docket No. 800] (the "Initial Motion").

9. On March 3, 2026, the Court denied the Initial Motion for non-payment of the filing fee [Docket No. 919].

10. On April 21, 2026, the Movant filed the instant Motion seeking, among other remedies, enforcement of his contract, relief for violations under the Texas DTPA and equitable relief.

11. The Movant is adequately protected because, on information and belief, he has possession and benefit of the use of the Vehicle.

12. Allowing the Movant to pursue the requested relief outside of an adversary proceeding or the claims allowance process will burden the estate and be unfair to other similarly situated creditors.

13. Accordingly, I respectfully oppose the Movant's request for relief from the automatic stay. Such relief would prejudice the Debtors' estates and undermine my efforts to preserve and protect estate assets.

14.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 15, 2026

>                         */s/ Anne Elizabeth Burns*
>                         Anne Elizabeth Burns
>                         Chapter 7 Trustee
>                         Cavazos Hendricks Poirot, P.C.

## CERTIFICATE OF SERVICE

I do hereby certify that on May 15, 2026, a true and correct copy of the foregoing document was served via CM/ECF for the United States Bankruptcy Court for the Northern District of Texas on all parties authorized to receive electronic notice in these cases.

*/s/ Charles R. Gibbs*
Charles R. Gibbs