**FILED**

MAY 18 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS



## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS (DALLAS DIVISION)

> IN RE: TRICOLOR HOLDINGS, LLC, et al.
>
> CASE NO: 25-33487 (MVL)
>
> CHAPTER 7
>
> **CLAIMANT: CLAUDIA LIZETH MAHECHA RUIZ (CLAIM #271)**

## FORMAL RESPONSE TO NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY (DOC 1122) AND EVIDENCE OF FRAUD

TO THE HONORABLE COURT AND TO THE CHAPTER 7 TRUSTEE, ANNE ELIZABETH BURNS:

I, **Claudia Lizeth Mahecha Ruiz**, appearing *pro se* as the holder of Claim #271, hereby file this formal response to the Trustee's Notice of Intent to Abandon Property. While the initial notice concerns IT equipment, I request that the Trustee also formally abandon the estate's interest in the vehicle identified as **VIN: MAJ3P1TE2JC227234** and issue a **Lien Release** due to the following material facts:

### 1. EVIDENCE OF FRAUD AND CONFLICT OF INTEREST

The Debtor engaged in fraudulent trade practices. As shown in the attached **Vehicle Inspection Report (Exhibit A)**, the vehicle was inspected at **"TRI COLOR AUTO"** **(Station ID: 2P44184)**. The Debtor acted as both the state-licensed inspector and the interested seller, fraudulently issuing a "PASS" result for safety despite the existence of an active and undisclosed safety recall regarding the oil/vacuum pump.

### 2. BURDENSOME LIABILITY UNDER 11 U.S.C. § 554(A)

Under Section 554(a) of the Bankruptcy Code, a Trustee may abandon property that is burdensome or of inconsequential value to the estate. This vehicle represents a significant **liability** rather than an asset. The valuation is negligible due to the manipulated safety record and the Debtor's violation of the Texas Deceptive Trade Practices Act (DTPA).

### 3. EQUITABLE RELIEF AND DEMAND FOR TITLE

I have made numerous payments toward a vehicle sold under false pretenses, when in fact its market value is severely diminished due to safety risks and fraudulent concealment. I demand that the Trustee abandon all interest in this vehicle and provide the original title to me as a remedy for the documented fraud and to stop further illegal collection efforts.

Respectfully submitted,

_Claudia Mahecha R_

Claudia Lizeth Mahecha Ruiz / Date

**CC:** McDermott Will & Schulte LLP (Counsel to the Trustee)
2801 North Harwood Street, Suite 2600, Dallas, Texas 75201

30/10/24, 7:37 p.m.    Vehicle Inspection Details

## Vehicle Test Detail

| | | |
|---|---|---|
| Station ID: 2P44184 | Station Name: TRI COLOR AUTO | Overall Result: Pass |
| TAS Id: ES902186 | Test Type: Emissions & Safety | TX DOT #: |
| Test Date: 10/23/2024 | Safety Result: Pass | Waiver Number: |
| Test Start Time: 10:24:54 | Emission Result: Pass | Reg Fee Code: OBDNL |
| Test End Time: 10:30:14 | Gas Cap Result: Pass | Test Record No.: 4877 |

| | | |
|---|---|---|
| VIN: MAJ3P1TE2JC227234 | | License Plate: VC227234 |
| Model Year: 2018 | Make: FORD | License Type: No Plate |
| Vehicle Type: Truck/Van/Bus/Sports Utility | Body Style: Sport/Utility Vehicle | Model: ECOSPORT |
| Engine Size: 1000 | Trans. Type: Automatic | No. Cylinders: 3 |
| GVWR Type: Light | Act. GVWR: 3990 | Odometer: 73948 |
| Fuel Type: GAS | | Ignition Type: Keyless Start w/Distributorless Ign. |
| | | Dual Exhaust: No |
| Inject Carburetion: Fuel Injection | | Decal No.: |
| Sticker No.: | Inspection Expiration Date: | |

### OBDII Test Information

| | | |
|---|---|---|
| MIL Command Status: Pass | Misfire: Completed | Heated Cat: Not Supported |
| DLC: Pass | Fuel System: Completed | Evap. System: Completed |
| MIL Engine On: Yes | Comp Cmpnt: Completed | 2nd System: Not Supported |
| MIL Engine Off: | Catalyst: Completed | Air Cond: Not Supported |
| O2 Sensor: Completed | Heated O2: Completed | EGR: Completed |
| Fault Codes: | | |

| | | |
|---|---|---|
| Gas Cap Result 1: Pass | Gas Cap 1 Testable: No | Gas Cap 1 Missing: No |
| Gas Cap Result 2: | Gas Cap 2 Testable: | Gas Cap 2 Missing: |

