Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Email:  jason.rudd@wickphillips.com
        scott.lawrence@wickphillips.com

Adam R. Prescott (admitted *pro hac vice*)
Sam Anderson (admitted *pro hac vice*)
**BERNSTEIN SHUR SAWYER & NELSON, PA**
100 Middle Street, PO Box 9729
Portland, ME 04104
Phone: (207) 774-1200
Email:  aprescott@bernsteinshur.com
        sanderson@bernsteinshur.com

**COUNSEL FOR VERVENT, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
|  | ) |  |
| Debtors. | ) |  |

### VERVENT, INC.'S WITNESS AND EXHIBIT LIST

Vervent, Inc. ("**Vervent**"), files this Witness and Exhibit List in connection with the

hearings scheduled for **May 28, 2026, at 9:30 a.m. (Central Time)** before the Honorable Judge

Michelle V. Larson, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas 75242.

### WITNESSES

Vervent may call the following witnesses at the hearings, live or by declaration:

1.   Anthony Sperelakis;

2.   All witnesses called by any other party; and

3.   Any witnesses necessary for rebuttal depending upon the witnesses and evidence

---

[1]   The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, Tricolor Asset Funding, LLC, and Apoyo Financial, LLC.

1

presented by other parties.

## EXHIBITS

Vervent designates the following exhibits:

| No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Declaration of Anthony Sperelakis in Support of Vervent, Inc.'s Objection to Motion for Relief from Automatic Stay Filed by Roberto Sarmiento [ECF No. 1121] | | | |
| 2. | Summary of Roberto Sarmiento Loan Status and Consumer Outreach History | | | |

Vervent reserves the right to use any exhibits presented by any other party at the hearings. Vervent also reserves the right to use and present demonstratives for any purpose. Vervent also reserves the right to use exhibits, demonstratives, and testimony not listed here for impeachment or rebuttal purposes at the hearings. Vervent reserves the right to further supplement or amend this Witness and Exhibit List at any time prior to the hearings.

Dated: May 26, 2026

Respectfully submitted,

*/s/ Scott D. Lawrence*
Jason M. Rudd, Tex. Bar No. 24028786
Scott D. Lawrence, Tex. Bar No. 24087896
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200
Email: jason.rudd@wickphillips.com
        scott.lawrence@wickphillips.com

Adam R. Prescott (admitted *pro hac vice*)
Sam Anderson (admitted *pro hac vice*)
**BERNSTEIN SHUR SAWYER & NELSON, PA**
100 Middle Street, PO Box 9729
Portland, ME 04104
Phone: (207) 774-1200
Email: aprescott@bernsteinshur.com
        sanderson@bernsteinshur.com

**COUNSEL FOR VERVENT, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on May 26, 2026 by the Court's ECF noticing system on all parties that consent to such service and via pdf email to the party listed below.

Roberto Sarmiento
5 Circle S. St.
Orange, Texas 77630
sarmientofundora@gmail.com

*/s/ Scott D. Lawrence*
Scott D. Lawrence

3