### Safety Test Information

| | | |
|---|---|---|
| Safety Test: Initial | Type: 1 Yr. Windshield - OBD (Safety & Emissions) | |
| Horn: Pass | Exhaust: Pass | School Buses: |
| Windshield Wipers: Pass | Emissions System: Pass | School Bus Signs: |
| Mirrors: Pass | Beam Indicator: Pass | Fire Extinguisher: |
| Steering System: Pass | Tail Lamp: Pass | Hazard Warning Lights: |
| Seat Belts: Pass | Stop Lamp: Pass | Convex Crossover Mirror: |
| Service Brake System: Pass | License Plate Lamp: Pass | Mud Flaps/Safety Guards: |
| Parking Brake System: Pass | Rear Reflector: Pass | Window Tint/Sun Screen: Pass |
| Tires: Pass | Turn Signals: Pass | Back-up Lamps: |
| Steering Axle Tires: | Turn Sig/Ind Lamp: Pass | Coupling Devices: |
| All Other Tires: | Headlamps: Pass | Fuel System: |
| Wheel Assembly: Pass | Clearance Lamps: | Suspension: |
| Master Cylinder: Pass | Side Marker Lamps: | Frame: |
| | Cab Lamps: | Windshield: |
| | Side Reflectors: | Reflective Tape: |

### Repair Information

| | | |
|---|---|---|
| Repair Group: | | |
| Repairs Performed: | | |
| Repair Cost YIS: $0.00 | | Rep.ID: |
| Repair Cost NRF: $0.00 | | Safety VI30A: |
| Repair Cost RRF: $0.00 | | |
| Total Parts Cost MSP: $0.00 | | |
| Overall Repair Costs: $0.00 | | |
| Total Emission Costs: $18.50 | | |
| Total Safety Costs: $7.00 | | |
| Overall Costs: $25.50 | | |

**Looking for more information on this vehicle?**

NHTSA offers more safety information based on a vehicle's year, make and model. Check safety ratings, recommended technologies and other safety issues.

Learn More →

# 2018
# FORD ECOSPORT



VIN: MAJ3P1TE2JC227234

Recall data refreshed on Jan 02,2026

# 1 Unrepaired Recalls
## associated with this VIN

### Jan 04,2024

**Manufacturer Recall Number** 23S64

**NHTSA Recall Number** 23V905

**Recall Status** Recall Incomplete

**Summary**

ON YOUR VEHICLE, THE ENGINE OIL PUMP DRIVE BELT TENSIONER ARM MAY FRACTURE OR SEPARATE FROM THE TENSIONER BACKING PLATE, AND OR THE OIL PUMP DRIVE BELT MATERIAL MAY DEGRADE AND LOSE TEETH, RESULTING IN A LOSS OF ENGINE OIL PRESSURE.

**Safety Risk**

A LOSS OF ENGINE OIL PRESSURE CAN RESULT IN ENGINE DAMAGE AND OR SEIZURE, WHICH CAN RESULT IN A LOSS OF MOTIVE POWER AND A LOSS OF THE MECHANICAL VACUUM PUMP REQUIRED TO PROVIDE POWER BRAKING ASSIST, INCREASING THE RISK OF A CRASH.

**Remedy**

PARTS ARE NOW AVAILABLE TO REPAIR YOUR VEHICLE. PLEASE CONFIRM PARTS AVAILABILITY WITH YOUR DEALER WHEN SCHEDULING AN APPOINTMENT. FORD MOTOR COMPANY HAS

AUTHORIZED YOUR DEALER TO REPLACE THE OIL PUMP DRIVE BELT AND TENSIONER FREE OF CHARGE.

**Manufacturer's Notes**

IF YOU HAVE ANY QUESTIONS REGARDING THIS RECALL, OR BELIEVE ANY OF THIS INFORMATION IS INACCURATE, PLEASE CONTACT FORD DIRECTLY AT 800-392-3673 OR LINCOLN AT 800-521-4140.

**If the manufacturer has failed or is unable to remedy this safety recall for your vehicle in a timely manner,**

please contact the NHTSA Vehicle Safety Hotline at: **1-888-327-4236** or TTY: **1-888-275-9171** or file an online complaint with NHTSA.

## Where's my VIN?

Every vehicle has a unique **vehicle identification number**, often referred to as a VIN. Look on the lower left of your car's windshield for your 17-character VIN. Your VIN is also located on your car's registration card, and it may be shown on your insurance card.

## What information will display in the search results?

- When searching by license plate or VIN, you'll learn if a specific vehicle needs to be repaired as part of a recall.

- When searching by a vehicle's year, make and model, or for car seats, tires or equipment, you'll get general results for recalls, investigations, complaints and manufacturer communications.

## What will the license plate and VIN search show?

- An unrepaired recall for a vehicle from certain manufacturers.

AUTHORIZED YOUR DEALER TO REPLACE THE OIL PUMP DRIVE BELT AND TENSIONER FREE OF CHARGE.

**Manufacturer's Notes**

IF YOU HAVE ANY QUESTIONS REGARDING THIS RECALL, OR BELIEVE ANY OF THIS INFORMATION IS INACCURATE, PLEASE CONTACT FORD DIRECTLY AT 800-392-3673 OR LINCOLN AT 800-521-4140.

**If the manufacturer has failed or is unable to remedy this safety recall for your vehicle in a timely manner,**

please contact the NHTSA Vehicle Safety Hotline at: **1-888-327-4236** or TTY: **1-888-275-9171** or file an online complaint with NHTSA.

## Where's my VIN?

Every vehicle has a unique **vehicle identification number**, often referred to as a VIN. Look on the lower left of your car's windshield for your 17-character VIN. Your VIN is also located on your car's registration card, and it may be shown on your insurance card.

## What information will display in the search results?

- When searching by license plate or VIN, you'll learn if a specific vehicle needs to be repaired as part of a recall.

- When searching by a vehicle's year, make and model, or for car seats, tires or equipment, you'll get general results for recalls, investigations, complaints and manufacturer communications.

## What will the license plate and VIN search show?

- An unrepaired recall for a vehicle from certain manufacturers.

- If the vehicle has no unrepaired recalls, you will see the message: "0 unrepaired recalls associated with this VIN."

## What won't the license plate and VIN search show?

- A safety recall that has already been repaired.

- Some recently announced safety recalls for which not all VINs have been identified. VINs are added continuously so please check regularly.

- Safety recalls that are more than 15 years old (except where a manufacturer offers more coverage).

- Safety recalls conducted by small vehicle manufacturers, including some ultra-luxury brands and specialty applications.

- Manufacturer customer service or other non-safety recall campaigns.

- A recall involving an international vehicle.

## Why is the license plate search result showing a different vehicle?

License plate information is generated from state department of motor vehicles. If the search result shows a vehicle you previously owned, rather than your new vehicle with the same license plate, contact your state DMV to request your vehicle information be updated. In the meantime, you can search for recalls using your vehicle's VIN.

## Other search options, including by NHTSA ID

You can also search for recalls and safety issues information by NHTSA ID and complaints by keyword.

8BVOLY912AW

# Get Recall Alerts

Download NHTSA's free SaferCar app.
When SaferCar discovers a safety recall for the vehicle or equipment you entered, it will send you an alert on your phone.

You can also sign up for general recall alerts via email.

SAFERCAR FOR IOS

SAFERCAR FOR ANDROID

**EMAIL**

Case 25-33487-mvl7   Doc 1171   Filed 05/18/26   Entered 05/18/26 11:24:01   Desc
Main Document   Page 8 of 10

# Report a Safety Problem
by filing a complaint
with NHTSA

**Have you experienced a vehicle, tire, car seat, or equipment safety problem that could be a safety defect?**

If so, you can file a complaint that we will carefully review – like we do with every safety problem submitted to NHTSA. Complaints like yours help us investigate possible defects, which could lead to a safety recall

Report a Safety Problem →

## From complaints
## to recall

NHTSA issues vehicle safety standards and requires manufacturers to recall vehicles and equipment that have safety-related defects. Learn about NHTSA's recall process.



# Complaints



# Investigations

## Reporting your problem is the important first step.

Your complaint will be added to a public NHTSA database after personally identifying information is removed.

If the agency receives similar reports from a number of people about the same product, this could indicate that a safety-related defect may exist that would warrant the opening of an investigation.

## NHTSA conducts an investigation from reported complaints.

### A. SCREENING

NHTSA reviews filed complaints from vehicle owners and other information related to alleged defects to decide whether to open an investigation.

### B. ANALYSIS

NHTSA conducts an analysis of any petitions calling for defect investigations. If the petition is denied, the reasons for the denial are published in the Federal Register.

### C. INVESTIGATION

NHTSA opens an investigation of alleged safety defects. It is closed when they notify the manufacturer o recall recommendations or they don't identify a safety-related defect.

Case 25-33487-mvl7   Doc 1171   Filed 05/18/26   Entered 05/18/26 11:24:01   Desc Main Document   Page 9 of 10

Case 25-33487-mvl7   Doc 1171   Filed 05/18/26   Entered 05/18/26 11:24:01   Desc
Main Document         Page 10 of 10

## D. RECALL MANAGEMENT

NHTSA monitors the effectiveness and management of recalls, including the filing of recall notices with NHTSA, communicating with owners regarding the recalls and tracking the completion rate of each recall.

# 03

# Recalls

## Initiated safety recalls require a manufacturer's action to announce and remedy the defects.

A recall is issued when a manufacturer or NHTSA determines that a vehicle, equipment, car seat, or tire creates an unreasonable safety risk or fails to meet minimum safety standards. Most decisions to conduct a recall and remedy a safety defect are made voluntarily by manufacturers prior to any involvement by NHTSA.

Manufacturers are required to fix the problem by repairing it, replacing it, offering a refund, or in rare cases repurchasing the vehicle.

Using our VIN lookup tool, you can access recall information provided by the manufacturer conducting the recall which may be not posted yet on NHTSA's site.

**Go to search by VIN or license plate →**

## Recall Spotlight

Recalls Spotlight monitors high-profile recalls and offers consumers resources to find and address vehicle recalls.

**Tens of millions of vehicles with Takata air bags under recall. →**